**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Ohio__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

    Check one:

    ☒ Chapter 7
    ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**   WINE CELLAR INNOVATIONS, LLC

3. **Other names you know the debtor has used in the last 8 years**

    Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

    ☒ Unknown

    __ __ - __ __ __ __ __ __ __
    EIN

5. **Debtor's address**

    Principal place of business

    __4575__      __Eastern Avenue__
    Number        Street

    __Cincinnati__            __OH__   __45226__
    City                      State    ZIP Code

    __Hamilton__
    County

    Mailing address, if different

    _____  _____
    Number    Street

    _____
    P.O. Box

    _____    _____  _____
    City        State   ZIP Code

    Location of principal assets, if different from principal place of business

    _____  _____
    Number    Street

    _____    _____  _____
    City        State   ZIP Code

Debtor  **WINE CELLAR INNOVATIONS, LLC**          Case number (*if known*) _____
        Name

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [X] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [X] No
   - [ ] Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                        MM / DD / YYYY
     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                        MM / DD / YYYY

## Part 3:   Report About the Case

10. **Venue**

    *Check one:*
    - [X] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - [X] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [X] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor  **WINE CELLAR INNOVATIONS, LLC**  
Name

Case number (if known) _____

---

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Wine Master Cellars, LLC d/b/a Vintageview Wine Storage Systems | Unpaid Invoices for goods | $ 89,607.86 |
| Air Innovations, Inc. d/b/a Wine Guardian | Unpaid Invoices for goods | $281,076.76 |
| WhisperKOOL Corp. d/b/a Vinotheque Wine Cellars | Unpaid invoices for goods | $272,181.07 |
| | Total of petitioner's claims | $642,865.69 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

**Part 4:   Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Air Innovations, Inc. d/b/a Wine Guardian  
Name

7000 Performance Drive  
Number  Street

North Syracuse      NY      13212  
City        State    ZIP Code

Name and mailing address of petitioner's representative, if any

Michael Wetzel, President and CEO  
Name

7000 Performance Drive  
Number  Street

North Syracuse      NY      13212  
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08 / 05 / 2022  
MM / DD / YYYY

X _____  
Signature of petitioner or representative, including representative's title

**Attorneys**

**Local Counsel for Petitioning Creditors:**

W. Timothy Miller  
Printed name

Taft Stettinius & Hollister LLP  
Firm name, if any

425    Walnut Street, Suite 1800  
Number  Street

Cincinnati       OH      45202-3957  
City        State    ZIP Code

Contact phone  513-357-9678   Email  miller@taftlaw.com

Bar number  059952

State  OH

X _____  
Signature of attorney

Date signed  08 / 10 / 2022  
MM / DD / YYYY

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 3

Debtor  **WINE CELLAR INNOVATIONS, LLC**
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Name: Wine Master Cellars, LLC d/b/a Vintageview Wine Storage Systems

Number/Street: 4690 Joliet Street

City: Denver    State: CO    ZIP Code: 80239

**Name and mailing address of petitioner's representative, if any**

Name: Charles Malek, CEO

Number/Street: 4690 Joliet Street

City: Denver    State: CO    ZIP Code: 80239

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08 / 5 / 2022
         MM / DD / YYYY

X _____ (signature)
Signature of petitioner or representative, including representative's title

**Lead Counsel for Petitioning Creditors:**

Printed name: Janice B. Grubin

Firm name, if any: Barclay Damon LLP

Number/Street: 1270 Avenue of the Americas, Suite 501

City: New York    State: NY    ZIP Code: 10020

Contact phone: 212-784-5808    Email: jgrubin@barclaydamon.com

Bar number: 2202349

State: New York

X _____ (signature)
Signature of attorney (*pro hac vice* admission pending)

Date signed: 08 / 10 / 2022
          MM / DD / YYYY

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor  **WINE CELLAR INNOVATIONS, LLC**  Case number (*if known*)_____
       Name

**Name and mailing address of petitioner**

**WhisperKOOL Corp. d/b/a Vinotheque Wine Cellars**
Name

**1738 East Alpine Avenue**
Number   Street

**Stockton**         **CA**      **95205**
City              State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Thomas Schneider, President and CEO**
Name

**1738 East Alpine Avenue**
Number   Street

**Stockton**         **CA**      **95205**
City              State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08 / 05 / 2022**
            MM  / DD / YYYY

✗ **See below**
Signature of petitioner or representative, including representative's title

✗ _/s/ Thomas Schneider_
Thomas Schneider (Aug 5, 2022 13:06 PDT)
Signature of petitioner or representative, including representative's title

Official Form 205                Involuntary Petition Against a Non-Individual                page 4

# Involuntary Petition

Final Audit Report 2022-08-05

| | |
|---|---|
| Created: | 2022-08-05 |
| By: | Joann Baynard (jbaynard@vinotheque.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAABHjvSdAOCwl0QVyMNYgMzbUN0jruqJen |

## "Involuntary Petition" History

- Document created by Joann Baynard (jbaynard@vinotheque.com)
  2022-08-05 - 7:47:38 PM GMT- IP address: 173.255.104.26

- Document emailed to tschneider@vinotheque.com for signature
  2022-08-05 - 7:48:57 PM GMT

- Email viewed by tschneider@vinotheque.com
  2022-08-05 - 8:05:58 PM GMT- IP address: 104.28.123.88

- Signer tschneider@vinotheque.com entered name at signing as Thomas Schneider
  2022-08-05 - 8:06:46 PM GMT- IP address: 107.77.214.126

- Document e-signed by Thomas Schneider (tschneider@vinotheque.com)
  Signature Date: 2022-08-05 - 8:06:48 PM GMT - Time Source: server- IP address: 107.77.214.126

- Agreement completed.
  2022-08-05 - 8:06:48 PM GMT

Adobe Acrobat Sign