**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: October 13, 2022**

Beth A. Buchanan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In Re** | ) | |
| | ) | |
| **WINE CELLAR INNOVATIONS, LLC** | ) | **Case No. 22-11315** |
| | ) | **Chapter 7** |
| **Debtor(s)** | ) | **Judge Buchanan** |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE CREDITOR MATRIX, SCHEDULES, AND RELATED DOCUMENTS**
**[Docket Number 32]**

This matter is before this Court on Debtor Wine Cellar Innovations, LLC ("Debtor")'s *Motion to Extend Deadline to File Creditor Matrix, Schedules and Related Documents* [Docket Number 32] ("Motion"). In the Motion, the Debtor requests to extend the deadline to file required documents including the mailing list of creditors (also known as the creditor matrix), schedules, statement of financial affairs, and related documents because the Debtor has no remaining employees who are able to access the company's accounting software and customer database to put together the information required to prepare the documents. The Debtor requested an extension through and including October 7, 2022 in which to file the required documents. The proposed deadline passed without the documents being filed.

The Motion was set for hearing on an expedited basis with limited notice [*see* Docket Numbers 52]. The hearing was held on October 11, 2022.

At the hearing, Debtor counsel explained the complicated nature of the Debtor's software and how the Debtor is still compiling spreadsheets containing the information for an estimated

1000 creditors or more.  Debtor counsel expects to have the schedules finished within two weeks and the mailing list of creditors and a list of the 20 largest unsecured creditors completed by the end of the week.

This Court construes Debtor counsel's statements at the hearing as a request for additional time to file the required documents.  This request is GRANTED.

The Debtor shall file the mailing list of creditors and a list of the 20 largest unsecured creditors on or before **October 14, 2022.**  The Debtor shall file the schedules, statement of financial affairs, and related documents on or before **October 28, 2022**.

SO ORDERED.

Distribution List:

Default List