**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: October 13, 2022**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| WINE CELLAR INNOVATIONS, LLC | ) | Case No. 22-11315 |
| | ) | **Chapter 7** |
| Debtor(s) | ) | **Judge Buchanan** |
| | ) | |

### ORDER GRANTING, IN PART, TRUSTEE'S MOTION TO LIMIT SERVICE
[Docket Number 45]

This matter is before this Court on the Chapter 7 Trustee's *Motion to Limit Service* [Docket Number 45] ("Motion") in which the Chapter 7 Trustee requests that certain future motions and pleading be served on a limited group of entities.

The Motion was set for hearing on an expedited basis with limited notice [*see* Docket Numbers 50 and 51] and the hearing was held on October 11, 2022.

Based on further clarifications and requests of the Trustee at the hearing, the Motion is GRANTED as follows:

1.  Other than the matters or proceedings referred to in Bankruptcy Rules 2002(a), 2002(f), and 7004, and as set forth in Paragraph 2 below, every motion, application, or other pleading filed in this case need be served only upon (the **"Master Service List"**):

    a. any entity against whom direct relief is sought in such matter or proceeding,

      b. the Debtor;
      c. the Debtor's counsel;
      d. the United States Trustee;
      e. the twenty (20) largest unsecured creditors;
      f. the Internal Revenue Service and state and municipal taxing authorities; and,
      g. any entity filing a request for all notices.

2. **Special Service Requirements for the Trustee's De Minimis Sale Motions.** Service of motions for the sale of personal property valued at less than $50,000 may be limited to the Master Service List plus all parties asserting a security interest in the personal property of the Debtor to the extent reasonably known to the Trustee.

3. **Service.** The Trustee shall serve a copy of this Order on all creditors and parties in interest **not later than October 17, 2022,** and shall file a certificate of service evidencing such service.

4. **Objections and Hearing Date / Finality of this Order.** Objections, if any, to the relief granted in this Order must be filed with the Court and mailed by first class mail to the United States Bankruptcy Court, Atrium Two, Suite 800, 221 East Fourth Street, Cincinnati, Ohio 45202 OR your attorney must file the objection using the Court's ECF System such as to be **received** by **November 10, 2022.**

If a timely objection is filed, this matter with be set for hearing by separate order.

Absent a timely objection, this Order shall stand as a final order.

SO ORDERED.

Distribution List:

Default List