Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **WINE CELLAR INNOVATIONS, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION** |
| Case number (if known): | **1:22-bk-11315** |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Air Innovations - Wine Guardian 7000 Performance Drive North Syracuse, NY 13212** | | **Trade Debt** | **Disputed** | | | **$280,600.36** |
| **American Coradius International-PayPal 2420 Sweet Home Rd. STE 160 Amherst, NY 14228-2244** | | **Trade Debt; Chargeback** | **Disputed** | | | **$167,069.61** |
| **American Express-Global Merchant Service PO Box 299051 Ft. Lauderdale, FL 33329-9051** | | **Trade Debt; Chargeback** | **Disputed** | | | **$756,633.41** |
| **Austin Neuhoff 4016 Colgate Ave Dalla, TX 75225** | | **Customer Deposit** | | | | **$58,403.96** |
| **Fastenal Company PO Box 1286 Winona, MN 55987-1286** | | **Trade Debt** | | | | **$38,066.25** |
| **FedEx PO Box223125 Pittsburgh, PA 15251-2125** | | **Trade Debt** | | | | **$71,879.34** |
| **Heartland One Heartland Way Jeffersonville, IN 47130** | | **Trade Debt; Chargeback** | **Disputed** | | | **$976,524.27** |

Debtor **WINE CELLAR INNOVATIONS, LLC**
Name

Case number *(if known)* **1:22-bk-11315**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IWA Design Center** **Betsy ODay** **1445 N McDowell Blvd** **PETALUMA, CA 94954** | | **Customer Deposit** | | | | $92,522.85 |
| **KEDCO** **564 Smith St.** **FARMINGDALE, NY 11735** | | **Customer Deposit** | | | | $38,713.00 |
| **Lakeshore Wine Cellars** **Pam Kopp** **1322 Still River Dr.** **VENICE, FL 34293** | | **Customer Deposit** | | | | $73,778.17 |
| **Maria Emilia Escudero** **Rivera Ferrer #8,** **GUAYNABO, PR 00968** | | **Customer Deposit** | | | | $47,245.23 |
| **Marjorie Harvey** **2035 Garraux Road NW** **ATLANTA, GA 30327** | | **Customer Deposit** | | | | $74,750.79 |
| **Mitch Lustig** **11710 Old George Town Rd.** **Unit 1608** **Rockville, MD 20852** | | **Customer Deposit** | | | | $32,817.00 |
| **Paxton Hardwoods** **PO BOX 74007371** **Chicago, IL 60674-7371** | | **Trade Debt** | | | | $289,292.98 |
| **Pierce Gelhaus** **3750 Grand Ave.** **DES MOINES, IA 50312** | | **Customer Deposit** | | | | $37,695.00 |
| **Sherwin Williams Co.- CST Collections** **PO Box 33127** **Louoisville, KY 40232-3127** | | **Trade Debt** | | | | $52,689.44 |
| **The Wine Enthusiast** **Dino Sapienza** **200 Summit Lake Dr. 4th** **VALHALLA, NY 10595** | | **Trade Debt** | | | | $173,506.66 |
| **Tony Reaves** **3150 Habersham Rd** **Atlanta, Ga 30305** | | **Customer Deposit** | | | | $54,063.52 |

Debtor **WINE CELLAR INNOVATIONS, LLC**　　　　　Case number *(if known)* **1:22-bk-11315**
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WhisperKOOL Corp**<br>**1738 EE. Alpine Ave.**<br>**Stockton, CA**<br>**95205-2505** | | **Trade Debt** | **Disputed** | | | $93,216.66 |
| **Wine Master Cellars**<br>**4690 Joliet St.**<br>**Denver, CO 80239** | | **Trade Debt** | **Disputed** | | | $71,511.25 |