**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: October 14, 2022**



Beth A. Buchanan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| WINE CELLAR INNOVATIONS, LLC | ) | Case No. 22-11315 |
| | ) | **Chapter 7** |
| Debtor(s) | ) | **Judge Buchanan** |
| | ) | |

**ORDER GRANTING, IN PART, AND DENYING, IN PART, TRUSTEE'S MOTION TO RESET MEETING OF CREDITORS PURSUANT TO 11 USC 341 AND OTHER DEADLINES INCLUDING PROOF OF CLAIM [Docket Number 42]**

This matter is before this Court on the Chapter 7 Trustee's *Motion to Reset Meeting of Creditors Pursuant to 11 USC 341 and Other Deadlines Including Proof of Claim* [Docket Number 42] ("Motion"). In the Motion, the Trustee requests that this Court reset the date for the meeting of creditors and various other deadlines because the Mailing List of Creditors has not yet been filed and creditors have not received proper notice of the bankruptcy filing.

The Motion was set for hearing on an expedited basis with limited notice [*see* Docket Numbers 50 and 51] and the hearing was held on October 11, 2022.

Following its review of the considerations discussed at the hearing, this Court grants the Chapter 7 Trustee's Motion to a limited extent. Specifically, the Chapter 7 Trustee is to provide the Clerk of the Bankruptcy Court with a new date for the § 341 meeting of creditors following the filing of the Mailing List of Creditors as required of the Debtor on or before October 14, 2022. The Clerk will then prepare a revised Official Form 309D *Notice of Chapter 7 Bankruptcy Case –*

*Proof of Claim Deadline*, with the new date for the § 341 meeting, and serve the notice on all creditors and parties in interest in accordance with the Clerk's standard procedures.

All other relief requested in the Motion, including the Trustee's request to extend deadlines, is DENIED without prejudice.

SO ORDERED.

Distribution List:

Default List