| Information to identify the case: | | |
|---|---|---|
| Debtor | **Wine Cellar Innovations, LLC** <br> Name | EIN **00–0000000** |
| United States Bankruptcy Court **Southern District of Ohio** | | Date case filed for chapter **7   8/10/22** |
| Case number:  **1:22–bk–11315**   Case Assigned To: **Beth A. Buchanan** | | |

Official Form 309D (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Wine Cellar Innovations, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4575 Eastern Avenue <br> Cincinnati, OH 45226 | |
| 4. | **Debtor's attorney** <br> Name and address | Donald J Rafferty <br> Cohen, Todd, Kite & Stanford, LLC <br> 250 East Fifth Street <br> Suite 2350 <br> Cincinnati, OH 45202–4139 | Contact phone (513) 333–5243 <br><br> Email: drafferty@ctks.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Eric W Goering <br> 220 West Third Street <br> Suite 399 <br> Cincinnati, OH 45202 | Contact phone (513)621–0912 <br><br> Email: erictrustee@goering–law.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 221 East Fourth Street, Suite 800 <br> Cincinnati, OH 45202–4133 | Hours open 9:00 am – 4:00 pm Monday through Friday <br><br> Contact phone    (513)684–2572 <br> Date:                     10/14/22 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **December 7, 2022 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.** | Location: <br><br> **341 meeting will be conducted remotely. Please check the docket or with the case trustee for procedures.** |

**For more information, see page 2 >**

Debtor **Wine Cellar Innovations, LLC**                                                                                           Case number **1:22−bk−11315**

| | | |
|---|---|---|
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):**     **Filing deadline: 11/23/22**<br><br>**Deadline for governmental units to file a proof of claim:**     **Filing deadline: 2/21/23**<br><br>A proof of claim is a signed statement describing a creditor's claim. If you would like to electonically complete and file a Proof of Claim form, you may do so at the following web site: https://www.ohsb.uscourts.gov/epoc<br><br>If you do not have access to a computer, or prefer to file the Proof of Claim manually, a Proof of Claim form can be obtained at www.ohsb.uscourts.gov If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |
| 11. | **Abandonment** | Pursuant to L.B.R. 6007−1, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate. Further notice to creditors and other parties in interest is not required for the abandonment of any property unless a party in interest, before the conclusion of the § 341 meeting, files a request for further notice of abandonment. |

**If you would like to receive all future notices from the Bankruptcy Court electronically (email), you may register for the courts free Electronic Bankruptcy Noticing (EBN) service. EBN is reliable, fast, and efficient. Additional details and registration are available at: https://bankruptcynotices.uscourts.gov**

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case −− Proof of Claim Deadline Set**          page **2**