Form a0ndfcfl

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202–4133**

---

In Re:  Wine Cellar Innovations, LLC          Case No.: 1:22–bk–11315

             Debtor(s)                        Chapter:  7

SSN/TAX ID:
         00–0000000

---

### NOTIFICATION OF DEFICIENCY

The following deficiency was noted in your filing:

☐ In order for this case to be administered, it is necessary to file a Chapter 13 Plan within 14 days from the filing date of your petition or within 14 days from the date of conversion to a chapter 13.

☐ The PDF document does not match the docket text. Please file an amended document. Re:

☐ For future reference, a should be filed using

☐ The attached PDF document is unreadable. Please file an amended document. Re:

☐ The PDF document appears to be filed in an incorrect case. Please withdraw the document and file in the correct case or file an amended document. Re:

☑ Other Deficiencies: **According to Administrative Procedures for Electronic Filing Section 1 (c) all filings should be filed electronically. You may obtain a Limited User login by visiting https://www.ohsb.uscourts.gov/obtaining–ecf–login–and–password. For assistance in obtaining an ECF login and password, contact Robin Johnson at (513) 394–5218.**

Dated: October 27, 2022

                                        FOR THE COURT:
                                        Richard B. Jones
                                        Clerk, U.S. Bankruptcy Court