**Fill in this information to identify the case:**

Debtor name   **WINE CELLAR INNOVATIONS, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

Case number (if known)   **1:22-bk-11315**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  **Fifth Third Bank** | **Checking** | 2853 | $0.00 |
| 3.2.  **Stock Yards Bank & Trust** | **Checking** | 1562 | $0.00 |
| 3.3.  **North Side Bank & Trust** | **Checking** | 1578 | $69,912.62 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| $69,912.62 |

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **WINE CELLAR INNOVATIONS, LLC**                           Case number *(If known)*  **1:22-bk-11315**
          Name

Description, including name of holder of prepayment

8.1.  **Various prepaid expenses**                                                      $26,024.00

9.     **Total of Part 2.**                                                           $26,024.00
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:          150,693.08        -              0.00      = ....        $150,693.08
                                        face amount            doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                          $150,693.08
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** **Lumber in various sizes and other raw materials** | | $0.00 | | $747,226.13 |
| 20.  **Work in progress** **Wine racks and other products in process** | | $0.00 | | $417,436.96 |
| 21.  **Finished goods, including goods held for resale** **Wine racks and wine storage kits** | | $0.00 | | $142,106.17 |

22.     **Other inventory or supplies**

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(If known)* **1:22-bk-11315** |
|---|---|---|
| | Name | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$1,306,769.26

**24.** **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** <br> Desks, chairs, cabinets, tables. | $3,323.00 | N/A | $3,000.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office computer equipment and software. | $31,039.00 | | $31,039.00 |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$34,039.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(If known)* **1:22-bk-11315** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Numerous pieces of equipment used in the<br>manufacture and production of debtor's<br>products including 4 molders, a CNC Double<br>End Tendonder, 2 CNC machines, finishing<br>equipment, an optimizer, planing and sanding<br>machines, bins, hoppers, and other equipment<br>as well as spare parts for these machines.** | $0.00 | | $350,000.00 |

51.  **Total of Part 8.**                                                          $350,000.00

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **Approximately 6<br>acres of land with<br>large buildings<br>located at 4575<br>Eastern Avenue,<br>Cincinnati, Ohio** | Fee Simple | Unknown | Tax records | $0.00 |

Debtor    **WINE CELLAR INNOVATIONS, LLC**                      Case number *(If known)*  **1:22-bk-11315**
          Name

56.    **Total of Part 9.**                                                                    **$0.00**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** 4 registered trademarks, 2 utility patents, and 2 design patents. | **$0.00** | | **Unknown** |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                   **$0.00**
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(If known)* **1:22-bk-11315** |
|---|---|---|
| | Name | |

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $69,912.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $26,024.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $150,693.08 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,306,769.26 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $34,039.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $350,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,937,437.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,937,437.96 |

**Fill in this information to identify the case:**

Debtor name   **WINE CELLAR INNOVATIONS, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

Case number (if known)   **1:22-bk-11315**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Wells Fargo Bank NA** | Describe debtor's property that is subject to a lien | $11,000.00 | Unknown |

Creditor's Name

**800 Walnut Street,
F0005-044
Des Moines, IA 50309**

Creditor's mailing address

**Forklift**

Describe the lien

**Security Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $11,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **WINE CELLAR INNOVATIONS, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

Case number (if known)   **1:22-bk-11315**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Alabama**
**50 N. Rpley St.**
**Montgomery, AL 36104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9372**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Alan Puckett**
**2190 Forestlake Dr.**
**Cincinnati, OH 45244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Alexander Steele**
**208 Kentucky Dr.**
**Newport, KY 41071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Alexis Pels**
**2028 Emerson Ave.**
**Cincinnati, OH 45239**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Alonezo Corbin**
**2670 Lehmn Rd.**
**Cincinnati, OH 45237**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Alred McCoy**
**11071 Dellbrook Court**
**Cincinnati, OH 45241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Amanda Eastep**
**1238 Purcell Ave., Apt. 1**
**Cincinnati, OH 45205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Andrew Rigsby**
**640 Daniel Ct.**
**Cincinnati, OH 45244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Anthony J. Wilke**
**5309 Sultana Dr.**
**Cincinnati, OH 45238**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**April Qadah**
**5707 Gardenhill Ln.**
**Cincinnati, OH 45232**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Arizona Department of Revenue**
**1600 W. Monroe**
**Phoenix, AZ 85007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Arkansas Department of Finance and Admin**
**PO Box 8123**
**Little Rock, AR 72203-8123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5SLS**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ashley Stevenson**
**3502 Redskin Dr.**
**Cincinnati, OH 45251**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Assumption Parish Sales & Use Tax Dept.**
**PO Drawer 920**
**Napoleonville, LA 70390**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9725**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Avoyelles Parish School Board**
**221Tunica Drive West**
**Marksville, LA 71351**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6790**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Beauregard Parish Sheriff Office**
**(BPSO)**
**PO Box 639**
**DeRidder, LA 70634-0639**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4357**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Bossier City - Parish Sales and**
**Use tax**
**PO Box 71313**
**Bossier City, LA 71171-1313**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9007**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Brandon Foster**
**1551 Shenandoah Ave.**
**Cincinnati, OH 45237**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Brett Norris**
**4412 Verne Ave.**
**Cincinnati, OH 45209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Brian Sizemore**
**3475 Winter Holly Rd.**
**Amelia, OH 45102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Caddo Shreveport Sales and Use**
**Tax Commi**
**PO Box 104**
**Shreveport, LA 71161**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3164**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Caitlin Hutzel**
**363  Red Bird Dr.**
**Loveland, OH 45140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Caleb Embry**
**2821 Clifton Ave.**
**Cincinnati, OH 45219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30,227.36** | **$0.00** |

**California Department of  Tax and**
**Fee Ad**
**PO Box 942879**
**Sacramento, CA 94279-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3914**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Carl Ward**
**939 Mohawk Trail**
**Milford, OH 45150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Catherine Bailey**
**2572 Spindlehill Dr., Apt. 7**
**Cincinnati, OH 45230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **WINE CELLAR INNOVATIONS, LLC**
_____
Name

Case number (*if known*)  **1:22-bk-11315**
_____

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Charlene Adams**
**3323 Queen City Ave., Apt. 6**
**Cincinnati, OH 45238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Charles Dmochowski**
**4286 Bantam Ln.**
**Cincinnati, OH 45245**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Chiniqua Boseman**
**6255 Beechmont Ave.**
**Cincinnati, OH 45230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Chris Wynn**
**20 Arroehead Dr.**
**Amelia, OH 45102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **WINE CELLAR INNOVATIONS, LLC**                    Case number (if known)   **1:22-bk-11315**
　　　　　 Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Christie Chambers**
**217 Carrel St.**
**Cincinnati, OH 45226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Notice Only**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Christopher M. Lang**
**7901 Cox Rd., Spt. #3**
**West Chester, OH 45069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Notice Only**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Christy Lukemire**
**895 Country Club Dr.**
**Cincinnati, OH 45245**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Notice Only**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Cindy Eggleston**
**1821 De Armand Ave.**
**Cincinnati, OH 45239**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Notice Only**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**                                    Case number (if known)   **1:22-bk-11315**

Name

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Baton Rouge - Parish of East Bat**
**PO Box 2590**
**Baton Rouge, LA 70821-2590**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8342**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Cincinnati**
**Tax Department**
**805 Central Avenue, Suite 600**
**Cincinnati, OH 45202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Monroe, Louisiana**
**Taxation & Revenue Division**
**PO Box 123**
**Monroe, LA 71210-0123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1794**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of New Orleans Dept. of Tax**
**PO Box 61840**
**New  Orleans, LA 61840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5574**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Clare Cundall**
**3745 Ashworth Dr.**
**Cincinnati, OH 45208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Colorado Saless Tax**
**Taxpayer Service Center**
**PO Box 17087**
**Denver, CO 80217-0087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Comptroller of Maryland**
**301 W Preston St.**
**Baltimore, MD 21201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Connecticut Department of**
**Revenue Servic**
**450 Columbus Blvd**
**Hartford, CT 06103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Corissa Beck**
**5441 Moeller Ave. #6**
**Norwood, OH 45212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Craig McDowell**
**363 Red Bird Dr.**
**Loveland, OH 45140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Crystal Nickerson**
**443 Buckner St.**
**Elsmere, KY 41018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**D'Sean D. Mayes**
**6105 Kennedy**
**Cincinnati, OH 45213**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**                          Case number (if known)   **1:22-bk-11315**
_____
Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Daniel Taylor**
**984 Clepper Lane**
**Batavia, OH 45103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Darlene Goff**
**1293 Beauregard Ct.**
**Milford, OH 45150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Dasheka Edwards**
**5618 Prentice St.**
**Cincinnati, OH 45227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**David Gibbs**
**10133 Kenwood Rd.**
**Cincinnati, OH 45242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **WINE CELLAR INNOVATIONS, LLC**                    Case number (if known)    **1:22-bk-11315**
_____
Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**David Hermes**
**6718 Taylor Rd.**
**Cincinnati, OH 45238**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**David Jackson**
**3679 Spring St.**
**Cincinnati, OH 45227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**David Kaufmann**
**1534 Sutton Ave.**
**Cincinnati, OH 45230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**David Lindquist**
**1923 Windhill Terrace**
**Cincinnati, OH 45255**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Desmund Smith**
**425 Dartmouth Circle**
**Cincinnati, OH 45244**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Deved Gipson**
**5002 Linden Ave.**
**Cincinnati, OH 45212**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Devonte Kaetzel**
**5450 Beechmont Ave.**
**Cincinnati, OH 45230**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**District of Columbia Department of**
**Reven**
**1101 4th St. SW #270**
**Washington, DC 20024**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Donna Emerson**
**4426 Eastern Avenue**
**Cincinnati, OH 45226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Dylan Crossley**
**4102 Eastern Avenue 7**
**Cincinnati, OH 45226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Elizabeth Raab**
**3725 Simpson Ave.**
**Cincinnati, OH 45227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Elmer Crider, II**
**4525 Eastern Ave.**
**Cincinnati, OH 45226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Erianna Jones**
**4384 Eastwood Dr., Apt. 2312**
**Batavia, OH 45103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Erik Kuehne**
**2590 Mural Dr.**
**Atlanta, GA 30304-1000**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Florida Department of Revenue**
**Pensacola Service Center**
**2205 LA Vista Ave. STE B**
**Pensacola, FL 32504-8210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0201**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**George Dean**
**5208 Warren Ave.**
**Norwood, OH 45212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Georgia Department of Revenue**
**1800 Century BLVD NE**
**Atlanta, GA 30345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Greg Gilbert**
**1804 Athens Dr.**
**Loveland, OH 45140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Halle S. Redmon**
**2840 Sheldon Ave.**
**Cincinnati, OH 45239**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hamilton County Treasurer**
**County Administrative Building**
**138 East Court Street, Room 402**
**Cincinnati, OH 45202-1226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Hannah Bender**
**4122 Harding Ave.**
**Cincinnati, OH 45211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Hawaii Department of Taxation**
**PO Box1530**
**Honolulu, HI 96806-1530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3926**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Helen L. Stillwell**
**1839 Beacon**
**Cincinnati, OH 45230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Idaho State Tax Commission**
**PO Box 56**
**Boise, ID 83756-0056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,801.57** | **$0.00** |
|---|---|---|---|---|

**Illinois Department of Revenue**
**PO Box 19043**
**Springfield, IL 62794-9043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5545**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Indiana Department of Revenue**
**4475 Ray Boll Blvd**
**Columbus, IN 47203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Iowa Department of Revenue**
**PO Box 10330**
**Des Moines, IA 50306-0330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1889**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor  **WINE CELLAR INNOVATIONS, LLC**                    Case number (if known)  **1:22-bk-11315**
_____
Name

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**James Christian**
**3515 McHenry #C5**
**Cincinnati, OH 45255**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jeffrey Bough**
**1172 Broadleaf Ct.**
**Maineville, OH 45039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jeffrey Conroy**
**6165 Ridge Ave.**
**Cincinnati, OH 45213**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jeffrey Morton**
**1910 Mears Ave.**
**Cincinnati, OH 45230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **WINE CELLAR INNOVATIONS, LLC**

Name

Case number *(if known)* **1:22-bk-11315**

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Jeffry Healion**
**5854 Winchester Dr.**
**Milford, OH 45150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Jessica Blanton**
**3722 Coon Ave.**
**Williamsburg, OH 45176**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Jocelyn Jones**
**3386 Morrison Ave., Apt. 5**
**Cincinnati, OH 45220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**John Michael Dean**
**5405 Carthage Ave.**
**Cincinnati, OH 45212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**John Patrick Riddle**
**998 Alnetta Dr.**
**Cincinnati, OH 45230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Johnny A. Warren**
**1817 Logan St., Apt. 411**
**Cincinnati, OH 45202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jon Oglesby**
**1050 Schiff Ave.**
**Cincinnati, OH 45205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jonah Crider**
**454 Teatherwood**
**Harrison, OH 45030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Joseph Glass**
**6234 E. North Shadow Hill Way**
**Loveland, OH 45140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Josh Kenney**
**8717 Livingston Rd.**
**Cincinnati, OH 45251**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Juan Diaz**
**201 West 11 St.**
**Newport, KY 41071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Justine Papayiannis**
**484 Old St. Rt. 74**
**Cincinnati, OH 45244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Kansas Department of Revenue**
**120 SE 10th Ave**
**Topeka, KS 66612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Kayla George**
**2024 Maple Ave.**
**Norwood, OH 45212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Keith Lewis**
**894 Laverty Lane**
**Cincinnati, OH 45230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Keith Schwab**
**5000 Chantilly Lane**
**Cincinnati, OH 45238**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Kentucky Department of Revenue**
PO Box 181
Frankfort, KY 40602-0181

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7351**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Kesean Davis**
2140 Fulton Ave.
Cincinnati, OH 45206

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Krissy Angel**
1809 Williams Ave. #6
Norwood, OH 45212-4521

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Lafourche Parish Sales & Use Tax
Departm**
PO Box 997
Thiodaux, LA 70302

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5471**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor  **WINE CELLAR INNOVATIONS, LLC**                    Case number (if known)  **1:22-bk-11315**
_____
Name

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**LaSalle Parish**
**PO Box 190**
**Vidalia, LA 71373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7091**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Laura Johnson**
**1275 Henkel Dr.**
**Cincinnati, OH 45205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Layfayette Parish School System**
**Sales Ta**
**PO Box 3883**
**Lafayette, LA 70502-3883**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3946**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Lisa Ingram**
**3823 Vincent Ave.**
**Cincinnati, OH 45205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Livingston Parish School Board
Sales Tax
PO Box 1030
Livingston, LA 70754-1030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3501**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Lolita Boykins
5035 Wesley Ave.
Norwood, OH 45212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Louisiana Department of Revenue
617 N 3rd St.
Batton Rouge, LA 70802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9001**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Lucas Ober
6824 Salem Rd.
Cincinnati, OH 45230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **WINE CELLAR INNOVATIONS, LLC**                                    Case number (if known)    **1:22-bk-11315**
          _____
          Name

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Luke Bading**
**736 Hand Ave., Apt. 1**
**Cincinnati, OH 45232**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Luke Gehler**
**4772 Rapid Run**
**Cincinnati, OH 45238**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Luke Ridener**
**4439 Kitty Lane**
**Batavia, OH 45103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Maine Revenue Services**
**51 Commerce Dr.**
**Augusta, ME 04330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9372**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Mariah Troher**
**189 Ridge Rd.**
**New Richmond, OH 45157**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Marquon Phillips**
**2226 Salvador St.**
**Cincinnati, OH 45230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Mason Scott**
**2024  Maple Ave.**
**Norwood, OH 45212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Massachusetts Department of**
**Revenue**
**436 Dwight St. Suite 312**
**Springfield, MA 01103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Matthew R. Fox**
**3285 Nash Ave.**
**Cincinnati, OH 45226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.120 Priority creditor's name and mailing address
**Maurice H. Burns**
**125 Glenridge Pl.**
**Cincinnati, OH 45217**

As of the petition filing date, the claim is:     **$0.00**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.121 Priority creditor's name and mailing address
**McKailah Therrien**
**3679 Spring St.**
**Cincinnati, OH 45227**

As of the petition filing date, the claim is:     **$0.00**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.122 Priority creditor's name and mailing address
**Melissa Wilson**
**4001 Brandy Chase Way**
**Cincinnati, OH 45245**

As of the petition filing date, the claim is:     **$0.00**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Michael Berry**
**1958 Gaarden Lane**
**Cincinnati, OH 45237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Notice Only**

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Michigan Department of Treasury**
**430 W Allegan St.**
**Lansing, MI 48933**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number **NA**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Minnesota Department of Revenue**
**600 Robert St. N**
**St. Paul, MN 55101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number **NA**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Mississippi Department of**
**Revenue**
**500 Clinton Center Dr.**
**Clinton, MS 39056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number **NA**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Missouri Department of Revenue**
**301 W High St.**
**Jefferson City, MO 65101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Monica Dominick**
**1000 Clepper Lane**
**Batavia, OH 45103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Nebraska**
**PO Box 98934**
**Lincoln, NE 68509-8934**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9413**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Nevada Department of Revenue**
**700 E Warm Springs RD 2nd Floor**
**Las Vegas, NV 89119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**New Jersey Division of Taxation**
**PO Box 999**
**Trenton, NJ 08646-0999**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**New Mexico Taxation Revenue**
**1200 South St. Francis Drive**
**Santa Fe, NM 87505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0032**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Nicholas Benhase**
**5412 Country Lane**
**Milford, OH 45150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**North Carolina**
**PO Box 25000**
**Raleigh, NC 27640-0640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9840**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NYS Sales Tax processing**
**PO Box 15172**
**Albany, NY 12212-5172**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2651**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,397.39** | **$0.00** |
|---|---|---|---|---|

**Ohio (CATax)**
**PO Box 16158**
**Columbus, OH 43216-6158**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9825**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Ohio - sales tax**
**PO Box182131**
**Columbus, OH 43218-2401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **Deckebach,**
**James L**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43215-0530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Oklahoma Tax Commission**
**PO Box 269058**
**Oklahoma City, OK 73126-9058**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8502**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Oren P. Willenbrink**
**5553 Old Blue Rock Rd., #134**
**Cincinnati, OH 45247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**PA Department of Revenue**
**PO Box 280427**
**Harrisburg PA, PA 17128-0427**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Patrick Kirschman**
**6729 Lebanon St.**
**Cincinnati, OH 45216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Peter J. McOwen III**
**1814 Beacon St.**
**Cincinnati, OH 45230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Raymond Weathers**
**3690 Vint St.**
**Cincinnati, OH 45220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rhode Island Division of Taxation**
**One Capitol Hill**
**Providence, RI 02908**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5100**

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Richard Depew**
**124 North Street**
**Southgate, KY 41071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Richard Humpries**
**5420  Kentucky HWY 16**
**Warsaw, KY 41095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Richard Symes**
**6515 Rainbow Lane**
**Cincinnati, OH 45230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Robert Copas**
**107 Pamela Dr.**
**Morrow, OH 45152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Robert Goering, Hamilton County**
**Treasure**
**County Administraive Building**
**138 East Court Street, Room 402**
**Cincinnati, OH 45202-1226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**                          Case number (if known)   **1:22-bk-11315**

Name

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Robert Marois**
**604 Front St.**
**New Richmond, OH 45147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ronald Edwards**
**274 Redbird Road**
**Loveland, OH 45140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ronald Patterson**
**6242 Corbly St. #3**
**Cincinnati, OH 45230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ronald Shelton**
**12161 First Ave.**
**Cincinnati, OH 45249**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**                    Case number (if known)   **1:22-bk-11315**

Name

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Sammy Taylor**<br>**3203 Colerain**<br>**Cincinnati, OH 45225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Sarah O'Connell**<br>**1505 Manss Ave.**<br>**Cincinnati, OH 45205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Sebastian Purdon**<br>**6706 Salem Rd.**<br>**Cincinnati, OH 45230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Sha-on Crumes** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Shannon Zimmeman** | *Check all that apply.* | | |
| | **5572 Hillside Ave.** | ☐ Contingent | | |
| | **Cincinnati, OH 45233** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Sharon M. Reinecke** | *Check all that apply.* | | |
| | **8612 Blue Ash Road** | ☐ Contingent | | |
| | **Cincinnati, OH 45242** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **South Carolina Department of Revenue** | *Check all that apply.* | | |
| | **Tax Payer and Business services** | ☐ Contingent | | |
| | **PO Box125** | ☐ Unliquidated | | |
| | **Columbia, SC 29214-0400** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4886** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **South Dakota Department of Revenue** | *Check all that apply.* | | |
| | **445 E CapitalAve** | ☐ Contingent | | |
| | **Pierre, SD 57501** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **9467** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (*if known*) | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**St. Charles Parish School Board
Sales an
13855River Road
Luining, LA 70070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2299**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**St. Martin Parish School Board
Saless &
PO Box 1000
Breaux Bridge, LA 70517**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5055**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Stanley G. Holt
1862 Fairfax Ave.
Cincinnati, OH 45207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of North Dakota Office of
State Ta
600 E.Boulevard Ave Dpartment
127
Bismark, ND 58505-0599**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7351**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Stefanie Rene George**
**2024 Maple Ave.**
**Norwood, OH 45212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Susan Haunert**
**2359 Beechmont Ave.**
**Cincinnati, OH 45230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Sydney Calhoun**
**1208 Market St.**
**Reading, OH 45215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Tangipahoa Parish School System**
**- Sales**
**PO Box 159**
**Amite, LA 70422-0159**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9455**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor  **WINE CELLAR INNOVATIONS, LLC**                    Case number *(if known)*  **1:22-bk-11315**
_____
Name

| | |
|---|---|
| 2.171 | Priority creditor's name and mailing address |

**Tasha Byrnside**
**3442 Zumstein Ave.**
**Cincinnati, OH 45208**

As of the petition filing date, the claim is:          **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:
_____          **Notice Only**

Last 4 digits of account number            Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)         ☐ Yes

---

| | |
|---|---|
| 2.172 | Priority creditor's name and mailing address |

**Temperance Mason**
**1970 Catalina Ave., Apt. 1**
**Cincinnati, OH 45237**

As of the petition filing date, the claim is:          **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:
_____          **Notice Only**

Last 4 digits of account number            Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)         ☐ Yes

---

| | |
|---|---|
| 2.173 | Priority creditor's name and mailing address |

**Tennessee Department of Revenue**
**500 Deaderick St.**
**Nashville, TN 37242**

As of the petition filing date, the claim is:          **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:
_____

Last 4 digits of account number **NA**          Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)         ☐ Yes

---

| | |
|---|---|
| 2.174 | Priority creditor's name and mailing address |

**Terdell Johnson**
**5470 Beechmont Ave., Apt. 4**
**Cincinnati, OH 45230**

As of the petition filing date, the claim is:          **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:
_____          **Notice Only**

Last 4 digits of account number            Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)         ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|--------|----------------------------------|------------------------|-------------------|
| | Name | | |

---

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|

**Terri Fermann**
**2608 Old Forge**
**Cincinnati, OH 45244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|

**Texas Department of Revenue**
**PO Box 149348**
**Austin TX, TX 78714-9348**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|

**Thomas Dean**
**5405 Carthage Ave.**
**Norwood, OH 45212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|

**Todd Lawry**
**2194 St. Rt. 28**
**Goshen, OH 45122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor     **WINE CELLAR INNOVATIONS, LLC**                                    Case number (if known)   **1:22-bk-11315**

Name

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Todd Winston**
**4361 Eastern Ave.**
**Cincinnati, OH 45226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Todd Witteride**
**7047 Bridgetown Rd.**
**Cincinnati, OH 45248**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tommy Hornback**
**1831 Mears Ave.**
**Cincinnati, OH 45230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tony Crumpley**
**3645 Summerdale**
**Cincinnati, OH 45248**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Trevor Montavon**
**10613 West Rd.**
**Harrison, OH 45030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Tristan Kanu**
**1824 Mears Ave., Apt. 10**
**Cincinnati, OH 45230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Tyler Hillebrand**
**198 Cardinal Dr.**
**Cincinnati, OH 45244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Tyrone P. Marshall**
**1808 Sutton ave.**
**Cincinnati, OH 45230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Uriah Hendrickson**
**4245 Eastern Ave.**
**Cincinnati, OH 45226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Utah State Tax Commission Sales**
**Tax**
**210 N 1950 W**
**SLC, UT 84134-0400**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2STC**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Vaughn Burger**
**4562 Tealtown Road**
**Amelia, OH 45102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Vaughn Gray**
**918 N. Co. Rd. 450 E.**
**Milan, IN 47031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Vermont Department of Taxation**
**133 State Street**
**Montpelier, VT 05633-1401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4113**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Vernon H. Taylor**
**1000 Clepper Ln.**
**Batavia, OH 45103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Victor Stuckey**
**4226 Mad Anthony St.**
**Cincinnati, OH 45223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Virginia Department of Revenue**
**1957 Westmorland St.**
**Richmond, VA 23230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor    **WINE CELLAR INNOVATIONS, LLC**
Name                                                                    Case number (if known)    **1:22-bk-11315**

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Washington Department of Revenue**
**1330 N Washington St.**
**Spokane, WA 99201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**West Virginia Department of Revenue**
**397 Mid Atlandic Blvd**
**Martinsburg, WV 25404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**William Dates**
**12062 Hazelhurst**
**Cincinnati, OH 45240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Wisconsin Department of Revenue**
**2135 Rimrock Rd.**
**Madison, WI 53708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wyoming Department of Revenue**
**122 W 25th St.**
**Cheyenne, WY 82001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NA**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,751.03** |
|---|---|---|---|

**Aaron E. Canale**
**27 8th St.**
**PETALUMA, CA 94952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/18/2022**

Basis for the claim: _

Last 4 digits of account number **5700**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,292.19** |
|---|---|---|---|

**Aaron Zelikovitz**
**14 Menocker rd**
**CHESTNUT RIDGE, NY 10952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/27/2022**

Basis for the claim: _

Last 4 digits of account number **2901**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,174.38** |
|---|---|---|---|

**Abdul Safi**
**East EndPenn LLC Restaurant**
**1602 U St. NW**
**WASHINGTON, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/2/2022**

Basis for the claim: _

Last 4 digits of account number **2400**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AC Contractors**
**Andrew Roberts**
**3830 Gilmor Rd.**
**LONGVIEW, TX 75604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/28/2021**

Basis for the claim: _

Last 4 digits of account number **4900**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,187.55** |
|---|---|---|---|

**Accurate Cutting Technologies**
**1111 Country Club Rd.**
**Indianapolis, IN 46234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address

**ACE Wine and Spirits**
**Justin Kirkland**
**514 Long Meadow St.**
**Kissimmee, FL 34747**

Date(s) debt was incurred  **8/6/2020**

Last 4 digits of account number  **9722**

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address

**Action Heating and Air, INC.**
**Derek Boschert**
**NA**
**CRESCENT SPG, KY 41017**

Date(s) debt was incurred  **3/25/2021**

Last 4 digits of account number  **2200**

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

**Adam Evers**
**1111 Bowman Rd.**
**Mt. Pleasant, SC 29464**

Date(s) debt was incurred  **4/28/2022**

Last 4 digits of account number  **2300**

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

**Adam Jacobs**
**4240 Cambridge Court**
**ORANGE VILLAGE, OH 44122**

Date(s) debt was incurred  **4/27/2022**

Last 4 digits of account number  **0203**

As of the petition filing date, the claim is: *Check all that apply.*                     **$13,621.64**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

**Adam Richards**
**3671 Tuxedo Rd NW**
**ATLANTA, GA 30305**

Date(s) debt was incurred  **5/10/2022**

Last 4 digits of account number  **8603**

As of the petition filing date, the claim is: *Check all that apply.*                     **$14,742.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

**Adam Truesley**
**1840 Greenspring Valley Rd**
**STEVENSON, MD 21153**

Date(s) debt was incurred  **3/10/2022**

Last 4 digits of account number  **5001**

As of the petition filing date, the claim is: *Check all that apply.*                     **$11,310.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

**Adam Trusley**
**1840 Greenspring Valley Rd**
**STEVENSON, MD 21153**

Date(s) debt was incurred  **3/17/2022**

Last 4 digits of account number  **5005**

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | WINE CELLAR INNOVATIONS, LLC | Case number (if known) | 1:22-bk-11315 |
|---|---|---|---|
| | Name | | |

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Adam Zangi**
**Artistic Kitchen Designs**
**3003 Sequit Dr.**
**BROOKLYN, NY 11230**

Date(s) debt was incurred  5/31/2022

Last 4 digits of account number  1203

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$24,756.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Advent Air Conditioning and Heating**
**Brian Pyfer**
**244 Centenial Rd.**
**WARMINSTER, PA 18974**

Date(s) debt was incurred  3/24/2022

Last 4 digits of account number  7100

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Affordable Air and Heat**
**Larry Stuckey**
**13109 FM 1764**
**Santa Fe, TX 77510**

Date(s) debt was incurred  5/5/2021

Last 4 digits of account number  8300

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Air and Heat Service**
**Brad Lot**
**126 Tuttle Lane**
**Byhalia, MS 38611**

Date(s) debt was incurred  1/13/2021

Last 4 digits of account number  6001

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Air Conditioning Specialists**
**Kenny Thigpen**
**500 Hamond Rd**
**MILLEDGEVILLE, GA 31061**

Date(s) debt was incurred  10/15/2020

Last 4 digits of account number  7300

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Air Innovations - Wine Guardian**
**7000 Performance Drive**
**North Syracuse, NY 13212**

Date(s) debt was incurred  Various

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$280,600.36**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Air Max**
**Scott Ward**
**216 W Pecan St.**
**CELINA, TX 75009**

Date(s) debt was incurred  12/22/2020

Last 4 digits of account number  2400

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.20**

Nonpriority creditor's name and mailing address

**Air Systems AC, LLC**
**Rene**
**4698 NW 133 St.**
**OPA LOCKA, FL 33054**

Date(s) debt was incurred  9/23/2020

Last 4 digits of account number  2110

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.21**

Nonpriority creditor's name and mailing address

**Airtron Heating and Air Conditioning**
**Ashley Cooper**
**NA**
**FREDERICK, MD 21704**

Date(s) debt was incurred  11/11/2021

Last 4 digits of account number  8500

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.22**

Nonpriority creditor's name and mailing address

**Akram Rafla**
**60 Buckskin Drive**
**Weston, MA 02493**

Date(s) debt was incurred  4/19/2022

Last 4 digits of account number  9700

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$775.31

---

**3.23**

Nonpriority creditor's name and mailing address

**Alan and Tina Helfer**
**15066 Audrey Jean Drive**
**WATERFORD, VA 20197**

Date(s) debt was incurred  5/9/2022

Last 4 digits of account number  8000

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$7,000.00

---

**3.24**

Nonpriority creditor's name and mailing address

**Alan Caudill**
**18 Beck Street**
**NEWBURYPORT, MA 01950**

Date(s) debt was incurred  6/4/2022

Last 4 digits of account number  5800

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$1,256.49

---

**3.25**

Nonpriority creditor's name and mailing address

**Alan Kennedy**
**Email contact only.**
**CHARLOTTE, NC 28105**

Date(s) debt was incurred  1/27/2021

Last 4 digits of account number  2600

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,100.00

---

**3.26**

Nonpriority creditor's name and mailing address

**Alex Bermingham**
**32 Overlook Place**
**RYE, NY 10580**

Date(s) debt was incurred  5/6/2022

Last 4 digits of account number  2101

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,992.40

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**                                    Case number (if known)    **1:22-bk-11315**
         Name

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,227.99 |

**Alex Bushoy**
**60 walnut hill rd**
**CHESTNUT HILL, MA 02467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/8/2022**

Basis for the claim:  _

Last 4 digits of account number  **4700**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,749.28 |

**Alex Loyfman**
**999Sheritan Rd**
**Highland Park, IL 60035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/25/2022**

Basis for the claim:  _

Last 4 digits of account number  **5100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alex Orozco**
**109 N oregon St.**
**EL PASO, TX 79901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/28/2021**

Basis for the claim:  _

Last 4 digits of account number  **9601**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,420.48 |

**Alex Ranello**
**105 Circle Drive**
**Hawley, PA 18428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/13/2022**

Basis for the claim:  _

Last 4 digits of account number  **4503**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alex Smith**
**3140 Esquire Dr**
**MURFREESBORO, TN 37130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/12/2021**

Basis for the claim:  _

Last 4 digits of account number  **1600**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $855.89 |

**Alexander Cornu**
**100 Montage Way**
**Healkbury, CA 35448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/20/2022**

Basis for the claim:  _

Last 4 digits of account number  **9401**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,242.81 |

**Alexis Mendenhall**
**2011 Walnut BLVD**
**Wa;mit Creel, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/10/2022**

Basis for the claim:  _

Last 4 digits of account number  **9900**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Alice Arriola
Fresno Sierra Contr., In
1454 N Clark St.
Fresno, CA 93703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/27/2022**

Basis for the claim: _

Last 4 digits of account number  **6261**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$978.03**

Alison Alfers
1918 Bryce Court
EVERGREEN, CO 80439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/2022**

Basis for the claim: _

Last 4 digits of account number  **3700**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Allegheny Refrigeration
Jack Heisler
1228 Brighton Rd.
PITTSBURGH, PA 15233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2021**

Basis for the claim: _

Last 4 digits of account number  **4100**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ALLIED SERVICES
Chris Sourlis
109 South Diamond Mill Rd.
CLAYTON, OH 45315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/12/2020**

Basis for the claim: _

Last 4 digits of account number  **1900**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$658.44**

Altafiber
PO Box 748003
Cincinnati, OH 45274-8003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2022**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59.94**

Amazon
PO Box 81226
Seattle, WA 98108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/17/2022**

Basis for the claim: _

Last 4 digits of account number  **5000**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$167,069.61**

American Coradius International-PayPal
2420 Sweet Home Rd. STE 160
Amherst, NY 14228-2244

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $569.00 |

**American Elevators**
235 Stark St.
Cincinnati, OH 45214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/2022

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $756,633.41 |

**American Express-Global Merchant Service**
PO Box 299051
Ft. Lauderdale, FL 33329-9051

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  Various

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**American HVAC & Refrigeration Inc**
Dina Gittlitz
7423 Amboy Rd.
STATEN ISLAND, NY 10307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/30/2021

Basis for the claim: _

Last 4 digits of account number  1200

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,576.66 |

**American Metal Supply**
PO Box 714597
Cincinnati, OH 45271-4597

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Various

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ami Patel**
425 Woodard Place
POWELL, OH 43065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/12/2018

Basis for the claim: _

Last 4 digits of account number  9132

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $844.20 |

**Amy Gilleran**
2005 CONTRA COSTA AVE
SANTA ROSA, CA 95405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/12/2022

Basis for the claim: _

Last 4 digits of account number  3200

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amy Heinz**
28026 Sugarside Glen Dr
Katy, TX 77494

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/31/2022

Basis for the claim: _

Last 4 digits of account number  8100

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Anderson Heating and Air**
Anderson Heating and Air
780 old Hendersonville Hwy
BREVARD, NC 28712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/22/2022

Basis for the claim:  _

Last 4 digits of account number  1700

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.36 |

**Andrea Grissom**
15913 W. Lake Burrell Dr.
LUTZ, FL 33549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/9/2022

Basis for the claim:  _

Last 4 digits of account number  8000

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Andrei Gourji**
611 Taylor Way Unit 6
SAN CARLOS, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/3/2021

Basis for the claim:  _

Last 4 digits of account number  6302

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Andrew and Vinkey Allen**
2374 Greenwich St
SAN FRANCISCO, CA 94123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/9/2021

Basis for the claim:  _

Last 4 digits of account number  1600

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Andrew Farkas**
54 Feny R.
Northhaven, NY 11963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/10/2017

Basis for the claim:  _

Last 4 digits of account number  1900

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.00 |

**Andrew Lingo**
4995 Breeders Cup Circle
LIBERTY TWP, OH 45011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/24/2022

Basis for the claim:  _

Last 4 digits of account number  0400

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.49 |

**Andrew Wilt**
Terroir - A Place for Wine
9225 Garland Rd.
Suite 2120
Dallas, TX 75218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/13/2022

Basis for the claim:  _

Last 4 digits of account number  3300

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Andy Hinojosa**
**12Wild Lilac Way**
**Orinda, CA 94563**

Date(s) debt was incurred  **11/19/2020**

Last 4 digits of account number  **4751**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Andy Mankin**
**c/o Lee Company**
**1124 Menzler Road**
**Nashville, TN 37210**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,750.00 |

**Andy McRea**
**228 NW 177th St.**
**Shoreline, WA 98177**

Date(s) debt was incurred  **6/13/2022**

Last 4 digits of account number  **6600**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |

**Ankenbauer Enterprises**
**202 W 31 Street**
**Covington, KY 41015**

Date(s) debt was incurred  **6/1/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ankush Gosain**
**4690 Barfield Rd**
**MEMPHIS, TN 38117**

Date(s) debt was incurred  **12/11/2019**

Last 4 digits of account number  **2600**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**Ann Nogami**
**122 Dunn Avenue**
**Stamford, CT 06905**

Date(s) debt was incurred  **6/13/2022**

Last 4 digits of account number  **3500**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ann Phelan**
**500 Sumerset Rd.**
**Baltimore, MD 21210**

Date(s) debt was incurred  **3/28/2022**

Last 4 digits of account number  **0400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $719.67 |
|---|---|---|---|

**Ann Thornton**
**AK Thornton Holdings LLC**
**1708 Erral Woods Dr.**
**Apopka, FL 32712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/14/2022

**Basis for the claim:** _

Last 4 digits of account number  3300

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anne Boychuck**
**11702 Peninsula Dr.**
**TRAVERSE CITY, MI 49686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/5/2021

**Basis for the claim:** _

Last 4 digits of account number  5700

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,747.00 |
|---|---|---|---|

**Anne Johns**
**1000 Cordova Place**
**SANTA FE, NM 87501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/27/2021

**Basis for the claim:** _

Last 4 digits of account number  6201

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,327.48 |
|---|---|---|---|

**Annie MacEwan**
**824 Sutter St. Suite200**
**Folsum, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/8/2022

**Basis for the claim:** _

Last 4 digits of account number  4500

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,432.17 |
|---|---|---|---|

**Annie Margarita**
**49154 Mckenzie Hwy**
**VIDA, OR 97488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/7/2022

**Basis for the claim:** _

Last 4 digits of account number  2100

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,177.41 |
|---|---|---|---|

**Annis Ha**
**305 Kenilworth Ave.**
**Kenilworth, IL 60043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/3/2022

**Basis for the claim:** _

Last 4 digits of account number  0652

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,743.05 |
|---|---|---|---|

**Anthem**
**PO Box 645438**
**Cincinnati, OH 45264-5438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/17/2022

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Anthony Avino**
**132 Gray Creek Dr.**
**SAVANNAH, GA 31410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/19/2020__

Basis for the claim: _

Last 4 digits of account number __4500__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Anthony deSantis**
**40 Kingsbury Dr.**
**HOLLISTON, MA 01746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/27/2020__

Basis for the claim: _

Last 4 digits of account number __3002__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Anthony Monetta**
**124 Riveer Ave.**
**Mishawaka, IN 46544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/16/2021__

Basis for the claim: _

Last 4 digits of account number __3300__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,671.09**

**Anthony W Reeves**
**Intown Bldrs. Grp. Inc**
**601 Magnolia St.**
**Vila Rico, GA 30180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/20/2022__

Basis for the claim: _

Last 4 digits of account number __4911__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,416.52**

**Anthony Zorich**
**3757 SW Badger Ave.**
**REDMOND, OR 97756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/27/2022__

Basis for the claim: _

Last 4 digits of account number __6800__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,929.04**

**Applied Industrial Tech**
**108 Millington Ct**
**Blue Ash, OH 45242-4017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Arctic Air Service**
**Dennis**
**7704 Clapps Chapel rd.**
**Corryton, TN 37721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/14/2020__

Basis for the claim: _

Last 4 digits of account number __5700__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,058.09 |
|---|---|---|---|

**Aren Bazzocco**
**1945 Vista Cielo Dr**
**NEWCASTLE, CA 95658**

Date(s) debt was incurred  **4/20/2022**

Last 4 digits of account number  **9300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arianna AC**
**Julio Gramajo**
**409N Bundy Dr.**
**LOS ANGELES, CA 91411**

Date(s) debt was incurred  **8/30/2021**

Last 4 digits of account number  **2900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARS rescue rooter**
**Greg Mattison**
**9070 Euclid Ave.**
**MANASSAS, VA 20110**

Date(s) debt was incurred  **8/12/2021**

Last 4 digits of account number  **1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arthur Dedominicis**
**1100 Route 9**
**Fishkill, NY 12524**

Date(s) debt was incurred  **6/18/2020**

Last 4 digits of account number  **4211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arthur Kunath**
**106 Bivouac Ave**
**FORT THOMAS, KY 41075**

Date(s) debt was incurred  **10/25/2018**

Last 4 digits of account number  **4500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arthur Scott**
**2925 Madrey Lane**
**OWENS CROSS ROADS, AL 35763**

Date(s) debt was incurred  **9/17/2020**

Last 4 digits of account number  **4501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Artistic Kitchen Designs**
**Adam Zangi**
**1908 Coney Island Ave.**
**BROOKLYN, NY 11230**

Date(s) debt was incurred  **6/9/2022**

Last 4 digits of account number  **1202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,065.20 |
|---|---|---|---|

**Astronics / Peco Manufacturing Company,**
**Dept CH19641**
**Palatine, IL 60055-9641**

Date(s) debt was incurred **Various**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Atlantic Heating and Air**
**George Fullers**
**116 Cypress St.**
**BROOKLINE, MA 02445**

Date(s) debt was incurred **4/13/2022**

Last 4 digits of account number **1900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $494.92 |
|---|---|---|---|

**Audrey Stine**
**Cleaver & Cork**
**11760 Haynes Bridge R Suite 1A**
**Alpharetta, GA 30009**

Date(s) debt was incurred **4/19/2022**

Last 4 digits of account number **6601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,410.00 |
|---|---|---|---|

**Austen Keithly**
**1320 E Houston Suite 10**
**SAN ANTONIO, TX 78205**

Date(s) debt was incurred **5/17/2022**

Last 4 digits of account number **4701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $58,403.96 |
|---|---|---|---|

**Austin Neuhoff**
**4016 Colgate Ave**
**Dalla, TX 75225**

Date(s) debt was incurred **5/11/2022**

Last 4 digits of account number **2260,1,2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Avon Wines & Spirits**
**Pi Patel**
**144 Simsbury Rd.**
**AVON, CT 06001**

Date(s) debt was incurred **1/5/2021**

Last 4 digits of account number **3500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $238.61 |
|---|---|---|---|

**B&H Precision Fabricators Inc.**
**Jared Bartholomew**
**33 Briana Ct.**
**East Moriches, NY 11940**

Date(s) debt was incurred **5/6/2022**

Last 4 digits of account number **6407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**B'S Refrigeration inc**
**Steve Barone**
**3655 N Andrews Ave.**
**Oakland Park, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/9/2021**

**Basis for the claim:** _

Last 4 digits of account number  **6800**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**B. Tucker Heating and Air**
**Barney Tucker**
**367 North Clarendon Ave**
**Avondale Estates, GA 30002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/29/2020**

**Basis for the claim:** _

Last 4 digits of account number  **4501**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,427.89 |
|---|---|---|---|

**Bar Mallino**
**1538 Hendricks Ave**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/14/2022**

**Basis for the claim:** _

Last 4 digits of account number  **9810**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,427.89 |
|---|---|---|---|

**Bar Molino**
**1538 Hendricks Ave.**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/14/2022**

**Basis for the claim:** _

Last 4 digits of account number  **9800**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,700.00 |
|---|---|---|---|

**Barbara Van Dorn**
**28634 La Caile Dr.**
**NAPLES, FL 34119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/25/2022**

**Basis for the claim:** _

Last 4 digits of account number  **4000**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barry & Faith Pennypacker**
**1075 S. Leopard Rd.**
**BERWYN, PA 19312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/9/2021**

**Basis for the claim:** _

Last 4 digits of account number  **4000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,339.35 |
|---|---|---|---|

**Barry Wishengrad**
**5656 Middle Crest**
**ENCINO, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/14/2022**

**Basis for the claim:** _

Last 4 digits of account number  **3400**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **WINE CELLAR INNOVATIONS, LLC** _____  Case number (if known) __1:22-bk-11315__
           Name

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,861.92 |

**Basco Engineered Products**
**PO Box 514**
**Middletown, OH 45042-0514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**Beacon Building Products**
**225 Circle Freeway Dr.**
**Cincinnati, OH 45246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/1/2022__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Beckham Heating and Air**
**Mike Ammons**
**2400 Newcastle St.**
**BRUNSWICK, GA 31520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/27/2020__

Basis for the claim: _

Last 4 digits of account number __6900__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Beckman Bros INC**
**John Beckman**
**1072 S Corporate Circle**
**GRAYSLAKE, IL 60030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/26/2022__

Basis for the claim: _

Last 4 digits of account number __8000__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BEL-O Cooling and Heating INC**
**Tom Westerheide**
**8478 Highway 50**
**O FALLON, IL 62269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/5/2021__

Basis for the claim: _

Last 4 digits of account number __5900__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $136.47 |

**Bert Good**
**1960 NE 50th Way**
**HILLSBORO, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/13/2022__

Basis for the claim: _

Last 4 digits of account number __9300__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bertie Heating & Air conditioning**
**Jim Bertie**
**1730 NE 23 Ave**
**GAINESVILLE, FL 32609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/20/2021__

Basis for the claim: _

Last 4 digits of account number __3500__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Besco Associates**
**Glen Bousher**
**31192 La Baya Dr. Suite H**
**WESTLAKE VILLAGE, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/24/2022**

**Basis for the claim:** _

Last 4 digits of account number  **3800**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BEST Commercial Energy Servies, INC**
**Angie Mick**
**1340 E. Archwood Ave.**
**AKRON, OH 44306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/29/2021**

**Basis for the claim:** _

Last 4 digits of account number  **4200**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,069.99**

**Beth Dobson**
**1211 Pelham Rd.**
**GREENVILLE, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/19/2022**

**Basis for the claim:** _

Last 4 digits of account number  **3510**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,698.05**

**BGR**
**PO Box 32160**
**Department 142**
**Louoisville, KY 40232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,209.31**

**Bhavesh Babariya**
**821 W Minneola Ave**
**CLERMONT, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2022**

**Basis for the claim:** _

Last 4 digits of account number  **6500**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,535.13**

**Biesse Group America**
**P O Box 19849**
**Charlotte, NC 28219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Biggs Comfort Technologies**
**Terry Biggs**
**15280 Middletown Ave.**
**NOBLESVILLE, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/2020**

**Basis for the claim:** _

Last 4 digits of account number  **0600**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.98 |
|---|---|---|---|

**Bill Cross**
3925 Southway St. SW
MASSILLON, OH 44646

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** 2/24/2022

**Basis for the claim:** _

**Last 4 digits of account number** 1801

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bill Kutz Heating and Air**
5560 Skylane BLVD
5560 Skylane BLVD
Santa Rosa, CA 95403

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** 8/12/2021

**Basis for the claim:** _

**Last 4 digits of account number** 4100

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,317.10 |
|---|---|---|---|

**Bill Nagel**
313 W 46th St.
Minneapolis, MN 55419

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** 4/13/2022

**Basis for the claim:** _

**Last 4 digits of account number** 0451

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bill Spade Electric, Heating & Cooling**
**Bill Spade**
7181 Wesselman Rd.
CLEVES, OH 45002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** 9/10/2020

**Basis for the claim:** _

**Last 4 digits of account number** 7200

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BILL ST JOHN**
508 1ST AVE SE
CULLMAN, AL 35055

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** 6/3/2021

**Basis for the claim:** _

**Last 4 digits of account number** 7600

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.12 |
|---|---|---|---|

**Blair Nelsen**
314 Greenway Ln
RICHMOND, VA 23226

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** 6/12/2022

**Basis for the claim:** _

**Last 4 digits of account number** 2800

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,980.71 |
|---|---|---|---|

**Blake Wiltshire**
8001 S Illinois Route 31
Crystal Lake, IL 60014

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** 6/13/2022

**Basis for the claim:** _

**Last 4 digits of account number** 0900

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,905.60** |
|---|---|---|---|

**BLUELINX CORPORATION**
**P.O. BOX 505271**
**St. Louis, MO 63150-5271**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Various__

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Bob Anning**
**25 Weebetook Ln.**
**CINCINNATI, OH 45208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __5/25/2022__

**Basis for the claim:** _

**Last 4 digits of account number** __4701__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,500.59** |
|---|---|---|---|

**Bob Pritchett**
**Faithlife.com**
**NA**
**BAKERVIEW, WA 98226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __6/1/2022__

**Basis for the claim:** _

**Last 4 digits of account number** __8600__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Bombard Mechanical**
**Don Iannucci**
**3933 W Ali Baba Lane**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __11/25/2020__

**Basis for the claim:** _

**Last 4 digits of account number** __6000__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Border Sheet Metal**
**Greg Brouillard**
**143 W Hayden Ave**
**Hayden, ID 83835**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __5/18/2022__

**Basis for the claim:** _

**Last 4 digits of account number** __9600__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Boyd Shermis**
**22287 Mulholland Hwy**
**Suite 309**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,277.69** |
|---|---|---|---|

**Brad Day**
**655 Kensawe Ave.**
**Knoxville, TN 37919**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __5/31/2022__

**Basis for the claim:** _

**Last 4 digits of account number** __3500__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**                              Case number (if known)   **1:22-bk-11315**
_____
Name

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,241.82** |

**Brad Wilins**
**163 Starlight Circle**
**ERIE, CO 80516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/23/2022**

Basis for the claim: _

Last 4 digits of account number  **0300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,063.00** |

**Bradley Stees**
**Envy Wine Room**
**126Midway St.**
**Spring, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/26/2022**

Basis for the claim: _

Last 4 digits of account number  **8300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Brahma Construction**
**Chris Mizzone**
**256 Gregory Rd.**
**FRANKLIN LAKES, NJ 07417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2021**

Basis for the claim: _

Last 4 digits of account number  **7302**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,560.79** |

**Brandi H**
**9 Spanish Pass**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/27/2022**

Basis for the claim: _

Last 4 digits of account number  **4900**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,255.15** |

**Brandon Herbst**
**4673 Bryant St**
**DENVER, CO 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/27/2021**

Basis for the claim: _

Last 4 digits of account number  **0000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Brandon Hulett**
**6296 Proprietors Rd**
**WORTHINGTON, OH 43085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/12/2022**

Basis for the claim: _

Last 4 digits of account number  **7120**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,817.91** |

**Brandon Hulett**
**6296 Proprietors Rd**
**WORTHINGTON, OH 43085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/23/2022**

Basis for the claim: _

Last 4 digits of account number  **7703**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.132**

**Nonpriority creditor's name and mailing address**
**Breezaire Products Co.**

**Date(s) debt was incurred  Various**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,789.00**

---

**3.133**

**Nonpriority creditor's name and mailing address**
**Brenda Audino**
**88 Front Street S**
**ISSAQUAH, WA 98027**

**Date(s) debt was incurred  5/13/2022**

**Last 4 digits of account number  3900**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset? ■ No  ☐ Yes

**$173.74**

---

**3.134**

**Nonpriority creditor's name and mailing address**
**Brenda Kibee**
**742 Charcot Ave.**
**San Jose, CA 95131**

**Date(s) debt was incurred  5/4/2022**

**Last 4 digits of account number  5810**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,922.85**

---

**3.135**

**Nonpriority creditor's name and mailing address**
**Brett Coffing**
**159 Balbriggan Lane**
**GRANVILLE, OH 43023**

**Date(s) debt was incurred  1/20/2022**

**Last 4 digits of account number  3700**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.136**

**Nonpriority creditor's name and mailing address**
**Brian Bedard**
**Bedard Services LLC**
**4875 13th Lane**
**Vero Beach, FL 32966**

**Date(s) debt was incurred  4/28/2022**

**Last 4 digits of account number  3400**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,633.05**

---

**3.137**

**Nonpriority creditor's name and mailing address**
**Brian Dixon**
**210 Holt Lane**
**LEWISBURG, WV 24901**

**Date(s) debt was incurred  11/12/2020**

**Last 4 digits of account number  3500**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.138**

**Nonpriority creditor's name and mailing address**
**Brian Khazal**
**Wayside Liquor Inc**
**703 Creston Rd**
**Paso Robles, CA 93446**

**Date(s) debt was incurred  5/30/2022**

**Last 4 digits of account number  3800**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,631.62**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,250.14 |
|---|---|---|---|

**Brian Pelascini**
4735 Suisun Valley rd
**FAIRFIELD, CA 94534**

Date(s) debt was incurred  **6/10/2022**

Last 4 digits of account number  **0200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Robinson**
810 Lexington Ave.
**New York, NY 10065**

Date(s) debt was incurred  **2/18/2022**

Last 4 digits of account number  **7500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.12 |
|---|---|---|---|

**Brian Smith Builders**
5700 Lower Mountain Rd.
**New Hope, PA 18338**

Date(s) debt was incurred  **6/7/2022**

Last 4 digits of account number  **1200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,307.40 |
|---|---|---|---|

**Brian Wilson**
**Boston Wine Cellars**
300 Bartlett St
**NORTHBORO, MA 01532**

Date(s) debt was incurred  **5/31/2022**

Last 4 digits of account number  **9102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Wright**
327 South Persimnon RD.
**HOUSTON, TX 77377**

Date(s) debt was incurred  **10/22/2020**

Last 4 digits of account number  **0800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,535.86 |
|---|---|---|---|

**Brock Greene**
**NA**
**NA**
**NA**
**LOS ANGELES, CA 90005**

Date(s) debt was incurred  **6/10/2022**

Last 4 digits of account number  **5500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $336.23 |
|---|---|---|---|

**Brody Gilbert**
28 Kettle Creek Rd
**JERICHO, VT 05465**

Date(s) debt was incurred  **6/11/2022**

Last 4 digits of account number  **2300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **WINE CELLAR INNOVATIONS, LLC**                              Case number (if known)    **1:22-bk-11315**
_____
Name

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$171.00** |

**Bronze-Glow Technologies, Inc**
**175 Bronz-Glow Way**
**St. Augustine, FL 32095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/22/2022**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,550.00** |

**Brown Heathing & Air**
**5815 La Cueta Dr.**
**Santa Rosa, CA 95409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/9/2022**

Basis for the claim:  _

Last 4 digits of account number  **8320**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Brown Heating & Air Conditioning**
**Jerome Brown**
**7871 High  Way 50 East**
**CARSON CITY, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/19/2021**

Basis for the claim:  _

Last 4 digits of account number  **7000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43.96** |

**Bruce Byron**
**Barron industries, Inc**
**215Plexus Dr.**
**OXFORD, MI 48371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/4/2022**

Basis for the claim:  _

Last 4 digits of account number  **6202**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Bruce Mattox**
**3045 Haven Reserve**
**Milton, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/20/2022**

Basis for the claim:  _

Last 4 digits of account number  **8284**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Bryan Espiritu**
**17694 John Telfer Dr**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/24/2022**

Basis for the claim:  _

Last 4 digits of account number  **7710**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Bryan Formann**
**1233 N. Price Road**
**SAINT LOUIS, MO 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/17/2021**

Basis for the claim:  _

Last 4 digits of account number  **1700**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**C&R Mechanical**
**Rick Puckett**
**158 Lambeth Dr.**
**HIRAM, GA 30141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/10/2020**

**Basis for the claim:** _

Last 4 digits of account number **5700**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,168.00**

**C/o Melissa darlington**
**david raschen**
**406 Majestic Ct.**
**PEACHTREE CITY, GA 30269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/18/2022**

**Basis for the claim:** _

Last 4 digits of account number **0123**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Caldeco Mechanical Services, Inc.**
**Ryan Ploch**
**2135 W Union St.**
**TAMPA, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/3/2020**

**Basis for the claim:** _

Last 4 digits of account number **0707**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Caleb Ophus**
**1407 S Harvard Ave**
**Tulsa, OK 74112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/28/2022**

**Basis for the claim:** _

Last 4 digits of account number **4200**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,907.84**

**Candace Cavanaugh**
**433 El Centro Rd**
**Hillsborough, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/29/2022**

**Basis for the claim:** _

Last 4 digits of account number **3720**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Capital City Millwork**
**Peter Elliott**
**173 Heatherdown Dr.**
**WESTERVILLE, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/8/2022**

**Basis for the claim:** _

Last 4 digits of account number **5001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Carl D Jacobs Group**
**5038 Orrville Ave**
**WOODLAND HILLS, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/19/2017**

**Basis for the claim:** _

Last 4 digits of account number **3400**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,604.14** |
|---|---|---|---|

**Carl Web**
**935 Pine St. #776072**
**Stemboat Springs, CO 80487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/3/2022**

**Basis for the claim:** _

Last 4 digits of account number  **1010**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$942.46** |
|---|---|---|---|

**Carla Schoepfle**
**545 N. Piedmont ST**
**ARLINGTON, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/2022**

**Basis for the claim:** _

Last 4 digits of account number  **4200**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Carlo Orlando**
**322 Posada Lane Suite A**
**Templeton, CA 93465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/27/2022**

**Basis for the claim:** _

Last 4 digits of account number  **8502**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Carmen Musial**
**5945 Suntose Ave.**
**Newark, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2/2021**

**Basis for the claim:** _

Last 4 digits of account number  **6600**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Carmine Cortese**
**830 n dixie fwy**
**NEW SMYRNA BEACH, FL 32168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/22/2020**

**Basis for the claim:** _

Last 4 digits of account number  **5800**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,316.00** |
|---|---|---|---|

**Carrie Rost Rodgers**
**104 E Genesee St**
**Skaneatteles, NY 13152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/27/2022**

**Basis for the claim:** _

Last 4 digits of account number  **3661,2,103**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CASE BUILDERS**
**MATTHEW KURRLE**
**9 West Aylesbury Rd. Suite C**
**LUTHERVILLE, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/26/2018**

**Basis for the claim:** _

Last 4 digits of account number  **3150**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,698.11**

**Casey Longbottom**
**347 Stanley Ave**
**CINCINNATI, OH 45226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2/2022**

Basis for the claim: _

Last 4 digits of account number  **2305**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CAV Appliance Repair**
**Charles Valvo**
**213 Great Rock Dr.**
**WILDWOOD, NY 11792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2021**

Basis for the claim: _

Last 4 digits of account number  **1301**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CBC**
**Laura Eckert**
**417 Nikomas Way**
**MELBOURNE BEACH, FL 32951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/23/2020**

Basis for the claim: _

Last 4 digits of account number  **8500**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$680.85**

**CBTS**
**Transport & Brokerage (Canada,  Inc.**
**Cincinnati, OH 45274-8001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/10/2022**

Basis for the claim: _

Last 4 digits of account number  **7184**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CD White, Inc.**
**United Refrigeration**
**Augusta, GA 30901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/18/2022**

Basis for the claim: _

Last 4 digits of account number  **6000**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$880.85**

**CDC Distributors**

**Cincinnati, OH 45274-8001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2057184**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Certified Mechanical**
**Steve Sandman**
**2502 Vulcan Rd.**
**APOPKA, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/23/2020**

Basis for the claim: _

Last 4 digits of account number  **0600**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,500.00**

**Chaddock Refrigeration**
PO Box 47186
Jacksonville, FL 32247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/3/2022**

Basis for the claim: _

Last 4 digits of account number **4800**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Champion Air Systems**
Chris Rich
125 Kelli Clark Court
CARTERSVILLE, GA 30121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/13/2021**

Basis for the claim: _

Last 4 digits of account number **4701**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Chanel Williams**
2043 Alaqua Lakes Boulevard
LONGWOOD, FL 32779

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/21/2021**

Basis for the claim: _

Last 4 digits of account number **3100**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,238.20**

**Charles Chesnutt**
3605 Village Green Dr
SANDY PLAINS, GA 30075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/27/2022**

Basis for the claim: _

Last 4 digits of account number **2200**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.37**

**Charles Defreitas**
263 Shamrock Drive
WARWICK, RI 02886

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/13/2022**

Basis for the claim: _

Last 4 digits of account number **8900**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,274.99**

**Charles G Johnson**
78-280 Birkdale Ct.
La Quinta, CA 92253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/17/2022**

Basis for the claim: _

Last 4 digits of account number **9301**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,348.10**

**Charles Meader**
Appletree Properties and Consulting
78 Oak St.
PLYMOUTH, MA 02360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/7/2022**

Basis for the claim: _

Last 4 digits of account number **1300**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.181**

**Nonpriority creditor's name and mailing address**

**Charles Nabit**
**4604 North Charles St.**
**Baltimore, MD 21210**

Date(s) debt was incurred  **9/15/2020**

Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.182**

**Nonpriority creditor's name and mailing address**

**Chi Uk Kwon**
**4039 235th St.**
**Douglaston, NY 11363**

Date(s) debt was incurred  **6/8/2022**

Last 4 digits of account number  **7000**

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183**

**Nonpriority creditor's name and mailing address**

**CHIP STERNDAHL**
**2862 Cactus Bloom Dr.**
**BULLHEAD CITY, AZ 86429**

Date(s) debt was incurred  **2/22/2022**

Last 4 digits of account number  **5100**

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.184**

**Nonpriority creditor's name and mailing address**

**Chris Epperson**
**EAC Heating & Air**
**76 Beach City Rd**
**STE#A**
**Hilton Head Island, SC 29926**

Date(s) debt was incurred  **5/11/2022**

Last 4 digits of account number  **2400**

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.185**

**Nonpriority creditor's name and mailing address**

**Chris Gay**
**Future Supply**
**300 W Commercial St.**
**PORTALES, NM 88130**

Date(s) debt was incurred  **5/24/2022**

Last 4 digits of account number  **8100**

As of the petition filing date, the claim is: *Check all that apply.*   $5,355.06

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.186**

**Nonpriority creditor's name and mailing address**

**Chris Kim**
**Chris Kim**
**46 Park St.**
**Tenafly, NY 07670**

Date(s) debt was incurred  **5/20/2022**

Last 4 digits of account number  **0701**

As of the petition filing date, the claim is: *Check all that apply.*   $12,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.187**

**Nonpriority creditor's name and mailing address**

**Chris Kravitz & Rob Silverman**
**Custom Wine Cellars**
**10 Knapp Lane**
**NEW YORK CITY, NY 10956**

Date(s) debt was incurred  **12/2/2020**

Last 4 digits of account number  **Varies**

As of the petition filing date, the claim is: *Check all that apply.*   $20,549.61

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.188**

**Nonpriority creditor's name and mailing address**

**Chris Pohl**
**23 Paddock Lane**
**COLTS NECK, NJ 07722**

Date(s) debt was incurred  **12/22/2021**

Last 4 digits of account number  **0901**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189**

**Nonpriority creditor's name and mailing address**

**Chris Sampson Sun Heating & Cooling**
**766 Industrial Ct.**
**BLOOMFIELD, MI 48302**

Date(s) debt was incurred  **8/13/2020**

Last 4 digits of account number  **6500**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.190**

**Nonpriority creditor's name and mailing address**

**Chris Strauss**
**9 Silvercrest Dr**
**TINTON FALLS, NJ 07712**

Date(s) debt was incurred  **5/17/2022**

Last 4 digits of account number  **6801**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$931.03**

---

**3.191**

**Nonpriority creditor's name and mailing address**

**Chris Vana**
**1315 Wayne Dr.**
**Des Plaines, IL 60018**

Date(s) debt was incurred  **5/25/2022**

Last 4 digits of account number  **2600**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$203.20**

---

**3.192**

**Nonpriority creditor's name and mailing address**

**Chris Wasson**
**38 Springhill Farm CT.**
**COCKEYSVILLE, MD 21030**

Date(s) debt was incurred  **11/12/2020**

Last 4 digits of account number  **6700**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193**

**Nonpriority creditor's name and mailing address**

**Chris Wynes**
**3137 N Street NW**
**WASHINGTON, DC 20007**

Date(s) debt was incurred  **5/25/2022**

Last 4 digits of account number  **3300**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$224.73**

---

**3.194**

**Nonpriority creditor's name and mailing address**

**Christian Flores**
**AirFlow Supply**
**525 Johnstone St.**
**Perth Ambox, NJ 08861**

Date(s) debt was incurred  **6/2/2022**

Last 4 digits of account number  **2020**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,166.00 |
|---|---|---|---|

**CHRISTIAN SOBB**
**716 Creek Side Bend**
**ALPHARETTA, GA 30004**

Date(s) debt was incurred  12/3/2021

Last 4 digits of account number  6400

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $501.33 |
|---|---|---|---|

**Christine Smalley**
**5803 Limestone Court**
**COLD SPRING, KY 41076**

Date(s) debt was incurred  5/17/2022

Last 4 digits of account number  0700

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,511.13 |
|---|---|---|---|

**Christopher Cay**
**1 Hampton Place**
**SAVANNAH, GA 31411**

Date(s) debt was incurred  5/13/2022

Last 4 digits of account number  3303

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,547.20 |
|---|---|---|---|

**Christopher Fasano**
**942 Franklin Ave**
**RIVER FOREST, IL 60305**

Date(s) debt was incurred  3/29/2022

Last 4 digits of account number  7404

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher McCall**
**6444 Worchester Dr.**
**Nashville, TN 37221**

Date(s) debt was incurred  10/28/2021

Last 4 digits of account number  5400

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Smith**
**Wine Smith Cellars**
**1107 Tumblewood Dr.**
**LOVELAND, OH 45140**

Date(s) debt was incurred  5/11/2021

Last 4 digits of account number  3005

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chuck LaRocco**
**1 Lake St.**
**Unit 106**
**Penfield, NY 14526**

Date(s) debt was incurred  12/2/2021

Last 4 digits of account number  8440

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Chuck Pfaehler**
**11 Viewpoint Dr.**
**Alexandria, KY 41001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/22/2022**

Basis for the claim: _

Last 4 digits of account number  **3111**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,040.04 |
|---|---|---|---|

**Cincinnati Belting**
**5500 Ridge Ave.**
**Cincinnati, OH 45213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,036.80 |
|---|---|---|---|

**CINCY LIFT TRUCK**
**7685 ST RT 48**
**STE 5**
**Mainville, OH 45039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Cindy Zimmermann**
**2096 Lindsey Ln**
**NICEVILLE, FL 32578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2022**

Basis for the claim: _

Last 4 digits of account number  **0701**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $225.62 |
|---|---|---|---|

**Clay Goddard**
**400 Lolton RD NW**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/28/2022**

Basis for the claim: _

Last 4 digits of account number  **0700**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Clayton Luedtke**
**1151 Palmer Rd**
**Gatesville, TX 76528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/24/2017**

Basis for the claim: _

Last 4 digits of account number  **5700**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Climate Engineers**
**Greg Shanahan**
**60 Lincoln St.**
**Hingham, MA 02043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/24/2021**

Basis for the claim: _

Last 4 digits of account number  **0901**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **WINE CELLAR INNOVATIONS, LLC**                      Case number (if known)  **1:22-bk-11315**

Name

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLIMATE SOLUTIONS**
**MIKE JUSTINICH**
**40 Beach Ave.**
**LA GRANGE PARK, IL 60526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/30/2020**

Basis for the claim: _

Last 4 digits of account number  **3100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cloonan wine barrels**
**William Cloonan**
**3415 Auburn Ct.**
**PASO ROBLES, CA 93446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2/2022**

Basis for the claim: _

Last 4 digits of account number  **1800**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colarelli Construction**
**Jim Steward**
**419 E Vermijo SE**
**Colorado Spriings, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/2020**

Basis for the claim: _

Last 4 digits of account number  **9400**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.74 |
|---|---|---|---|

**Colette Williamson**
**139 Sea View Drive**
**CITY BY THE SEA, TX 78336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/3/2022**

Basis for the claim: _

Last 4 digits of account number  **3000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colonial Heating and Cooling**
**Pete Weisheimer**
**671 Windmiller Dr.**
**PICKERINGTON, OH 43147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/3/2021**

Basis for the claim: _

Last 4 digits of account number  **3300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comstock HVAC INC**
**Matt Burt**
**2 Elizabeth St.**
**NAPLES, NY 14512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/6/2021**

Basis for the claim: _

Last 4 digits of account number  **4200**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,300.00 |
|---|---|---|---|

**Conrad Manfred -Kodiak GC**
**4516 N Bessie Lane**
**Spokane, WA 93211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  **9520**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**

Case number (if known)   **1:22-bk-11315**

Name

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cousins Air inc**
**Steve Jeziorowski**
**3300 SW 15th St.**
**DEERFIELD BCH, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2/22/2022**

Basis for the claim: _

Last 4 digits of account number   **1000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,711.47 |
|---|---|---|---|

**CR Laurence Co**
**PO Box 58923**
**Los Angeles, CA 90058-0923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **Various**

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craft Heating**
**Jim Kay**
**31 Noble Ave.**
**PITTSBURGH, PA 15205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **6/10/2021**

Basis for the claim: _

Last 4 digits of account number   **2900**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,518.30 |
|---|---|---|---|

**Craig Kessler**
**950 Baywood Ct**
**COLUMBUS, IN 47201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **5/18/2022**

Basis for the claim: _

Last 4 digits of account number   **5800**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craver Construction**
**Gage Craver**
**5318 Parker Branch Rd.**
**FRANKLIN, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **3/10/2022**

Basis for the claim: _

Last 4 digits of account number   **0100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554.04 |
|---|---|---|---|

**Cristi De Leon**
**112 Somerset Drive**
**Novato, CA 94945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **5/16/2022**

Basis for the claim: _

Last 4 digits of account number   **1123**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Crown Heating and Cooling**
**Scott Seifert**
**11197 Cleveland Ave NW**
**Uniontown, OH 44685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **9/15/2020**

Basis for the claim: _

Last 4 digits of account number   **8600**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$767.15**

**Curtis Reed**
**17942 Homestead Bluffs Dr.**
**Wildwood, MO 63005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/28/2022**

Basis for the claim: _

Last 4 digits of account number  **7901**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CUSTOM COMFORT**
**RICK LUCZAK**
**1101 W 850 N**
**CENTERVILLE, UT 84014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/27/2022**

Basis for the claim: _

Last 4 digits of account number  **2511**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CUSTOM COMFORT**
**RICK LUCZAK**
**1101 W 850 N**
**CENTERVILLE, UT 84014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/27/2022**

Basis for the claim: _

Last 4 digits of account number  **2511**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.69**

**Cynthia Harden**
**210 East 36th St.**
**Apt. 1 D**
**Manhatten, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2022**

Basis for the claim: _

Last 4 digits of account number  **8600**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**D & R Heating and Cooling**
**Marcus Richards**
**1201 E M 36 STE B**
**PINCKNEY, MI 48169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2021**

Basis for the claim: _

Last 4 digits of account number  **2911**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**D & R Heating and Cooling**
**Tom Heider**
**1201 E M 36 STE #8**
**PINCKNEY, MI 48169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/29/2020**

Basis for the claim: _

Last 4 digits of account number  **9400**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dale Johnson**
**Hotel Vintage Portland**
**422 S. Broadway**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2022**

Basis for the claim: _

Last 4 digits of account number  **0200**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMON GARRETT**
**3208 Glenview Park Way**
**LOUISVILLE, KY 40222**

Date(s) debt was incurred  6/7/2018

Last 4 digits of account number  8200

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,981.97 |
|---|---|---|---|

**Daniel Phillips**
**1031 Tyne Blvd.**
**NASHVILLE, TN 37220**

Date(s) debt was incurred  12/30/2021

Last 4 digits of account number  6303

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Phillips c/o Stacy Walke**
**744 East Main St.**
**NASHVILLE, TN 37220**

Date(s) debt was incurred  1/4/2022

Last 4 digits of account number  3187

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Wieczynski**
**23 West Isle Place**
**THE WOODLANDS, TX 77381**

Date(s) debt was incurred  6/2/2022

Last 4 digits of account number  7600

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $780.12 |
|---|---|---|---|

**Daniel Wissert**
**478 Misty Lane**
**WINTER PARK, FL 32789**

Date(s) debt was incurred  6/9/2022

Last 4 digits of account number  8500

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,677.42 |
|---|---|---|---|

**Danielle Yancey**
**2809 Pump House Rd**
**Mountain Brook, AL 35243**

Date(s) debt was incurred  3/16/2022

Last 4 digits of account number  2300

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danny Baker**
**154 Neighborhood Rd**
**Ringgold, GA 30736**

Date(s) debt was incurred  3/18/2021

Last 4 digits of account number  5100

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.237** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,700.68**

**Danny McCartney**
914 W Washington St.
ORLANDO, FL 32805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/12/2022**

Basis for the claim:  _

Last 4 digits of account number  **0200**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Dario Compain**
14910 Persistence Drive
WDBG, VA 22191

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/12/2022**

Basis for the claim:  _

Last 4 digits of account number  **4500**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Darryl Gee**
13012 Surry Rd.
GOSHEN, KY 40026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/8/2021**

Basis for the claim:  _

Last 4 digits of account number  **2002**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Dave Brownell**
956 Reef Lane
Vero Beach, FL 32963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/30/2021**

Basis for the claim:  _

Last 4 digits of account number  **4403**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Davey Construction**
Patrick Davey
2800 Piedmont Rd. NE Suite D
Atlanta, GA 30305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/15/2021**

Basis for the claim:  _

Last 4 digits of account number  **3000**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,580.71**

**David Anderson**
225 Colonial Drive
SOUTH PITTSBURG, TN 37380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2/2022**

Basis for the claim:  _

Last 4 digits of account number  **8202**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**David Auger**
1020 NE Pine  Island Rd.
CAPE CORAL, FL 33909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/23/2020**

Basis for the claim:  _

Last 4 digits of account number  **7000**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Chavers**
**36202 Toulouse St.**
**Prairieville, LA 70769**

Date(s) debt was incurred  **5/5/2022**

Last 4 digits of account number  **7100**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,757.33 |
|---|---|---|---|

**David Dupree**
**730 Virginia Street**
**GRAHAM, TX 76450**

Date(s) debt was incurred  **4/19/2022**

Last 4 digits of account number  **0200**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Labensky**
**1415 La Boutiller Road**
**MALVERN, PA 19355**

Date(s) debt was incurred  **8/19/2021**

Last 4 digits of account number  **6000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Lignore**
**34 GREEN LANE**
**MALVERN, PA 19355**

Date(s) debt was incurred  **4/26/2018**

Last 4 digits of account number  **0602**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,132.83 |
|---|---|---|---|

**David Pointer**
**170 Walnut St Unit 9G**
**New Orleans, LA 70118**

Date(s) debt was incurred  **4/17/2022**

Last 4 digits of account number  **1900**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,325.00 |
|---|---|---|---|

**David Tavaras**
**45 Woodcock Mountain Rd.**
**Washingtonville, NY 10992**

Date(s) debt was incurred  **5/24/2022**

Last 4 digits of account number  **9611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $319.44 |
|---|---|---|---|

**David Westby**
**2951 Whispering Pines Rd.**
**New Meadows, ID 83654**

Date(s) debt was incurred  **5/21/2022**

Last 4 digits of account number  **4800**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Debbie Jarrett**
**The Wine Beach**
**5351 E 2nd Street**
**Belmont Shore, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/7/2022

**Basis for the claim:** _

Last 4 digits of account number  6010

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Debby Steckler**
**7148 Meadow Creek Dr.**
**DALLAS, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2/2021

**Basis for the claim:** _

Last 4 digits of account number  5200

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Del Air**
**Chrisitne Christy**
**531Cdoisco Way**
**SANFORD, FL 32771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2/2020

**Basis for the claim:** _

Last 4 digits of account number  1900

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Delphine Damon**
**1019 Chancery Lane S**
**Nashville, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/26/2022

**Basis for the claim:** _

Last 4 digits of account number  5430

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.84 |
|---|---|---|---|

**Denise Kluesener**
**5189 Clark State Rd**
**GAHANNA, OH 43230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/25/2022

**Basis for the claim:** _

Last 4 digits of account number  5600

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dennis Bucalo**
**120 Hillandale Ct**
**N BARRINGTON, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/8/2021

**Basis for the claim:** _

Last 4 digits of account number  1700

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dennis Coughlin**
**45 EAST 22 STREET PROPERTY LLC**
**NEW YORK, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/29/2017

**Basis for the claim:** _

Last 4 digits of account number  4100

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.258** | **Nonpriority creditor's name and mailing address**

**Dennis Gleason**
5445 Route 67
**EAST DURHAM, NY 12423**

Date(s) debt was incurred  **5/22/2022**

Last 4 digits of account number  **0407**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$482.24**

---

**3.259** | **Nonpriority creditor's name and mailing address**

**Dennis Wolf**
9305 Hollister st
Ventura, CA 93004

Date(s) debt was incurred  **5/2/2022**

Last 4 digits of account number  **5000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$576.58**

---

**3.260** | **Nonpriority creditor's name and mailing address**

**Derek Keck**
**F.E. Trainer Construction**
5532 Old Walland Way
**KNOXVILLE, TN 37886**

Date(s) debt was incurred  **4/7/2022**

Last 4 digits of account number  **8103**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,816.93**

---

**3.261** | **Nonpriority creditor's name and mailing address**

**Desman Murphe**
1 Bellcove
Kings Poiint, NY 11024

Date(s) debt was incurred  **5/3/2022**

Last 4 digits of account number  **6000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,500.00**

---

**3.262** | **Nonpriority creditor's name and mailing address**

**Dimitri Koukoulomatis**
1286 West 106 St.
**CARMEL, IN 46032**

Date(s) debt was incurred  **6/8/2022**

Last 4 digits of account number  **7602**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,000.00**

---

**3.263** | **Nonpriority creditor's name and mailing address**

**Dina Malloch**
235 Tremont Ln
**SARASOTA, FL 34236**

Date(s) debt was incurred  **4/28/2021**

Last 4 digits of account number  **4800**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.264** | **Nonpriority creditor's name and mailing address**

**Diversified Communications Group**
1008 Seabrook Way
Cincinnati, OH 45245-2038

Date(s) debt was incurred  **3/13/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$285.02**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dominic Peters**
4520 Broadway St.
Quincy, IL 62305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2022**

Basis for the claim: _

Last 4 digits of account number  **3010**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Don Albert**
19112 Oahu Ln.
Sarasota, CA 95070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/6/2021**

Basis for the claim: _

Last 4 digits of account number  **5700**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Donald Westermeyer**
9740 Cozaddale Murdock Rd.
LOVELAND, OH 45140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/13/2021**

Basis for the claim: _

Last 4 digits of account number  **6900**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,136.44**

**Donnie Johnson**
Pigneti's
401 S 3rd St.
WACO, TX 76706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/3/2022**

Basis for the claim: _

Last 4 digits of account number  **1000**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Donnie Rowe Heating and Air**
Donnie Rowe
283 Gold Rush Rd.
LEXINGTON, KY 40503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/21/2021**

Basis for the claim: _

Last 4 digits of account number  **7811**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,904.00**

**Doohi Lee**
5513 St. Andrews CT.
PLANO, TX 75093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/11/2022**

Basis for the claim: _

Last 4 digits of account number  **2600**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Dorio Forest Products**
PO Box 6631
Ashland, VA 23005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/22/2022**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dorothy Fosina**
**24 East Ave #142**
**NEW CANAAN, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/6/2021**

Basis for the claim: _

Last 4 digits of account number  **5300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,985.25 |
|---|---|---|---|

**Doug Heay**
**C & H Construction**
**2005 East Bay Drive NE**
**OLYMPIA, WA 98506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/2022**

Basis for the claim: _

Last 4 digits of account number  **6300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,961.33 |
|---|---|---|---|

**Doug Sims**
**Wine Cellar Cowboy**
**7750 E Gelding Dr.**
**STE#1**
**SCOTTSDALE, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2021**

Basis for the claim: _

Last 4 digits of account number  **7500**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.38 |
|---|---|---|---|

**Douglas  Townsend**
**18 Howland Avenue**
**DARTMOUTH, MA 02748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/22/2022**

Basis for the claim: _

Last 4 digits of account number  **6700**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Douglas Lioon**
**250 ordale glvd**
**PITTSBURGH, PA 15228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/2021**

Basis for the claim: _

Last 4 digits of account number  **8400**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Drew Engles**
**505St. Andrews Dr.**
**Akron, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2022**

Basis for the claim: _

Last 4 digits of account number  **6100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301.00 |
|---|---|---|---|

**Duane Dibble**
**249 Arbre Croche Ct.**
**Porter, IN 46304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/26/2022**

Basis for the claim: _

Last 4 digits of account number  **8100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Duffy Construction Management**
**Aaron Spencer**
**320 E Long St.**
**COLUMBUS, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/28/2021**

**Basis for the claim:** _

Last 4 digits of account number  **5500**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68.79 |
|---|---|---|---|

**Duke Energy**
**PO Box 1094**
**Charlotte, NC 28201-1094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  **2506**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dulce Vista Investments**
**Nick Bassarab**
**1295 Arrington Rd.**
**College Station, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/12/2020**

**Basis for the claim:** _

Last 4 digits of account number  **3400**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $324.29 |
|---|---|---|---|

**Dustin Shean**
**1139 El Abra Way**
**SAN JOSE, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/29/2022**

**Basis for the claim:** _

Last 4 digits of account number  **9600**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EAC Heating and Air**
**Jay Odom**
**76Beach City Rd.**
**HILTON HEAD, SC 29926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/2019**

**Basis for the claim:** _

Last 4 digits of account number  **4500**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EAC Heating and Air**
**Chris Epperson**
**76 Beach City Rd. STE#A**
**HILTON HEAD ISLAND, SC 29926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/23/2020**

**Basis for the claim:** _

Last 4 digits of account number  **3400**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EAST TEXAS REFRIGERATION**
**Todd Green**
**4700 Old Troup Hwy**
**TYLER, TX 75707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/19/2021**

**Basis for the claim:** _

Last 4 digits of account number  **3800**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.286**

**Nonpriority creditor's name and mailing address**

Ed Jordan
4878 E Blossom Dr.
DOYLESTOWN, PA 18902

Date(s) debt was incurred  **10/15/2020**

Last 4 digits of account number  **0121**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.287**

**Nonpriority creditor's name and mailing address**

Eddie Merlot Restaurant
Tim Tribbett
997 Chestnut Hills Pkwy
Lincolnshire, IL 60069

Date(s) debt was incurred  **2/8/2018**

Last 4 digits of account number  **1700**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.288**

**Nonpriority creditor's name and mailing address**

Eddy Homes Inc
Matthew Moritz
902 Silver Spring Lane
WEXFORD, PA 15090

Date(s) debt was incurred  **11/13/2018**

Last 4 digits of account number  **2800**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.289**

**Nonpriority creditor's name and mailing address**

Eddy Matthew
KRT Construction
4325 N 156th St.
OMAHA, NE 68116

Date(s) debt was incurred  **4/18/2022**

Last 4 digits of account number  **3000**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$716.31**

---

**3.290**

**Nonpriority creditor's name and mailing address**

Eds Supply Company
Donnie Bates
126 East Emery St.
DALTON, GA 30721

Date(s) debt was incurred  **1/27/2022**

Last 4 digits of account number  **2100**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.291**

**Nonpriority creditor's name and mailing address**

Edward Halstead
W273N2466 Arlington Dr.
Pewaljkee, WI 53072

Date(s) debt was incurred  **4/29/2022**

Last 4 digits of account number  **7300**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,595.21**

---

**3.292**

**Nonpriority creditor's name and mailing address**

Edward Hollman
1350 Eavess Sprinig Dr.
Malven, PA 19355

Date(s) debt was incurred  **4/18/2022**

Last 4 digits of account number  **5030**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,408.45**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178.44** |
|---|---|---|---|

**Edward Lesniak**
**2503 JARVIS ST SW**
**DECATUR, AL 35603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/28/2022

Basis for the claim: _

Last 4 digits of account number  0300

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Efficent**
**Mike Ireland**
**2410 Pope ST.**
**BEAUMONT, TX 77703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/29/2021

Basis for the claim: _

Last 4 digits of account number  5900

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,858.51** |
|---|---|---|---|

**ELECTRIC MOTOR TECHNOLOGIES**
**5217 Beech St.**
**Cincinnati, OH 45217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$567.22** |
|---|---|---|---|

**Eleni Madonis**
**452 Teddy Ave**
**LANCASTER, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/6/2022

Basis for the claim: _

Last 4 digits of account number  1400

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Armato**
**5048 Shadow River St**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/19/2022

Basis for the claim: _

Last 4 digits of account number  3000

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,573.07** |
|---|---|---|---|

**Elizabeth Metzger**
**5122 THornton**
**EL PASO, TX 79932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/20/2022

Basis for the claim: _

Last 4 digits of account number  8903,04

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,125.79** |
|---|---|---|---|

**Elizabeth Reed**
**10217 45th St E**
**EDGEWOOD, WA 98372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/10/2022

Basis for the claim: _

Last 4 digits of account number  5400

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.300** | Nonpriority creditor's name and mailing address

**Elyse Rawls**
**1828 Marengo Street**
**NEW ORLEANS, LA 70115**

Date(s) debt was incurred **11/4/2021**

Last 4 digits of account number **4302**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.301** | Nonpriority creditor's name and mailing address

**Environment Masters**
**Nick Black**
**168 E Porter St.**
**JACKSON, MS 39215**

Date(s) debt was incurred **12/16/2021**

Last 4 digits of account number **9500**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.302** | Nonpriority creditor's name and mailing address

**Eric McClendon**
**B&L Cabinets**
**901 Mobile Drive**
**Longview, TX 75604**

Date(s) debt was incurred **3/28/2022**

Last 4 digits of account number **0282,1**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,780.65**

---

**3.303** | Nonpriority creditor's name and mailing address

**Eric Misaps**
**10101 Mula Rd.**
**Stafford, TX 77477**

Date(s) debt was incurred **10/29/2020**

Last 4 digits of account number **0400**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.304** | Nonpriority creditor's name and mailing address

**Eric Ragland**
**2363 Grandin Rd**
**CINCINNATI, OH 45208**

Date(s) debt was incurred **5/21/2021**

Last 4 digits of account number **3402**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.305** | Nonpriority creditor's name and mailing address

**Eric Schwab**
**984 Waddington St**
**BLOOMFIELD, MI 48301**

Date(s) debt was incurred **11/12/2020**

Last 4 digits of account number **9902**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.306** | Nonpriority creditor's name and mailing address

**Ernesto Lopes**
**99 Pond Cypress Way**
**SANTA ROSA BEACH, FL 32459**

Date(s) debt was incurred **6/11/2022**

Last 4 digits of account number **2400**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$208.62**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

---

**3.307**

**Nonpriority creditor's name and mailing address**

**Executive Air Cooling, Heating, & Refrig**
**David Street**
4012 Commons Dr. Suite 106
DESTIN, FL 32541

Date(s) debt was incurred  1/27/2022

Last 4 digits of account number  1700

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.308**

**Nonpriority creditor's name and mailing address**

**Farzan Roohparvar**
100 Auzerais Ct
LOS GATOS, CA 95032

Date(s) debt was incurred  1/5/2022

Last 4 digits of account number  6800

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.309**

**Nonpriority creditor's name and mailing address**

**Fastenal Company**
PO Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$38,066.25**

---

**3.310**

**Nonpriority creditor's name and mailing address**

**FedEx**
PO Box223125
Pittsburgh, PA 15251-2125

Date(s) debt was incurred  **Various**

Last 4 digits of account number  1573

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$71,879.34**

---

**3.311**

**Nonpriority creditor's name and mailing address**

**FedEX Trade Network**
7075 Ordan Dr.
Mississauga, ON L5T1K6

Date(s) debt was incurred  7/18/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$125.74**

---

**3.312**

**Nonpriority creditor's name and mailing address**

**First Degree Refrigeration, LLC**
**First Degree Refrigeration, LLC**
2220 Myrtle Ave
EL PASO, TX 79901

Date(s) debt was incurred  6/9/2022

Last 4 digits of account number  8400

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.313**

**Nonpriority creditor's name and mailing address**

**First National Bank of Omaha**
PO Box 2818
Omaha, NE 68103-2818

Date(s) debt was incurred  6/16/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,135.46**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$399.36**

**Flodraulic Group, Inc**
PO Box 772676
Detroit, MI 48277-2676

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/22/2022**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Florida Comfort Inc.**
Kevin Adams
5912-1 St. Augustine Rd.
JACKSONVILLE, FL 32207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/10/2020**

Basis for the claim:  _

Last 4 digits of account number  **6200**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Floyd McSpadden**
4465 Thomas Park
BEAUMONT, TX 77706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2021**

Basis for the claim:  _

Last 4 digits of account number  **3200**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Fort Collins Heating**
Jon Leskinen
208 Commerce Dr. STE#4
FORT COLLINS, CO 80524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/29/2021**

Basis for the claim:  _

Last 4 digits of account number  **5200**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,352.38**

**Francis Gergen**
6408 W 55th St.
Soux Falls, SD 57106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/17/2022**

Basis for the claim:  _

Last 4 digits of account number  **1491,1,2**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,700.00**

**Frank Bresee**
Bremac, Inc
8133 Mechanicsville Turnpike
MECHANICSVILLE, VA 23111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/13/2022**

Basis for the claim:  _

Last 4 digits of account number  **0906**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frank Pupo**
Lighthouse Recru
15390 SW 128th St. Unit2
Miami, FL 33186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/12/2022**

Basis for the claim:  _

Last 4 digits of account number  **1111**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.321** | Nonpriority creditor's name and mailing address
**Frank Roetzel**
**6034 Heavenly View**
**Steamboat Spr, CO 60487**

Date(s) debt was incurred  **3/22/2022**

Last 4 digits of account number  **0980**

As of the petition filing date, the claim is: *Check all that apply.*                **$3,146.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address
**Frieda Stark**
**145 FCR 403**
**BUFFALO, TX 75831**

Date(s) debt was incurred  **1/20/2022**

Last 4 digits of account number  **3900**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** | Nonpriority creditor's name and mailing address
**Friulmac Inc.**
**1052 13th St. SE**
**Hickory, NC 28602**

Date(s) debt was incurred  **6/22/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **$498.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | Nonpriority creditor's name and mailing address
**FRY Fastening System**
**PO Box 645586**
**Cincinnati, OH 45264-5586**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **$8,970.77**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325** | Nonpriority creditor's name and mailing address
**Gainey Pro**
**Bernard Gainey**
**8451 Hillside Ave.**
**W HOLLYWOOD, CA 90069**

Date(s) debt was incurred  **10/6/2021**

Last 4 digits of account number  **5101**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address
**Garrett Downing**
**28 Hickory Meadow Rd**
**Cockeysville, MD 20130**

Date(s) debt was incurred  **5/2/2022**

Last 4 digits of account number  **1700**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327** | Nonpriority creditor's name and mailing address
**Garrick Lamb**
**107 A McDougall CT**
**GREENVILLE, SC 29607**

Date(s) debt was incurred  **10/5/2021**

Last 4 digits of account number  **3202**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.328** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Gary Greener**
**1405 Belle Terre Ct**
**HERRIN, IL 62948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/26/2021**

Basis for the claim: _

Last 4 digits of account number  **3103**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.329** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Gary Kronen**
**418 Luthin Rd**
**OAK BROOK, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/7/2020**

Basis for the claim: _

Last 4 digits of account number  **0400**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.330** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Gas Associates, Inc**
**Williams Steven**
**65Avco Rd.**
**BRADFORD, MA 01835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/22/2020**

Basis for the claim: _

Last 4 digits of account number  **4900**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**General Air and Plumbing**
**Jarvis Fisher**
**28120 Hunters Ridge BLVD**
**BONITA SPRINGS, FL 34135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2022**

Basis for the claim: _

Last 4 digits of account number  **1400**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.332** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**General Sheet Metal**
**Bill Henderson**
**630 W Idaho**
**kalispell, MT 59903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/3/2021**

Basis for the claim: _

Last 4 digits of account number  **5800**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.333** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Gentry Heating and Cooling**
**John Tate**
**100 Buckeye Access Rd.**
**SWANNANOA, NC 28778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/9/2017**

Basis for the claim: _

Last 4 digits of account number  **9500**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,700.00**

**George O'Neil**
**28 Block Blvd**
**MASSAPEQUA PARK, NY 11762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/11/2022**

Basis for the claim: _

Last 4 digits of account number  **2800**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.335** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$902.13**

**Geralyn Gray**
**24 Chapoquoit Rd**
**Falmouth, MA 02540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/16/2022**

Basis for the claim:  _

Last 4 digits of account number  **5400**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Gilbeert Chavira**
**904 Vista Mia**
**EL PASO, TX 79922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/10/2021**

Basis for the claim:  _

Last 4 digits of account number  **0500**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,438.07**

**Glen  Mcparland**
**10 Laurel ave**
**KINGSTON, NJ 08528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/5/2022**

Basis for the claim:  _

Last 4 digits of account number  **2200**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,095.85**

**Glen Bousher**
**Besco Associates**
**105 Fred Brigham Rd.**
**Phippsburg, ME 04562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/14/2022**

Basis for the claim:  _

Last 4 digits of account number  **3801**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Glenmont HVAC**
**Brian Schindel**
**2267 Lewis Ave.**
**ROCKVILLE, MD 20851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/5/2021**

Basis for the claim:  _

Last 4 digits of account number  **1300**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Global Payments**
**3550 Lenox Road, Suite 3000**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,604.88**

**Gordon Miller**
**747 Everglades lane**
**LIVERMORE, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/5/2022**

Basis for the claim:  _

Last 4 digits of account number  **2900**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gorge Garcia**
**542 Montauk HWY**
**AMAGANSETT, NY 11930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/28/2021**

**Basis for the claim:** _

Last 4 digits of account number **3300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,783.60 |
|---|---|---|---|

**Grace Steele**
**369 W Greenshield Rd.**
**Lake Orion, MI 48360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/16/2022**

**Basis for the claim:** _

Last 4 digits of account number **2000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,927.87 |
|---|---|---|---|

**Grainger**
**Dept  848124210**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,300.00 |
|---|---|---|---|

**Grant Gamster**
**4408 Anherst**
**DALLAS, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/31/2022**

**Basis for the claim:** _

Last 4 digits of account number **2600**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRANT ROBINSON**
**195 Georgetown Woods Dr.**
**YOUNGSVILLE, NC 27596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/23/2020**

**Basis for the claim:** _

Last 4 digits of account number **1300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $89.58 |
|---|---|---|---|

**Grant Wheeler**
**221 Jefferson Ave**
**FISHER ISLAND, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/5/2022**

**Basis for the claim:** _

Last 4 digits of account number **4000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,641.56 |
|---|---|---|---|

**Greater Cincinnati Water Works**
**PO Box 740689**
**Cincinnati, OH 45274-0689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,641.56**

**Greater Cincinnati Water Works**
**4747 Spring Grove Ave.**
**Cincinnati, OH 45232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0000**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,794.14**

**Greg Chappell**
**2006 Emperial Dr E.**
**NAPLES, FL 34110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/9/2022**

Last 4 digits of account number  **9500**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Greg Dubroca**
**200 Man Tibbs Rd. NW**
**Huntville, AL 35806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2019**

Last 4 digits of account number  **1700**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,171.36**

**Greg Hunsberger**
**435 Windsor Parkway**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/7/2022**

Last 4 digits of account number  **4800**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,037.50**

**Greg Maurer**
**2958 Loire Lane**
**COLUMBUS, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2/2022**

Last 4 digits of account number  **6104**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.354** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.68**

**Greg Schlaich**
**30 Creekstone Dr**
**EAST AURORA, NY 14052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/12/2022**

Last 4 digits of account number  **3000**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Greg Vogel**
**11307 Mays Chapel Road**
**LUTHERVILLE, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/9/2020**

Last 4 digits of account number  **3600**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims |

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gregg Elser**
4559 Peoples Rd
**PITTSBURGH, PA 15237**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **10/28/2021**

**Basis for the claim:** _

Last 4 digits of account number **5100**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $306.19 |
|---|---|---|---|

**Gregory Fairchild**
2948 West 13760 South
**BLUFFDALE, UT 84065**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **4/22/2022**

**Basis for the claim:** _

Last 4 digits of account number **9200**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,711.24 |
|---|---|---|---|

**Gretchen Bonasera**
80 East Olentangy St.
**POWELL, OH 43065**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **4/28/2022**

**Basis for the claim:** _

Last 4 digits of account number **7300**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,454.56 |
|---|---|---|---|

**Guiseppe Tenton**
GT Prime Steak House
707 N Wells St.
Chicago, IL 60607

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **5/20/2022**

**Basis for the claim:** _

Last 4 digits of account number **5500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $811.01 |
|---|---|---|---|

**Gustave Cella**
650 Trace Ave.
517 Denver Ave.
San Jose, CA 95126

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **6/4/2022**

**Basis for the claim:** _

Last 4 digits of account number **5700**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,956.80 |
|---|---|---|---|

**Hacker Wood Products, Inc**
2144 Jackson Rd.
**Hamilton, OH 45011**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,460.24 |
|---|---|---|---|

**Hafele America Co**
PO Box 890779
charlotte, NC 28289-0779

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hal Buddenbohm**
409 Justice Valley St.
Farragut, TN 37934

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/11/2022**

Basis for the claim:  _

Last 4 digits of account number  **8103**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,500.00 |
|---|---|---|---|

**Hamish Munro**
8828 Cypress Reserve Circle
ORLANDO, FL 32836

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/3/2022**

Basis for the claim:  _

Last 4 digits of account number  **6000,01,02**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,270.00 |
|---|---|---|---|

**Hardy Bidwell**
1450 Drennen Rd
NEW CASTLE, KY 40050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/18/2022**

Basis for the claim:  _

Last 4 digits of account number  **8902**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harmony Heating**
Tom Bustin
503 North Walnut Rd Suite 300
KENNETT SQ, PA 19348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/10/2022**

Basis for the claim:  _

Last 4 digits of account number  **0500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26.50 |
|---|---|---|---|

**Harry Kertenian**
1711 Outpost Lane
PASADENA, CA 91107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/26/2022**

Basis for the claim:  _

Last 4 digits of account number  **0401**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $592.17 |
|---|---|---|---|

**Hartford Group Benefits**
PO Box 783690
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  _

Last 4 digits of account number  **1684**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,151.24 |
|---|---|---|---|

**Harvey West**
1236 Erickson Rd
COLUMBUS, OH 43227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/24/2022**

Basis for the claim:  _

Last 4 digits of account number  **9800**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**                           Case number *(if known)*   **1:22-bk-11315**
         Name

---

**3.370**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $976,524.27 |
|---|---|---|

**Heartland**
**One Heartland Way**
**Jeffersonville, IN 47130**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number  9891**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.371**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $706.66 |
|---|---|---|

**Heath Tarpley**
**2033 Deer Creek Cir**
**COLUMBUS, IN 47201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5/25/2022**

**Last 4 digits of account number  5300**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.372**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,001.51 |
|---|---|---|

**Helen Haiyin Xie**
**78 Chant Crescent**
**MARKHAM, Canada L3R 1Y8**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/23/2022**

**Last 4 digits of account number  9801**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.373**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,482.84 |
|---|---|---|

**Helen Lee**
**17 snapping Bow**
**Plymouth, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  6/8/2022**

**Last 4 digits of account number  7000**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.374**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,950.88 |
|---|---|---|

**Herb Pedarre**
**6505 N Glen Dr**
**CUMMING, GA 30028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5/4/2022**

**Last 4 digits of account number  2801**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.375**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**High Performance Energy Solutions**
**Daniel Gallo**
**2 Sand Cut Rd. Unit 9**
**Brookfield, CT 06804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/8/2020**

**Last 4 digits of account number  5700**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.376**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $262.63 |
|---|---|---|

**Holly Barrale**
**19060 KIPHEART DR**
**LEESBURG, VA 20176**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/29/2022**

**Last 4 digits of account number  8100**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **WINE CELLAR INNOVATIONS, LLC**                                     Case number (if known) **1:22-bk-11315**

Name

| | |
|---|---|
| 3.377 | **Nonpriority creditor's name and mailing address** |

**Holly Swezey**
**101 W Willow Rd.**
**Fox Point, WI 53217**

Date(s) debt was incurred  **5/4/2022**

Last 4 digits of account number  **6321**

As of the petition filing date, the claim is: Check all that apply.                           **$7,419.32**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.378 | **Nonpriority creditor's name and mailing address** |

**Howard Levy**
**Emory Spine Center**
**21 Ortho Lane**
**Atlanta, GA 30329**

Date(s) debt was incurred  **5/11/2022**

Last 4 digits of account number  **7400**

As of the petition filing date, the claim is: Check all that apply.                           **$1,194.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.379 | **Nonpriority creditor's name and mailing address** |

**Howard Nicoll**
**2336 STONEBRAE CT**
**BERTHOUD, CO 80513**

Date(s) debt was incurred  **4/23/2022**

Last 4 digits of account number  **0500**

As of the petition filing date, the claim is: Check all that apply.                           **$620.39**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.380 | **Nonpriority creditor's name and mailing address** |

**Howard Weiss**
**3472 W Lakeshore Dr**
**Crown Point, IN 46307**

Date(s) debt was incurred  **6/2/2022**

Last 4 digits of account number  **1200**

As of the petition filing date, the claim is: Check all that apply.                           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.381 | **Nonpriority creditor's name and mailing address** |

**Humana hlth Plan of OH**
**PO Box 4611 Box4611**
**Carol Stream, IL 60197-4611**

Date(s) debt was incurred  **8/10/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                           **$4,779.11**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.382 | **Nonpriority creditor's name and mailing address** |

**Hyde Park Lumber**
**3360 Red Bank Rd.**
**Cincinnati, OH 45227**

Date(s) debt was incurred  **5/2/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                           **$90.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.383 | **Nonpriority creditor's name and mailing address** |

**Hyun Park**
**6596 Regal Wood Drive**
**HUDSON, OH 44236**

Date(s) debt was incurred  **2/25/2022**

Last 4 digits of account number  **6303**

As of the petition filing date, the claim is: Check all that apply.                           **$7,951.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **WINE CELLAR INNOVATIONS, LLC**                        Case number (*if known*) **1:22-bk-11315**
_____
Name

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,304.54 |
|---|---|---|---|

**Ian Greenfield**
**7156 SE Reed College Pl.**
**Portland, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **4/29/2022**

**Basis for the claim:** _

**Last 4 digits of account number** **0400**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.31 |
|---|---|---|---|

**Indrit Sulaj**
**3057 Fairview Drive**
**AVON, OH 44011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **6/13/2022**

**Basis for the claim:** _

**Last 4 digits of account number** **0801**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Integrity Homes and Remodeling, IN**
**Jib Guzardo**
**319 3rd Ave. SW**
**Beach City, OH 44608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **5/23/2019**

**Basis for the claim:** _

**Last 4 digits of account number** **9761**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Interstate Mechanical**
**Tony Divona**
**46 South View Dr.**
**WATERTOWN, CT 06795**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **11/29/2021**

**Basis for the claim:** _

**Last 4 digits of account number** **8800**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,850.00 |
|---|---|---|---|

**Irvine Wood Recovery**
**PO Box 110**
**110 Glendale Milford Rd.**
**Miamiville, OH 45147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **Various**

**Basis for the claim:** _

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Islandwide Mechanical service**
**Reno Lau**
**74-5489 Loloku St. Bay F**
**KAILUA KONA, HI 96740**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **3/24/2021**

**Basis for the claim:** _

**Last 4 digits of account number** **0400**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.75 |
|---|---|---|---|

**Issa Khoury**
**Khoury's Fine Wine &**
**9915 S. Eastern Ave #11**
**Las vegas, NV 89123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2/15/2022**

**Basis for the claim:** _

**Last 4 digits of account number** **2861**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.391**

**Nonpriority creditor's name and mailing address**

**IWA Design Center**
**Betsy ODay**
**1445 N McDowell Blvd**
**PETALUMA, CA 94954**

Date(s) debt was incurred  **3/29/2022**

Last 4 digits of account number  **Varies**

As of the petition filing date, the claim is: *Check all that apply.*                    **$92,522.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392**

**Nonpriority creditor's name and mailing address**

**J A Sauer**
**Kevin Glass**
**4559 Peoples Rd.**
**PITTSBURGH, PA 15237**

Date(s) debt was incurred  **9/23/2020**

Last 4 digits of account number  **0600**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393**

**Nonpriority creditor's name and mailing address**

**J Martin Indoor Air Quality**
**Jared Martin**
**22343 La Palma Ave STE 123**
**YORBA LINDA, CA 92887**

Date(s) debt was incurred  **11/29/2018**

Last 4 digits of account number  **3501**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394**

**Nonpriority creditor's name and mailing address**

**J&D Heating and A/C**
**Jimmy Parker**
**5631 Halifax Ave.**
**FT MYERS, FL 33912**

Date(s) debt was incurred  **7/21/2021**

Last 4 digits of account number  **3531**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395**

**Nonpriority creditor's name and mailing address**

**J. Anderson Enterprises LLC**
**James Anderson**
**300 Seward Rd**
**Brentwood, TN 37027**

Date(s) debt was incurred  **12/22/2020**

Last 4 digits of account number  **8900**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396**

**Nonpriority creditor's name and mailing address**

**J.A. Sauer**
**Kyle Zebrine**
**4559 Peoples Rd.**
**PITTSBURGH, PA 15237**

Date(s) debt was incurred  **10/29/2020**

Last 4 digits of account number  **7700**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397**

**Nonpriority creditor's name and mailing address**

**J.A. SMITH HEATING & AC**
**Scott A Smith**
**360 Patricia Dr.**
**WARMINSTER, PA 18974**

Date(s) debt was incurred  **3/3/2022**

Last 4 digits of account number  **6500**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**                    Case number *(if known)*   **1:22-bk-11315**
_____
Name

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,555.00** |
|---|---|---|---|

**Jack Cranley**
**2505 SE 11th Ave unit 117**
**Portland, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/13/2022**

**Basis for the claim:** _

Last 4 digits of account number  **2711**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jack Donahue**
**3030 E. Causeway Approac**
**MANDEVILLE, LA 70448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/26/2021**

**Basis for the claim:** _

Last 4 digits of account number  **7000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jack Holmes**
**923 Merchant Lee Place**
**MANAKIN SABOT, VA 23103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/2021**

**Basis for the claim:** _

Last 4 digits of account number  **3100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JACK WRIGHT**
**5 WILLOWBROOK**
**RUMSON, NJ 07760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/8/2018**

**Basis for the claim:** _

Last 4 digits of account number  **6800**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jackson Heating and Cooling**
**John Fields**
**265 Lewis St.**
**JACKSON, GA 30233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/28/2022**

**Basis for the claim:** _

Last 4 digits of account number  **0500**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jackson Wilson Jr**
**524 Bayview Street**
**DESTIN, FL 32541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/18/2020**

**Basis for the claim:** _

Last 4 digits of account number  **4700**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Jacqueline Sobieski**
**4204 Old Fincastle Road**
**FINCASTLE, VA 24090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/15/2022**

**Basis for the claim:** _

Last 4 digits of account number  **4901**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**                          Case number *(if known)*   **1:22-bk-11315**
_____
Name

| 3.405 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,286.83** |
|---|---|---|---|

**Jacqui Branch**
**808 Old Alpharetta Rd.**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/11/2022**

**Basis for the claim:** _

Last 4 digits of account number **5800**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jakob Gildersleeve**
**928 Commonwealth Place**
**Virginia Beach, VA 23464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/28/2021**

**Basis for the claim:** _

Last 4 digits of account number **1700**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,620.09** |
|---|---|---|---|

**James  Connolly**
**5575 Sound Avenue**
**MATTITUCK, NY 11952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/21/2022**

**Basis for the claim:** _

Last 4 digits of account number **4900**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Antheneli**
**620 Mountain Ave.**
**BERKELEY HEIGHTS, NJ 07922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/1/2021**

**Basis for the claim:** _

Last 4 digits of account number **3800**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$374.54** |
|---|---|---|---|

**James Conn**
**559 Gerhard Street**
**PHILADELPHIA, PA 19128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/1/2021**

**Basis for the claim:** _

Last 4 digits of account number **7201**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Deakin**
**6634 Route 5**
**PORTLAND, NY 14769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/8/2021**

**Basis for the claim:** _

Last 4 digits of account number **7701**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,435.53** |
|---|---|---|---|

**James Deakin**
**6634 Route 5**
**PORTLAND, NY 14769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/10/2021**

**Basis for the claim:** _

Last 4 digits of account number **7704**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **WINE CELLAR INNOVATIONS, LLC**                    Case number (if known)   **1:22-bk-11315**

Name

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.50 |
|---|---|---|---|

**James Dinan**
**520 Island Dr.**
**Palm Beach, Fl 33480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/28/2022**

Basis for the claim: _

Last 4 digits of account number  **1200**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,950.00 |
|---|---|---|---|

**James Yao**
**31051 Via Peralta**
**Cotto de Caza, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/23/2022**

Basis for the claim: _

Last 4 digits of account number  **1100,01**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.22 |
|---|---|---|---|

**Jan Rishoi**
**1481 St James Blvd**
**ANN ARBOR, MI 48108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/30/2022**

Basis for the claim: _

Last 4 digits of account number  **9400**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jane Ann Gass**
**65 Calle Del Sur**
**PALM COAST, FL 32137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/26/2019**

Basis for the claim: _

Last 4 digits of account number  **7100**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**Janet Bell Baker**
**248 Smokerise Trace**
**PEACHTREE CTY, GA 30269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2022**

Basis for the claim: _

Last 4 digits of account number  **1802**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,590.22 |
|---|---|---|---|

**Janette Mae Gonzales**
**Lencioni Construction**
**180 Golden Oak Dr.**
**Portola Valley, CA 94028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/30/2022**

Basis for the claim: _

Last 4 digits of account number  **1600**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,571.13 |
|---|---|---|---|

**Jared Bartholomew**
**B&H Pricision Fabricators**
**33 Briana Ct.**
**East Moriches, NY 11940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/6/2022**

Basis for the claim: _

Last 4 digits of account number  **4127**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,735.72** |
|---|---|---|---|

**Jason Arbusto**
**DMA Inc.**
**4327 Boonsboro Rd**
**#7 Milanos**
**LYNCHBURG, VA 24503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/2021**

Basis for the claim: _

Last 4 digits of account number  **5500**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$362.95** |
|---|---|---|---|

**Jason Blinstrup**
**361 Foster Way**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/10/2022**

Last 4 digits of account number  **2200**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,286.38** |
|---|---|---|---|

**Jason Eckert**
**485 Balsam Street**
**LAKEWOOD, CO 80226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/24/2022**

Last 4 digits of account number  **2100**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,250.56** |
|---|---|---|---|

**Jason Johnson**
**1556 Estee Ave**
**NAPA, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/10/2022**

Basis for the claim: _

Last 4 digits of account number  **5300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jason Melvin**
**138 Kaula Iii Way.**
**MAUNALOA, HI 96770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/27/2022**

Basis for the claim: _

Last 4 digits of account number  **0700**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,430.54** |
|---|---|---|---|

**Jason Reeves**
**5275 Stony Run Ct**
**LIBERTY TWP, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/25/2022**

Basis for the claim: _

Last 4 digits of account number  **1200**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jason Spina**
**102 Candace Ln.**
**CHATHAM, NJ 07928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/29/2021**

Last 4 digits of account number  **3881**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

---

**3.426**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,987.90** |
|---|---|---|
| **Jay Richards**<br>**624 Grandview Avenue**<br>**Pittsburgh, PA 15211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/11/2022 | Basis for the claim: _ | |
| Last 4 digits of account number  0909 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.427**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **JC Heating & Cooling, Inc**<br>**Jaroslaw Chwierut**<br>**7099 Santa Fe Dr. Unit G**<br>**LA GRANGE, IL 60525** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/16/2021 | Basis for the claim: _ | |
| Last 4 digits of account number  5500 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.428**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$555.95** |
|---|---|---|
| **Jeanne Helms**<br>**6936 Clifden Drive**<br>**Brownwood, TX 76801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/6/2022 | Basis for the claim: _ | |
| Last 4 digits of account number  2800 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.429**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jeff Cegalis**<br>**2917 Major Ridge Drive**<br>**DULUTH, GA 30097** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2/3/2021 | Basis for the claim: _ | |
| Last 4 digits of account number  9600 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.430**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jeff Doll**<br>**5613 Lillys Lane**<br>**Canton, OH 44718** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  7/19/2018 | Basis for the claim: _ | |
| Last 4 digits of account number  1060 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.431**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jeff Forrest**<br>**11320 Spring Hollow Ct**<br>**PROSPECT, KY 40059** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/18/2020 | Basis for the claim: _ | |
| Last 4 digits of account number  5201 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.432**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,969.88** |
|---|---|---|
| **Jeff Gregory-Butcher market**<br>**1899 Franklin St.**<br>**Wake Forest, NC 27587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/20/2022 | Basis for the claim: _ | |
| Last 4 digits of account number  0600 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,446.16** |
|---|---|---|---|

**Jeff Haulbrook**
**302 Laural Fork Lane**
**Salem, SC 29676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/7/2022**

Basis for the claim: _

Last 4 digits of account number  **9304**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,510.91** |
|---|---|---|---|

**Jeff Henderson**
**4089 Longmarch Rd.**
**Awendow, SC 29429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/8/2022**

Basis for the claim: _

Last 4 digits of account number  **2760,61,62**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,890.04** |
|---|---|---|---|

**Jeff Perkins**
**J & L Trimworks ,LLC**
**13251 W Bellwood Ave.**
**MORRISON, CO 80465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/13/2022**

Basis for the claim: _

Last 4 digits of account number  **5900**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,949.37** |
|---|---|---|---|

**Jeff Senior**
**369 Eliot St.**
**Needham, MA 02494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/8/2022**

Basis for the claim: _

Last 4 digits of account number  **4600**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Strudelle**
**145 Rocky Hill Rd.**
**NELSON, NH 03457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/21/2021**

Basis for the claim: _

Last 4 digits of account number  **0100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Jeff Urbina**
**726 East Shore Rd.**
**JAMESTOWN, RI 02835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/2022**

Basis for the claim: _

Last 4 digits of account number  **6300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58.96** |
|---|---|---|---|

**Jeff Webster**
**2170 Elmwood Ave.**
**ROCHESTER, NY 14618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/10/2022**

Basis for the claim: _

Last 4 digits of account number  **1900**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **WINE CELLAR INNOVATIONS, LLC**                          Case number *(if known)*   **1:22-bk-11315**
_____
Name

| | | |
|---|---|---|
| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $3,240.58 |

**3.440**

**Nonpriority creditor's name and mailing address**

**Jeff Wolniakowski**
**3719 W Roscoe**
**CHICAGO, IL 60618**

Date(s) debt was incurred  5/27/2022

Last 4 digits of account number  6800

As of the petition filing date, the claim is: *Check all that apply.*                **$3,240.58**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.441**

**Nonpriority creditor's name and mailing address**

**Jeffrey  Gregory**
**1898 South Franklin St. Suite 100**
**Wake Forest, NC 27587**

Date(s) debt was incurred  5/20/2022

Last 4 digits of account number  0600

As of the petition filing date, the claim is: *Check all that apply.*                **$2,969.88**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.442**

**Nonpriority creditor's name and mailing address**

**Jeffrey Haas**
**9522 Mout Vernon Landing**
**ALEXANDRIA, VA 22309**

Date(s) debt was incurred  12/3/2020

Last 4 digits of account number  4000

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.443**

**Nonpriority creditor's name and mailing address**

**Jeffrey Mendelsohn**
**3120 Castle Heights Ave.**
**Los Angeles, CA 90034**

Date(s) debt was incurred  4/15/2022

Last 4 digits of account number  9500

As of the petition filing date, the claim is: *Check all that apply.*                **$1,382.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.444**

**Nonpriority creditor's name and mailing address**

**Jeffrey Ruth**
**309 Gower RD**
**NAZARETH, PA 18064**

Date(s) debt was incurred  11/23/2021

Last 4 digits of account number  9102,110,111

As of the petition filing date, the claim is: *Check all that apply.*                **$6,771.78**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.445**

**Nonpriority creditor's name and mailing address**

**Jenn Paciotti**
**Daniel Island Club**
**600 Island Park Drive**
**CHARLESTON, SC 29492**

Date(s) debt was incurred  12/29/2021

Last 4 digits of account number  7309

As of the petition filing date, the claim is: *Check all that apply.*                **$8,346.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.446**

**Nonpriority creditor's name and mailing address**

**Jeremy Eposito**
**Eposito Const. c/o DYB**
**5910 Mason Blvd**
**Prospect, KY 40059**

Date(s) debt was incurred  12/14/2021

Last 4 digits of account number  3401

As of the petition filing date, the claim is: *Check all that apply.*                **$4,252.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.447** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.59**

**Jerome Wallace**
**75 Bank St. Apt 2H**
**NY, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/15/2022**

Basis for the claim: _

Last 4 digits of account number  **6000**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.448** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jerry Ostertag**
**Closet Factory**
**130110 Gate Parkway**
**LOUISVILLE, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/15/2022**

Basis for the claim: _

Last 4 digits of account number  **3905**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.449** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jerry Putnam**
**326 Essex**
**KENILWORTH, IL 60043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/14/2021**

Basis for the claim: _

Last 4 digits of account number  **2301**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jerry Putnam**
**326 Essex**
**KENILWORTH, IL 60043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

Basis for the claim: _

Last 4 digits of account number  **8605**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jerry Sallee**
**5075 Shattuc Avenue**
**CINCINNATI, OH 45208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/14/2021**

Basis for the claim: _

Last 4 digits of account number  **6700**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.452** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$468.21**

**Jessica Moynihan**
**Neat Method**
**30 Stockbridge Rd**
**Bridgewater, MA 02324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/2022**

Basis for the claim: _

Last 4 digits of account number  **8200**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JIM GIANNELLI**
**12301 ELENA DRIVE**
**ALBUQUERQUE, NM 87122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/3/2020**

Basis for the claim: _

Last 4 digits of account number  **6000**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,816.97 |

**Jim Kaufman**
**14715 Stonehedge Drive**
**NOVELTY, OH 44072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/2022**

**Basis for the claim:** _

Last 4 digits of account number  **4200**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,289.40 |

**Jim Miller**
**DBA Specialty Woodwork Inc.**
**7725 Ridge Dr. NE**
**SEATTLE, WA 98115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/16/2022**

**Basis for the claim:** _

Last 4 digits of account number  **2301**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $519.09 |

**Jim Rombke**
**7162 Foxview Drive**
**CINCINNATI, OH 45230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/2022**

**Basis for the claim:** _

Last 4 digits of account number  **5800**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jim Taylor**
**421 Rolling Lane**
**ALAMO, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/11/2021**

**Basis for the claim:** _

Last 4 digits of account number  **2700**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,258.64 |

**Jin Chang**
**Big Macs Liquor**
**3735 W Sunset Blvd**
**LOS ANGELES, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/10/2022**

**Basis for the claim:** _

Last 4 digits of account number  **9400**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jody Detillier**
**15 Elmwood Ct.**
**Destreham, LA 70047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/4/2022**

**Basis for the claim:** _

Last 4 digits of account number  **2250**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Joe and Joe Air Conditioning**
**Joe Yeni**
**1951 NW 21st St.**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/23/2020**

**Basis for the claim:** _

Last 4 digits of account number  **0000**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **WINE CELLAR INNOVATIONS, LLC**                                      Case number *(if known)*   **1:22-bk-11315**
_____                                        _____
Name

| | | |
|---|---|---|
| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,301.00** |

3.461   **Nonpriority creditor's name and mailing address**

**Joe Daniels**
**192 Pine Lake Drive NW**
**ATLANTA, GA 30327**

Date(s) debt was incurred  **5/23/2022**

Last 4 digits of account number  **1600**

As of the petition filing date, the claim is: *Check all that apply.*                      **$16,301.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.462   **Nonpriority creditor's name and mailing address**

**Joe Esposito**
**20 Thorman La**
**HUNTINGTON, NY 11743**

Date(s) debt was incurred  **5/3/2022**

Last 4 digits of account number  **4300**

As of the petition filing date, the claim is: *Check all that apply.*                      **$1,279.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.463   **Nonpriority creditor's name and mailing address**

**Joe Fath**
**13606 Sheepshead Court**
**CLARKSVILLE, MD 21029**

Date(s) debt was incurred  **2/14/2019**

Last 4 digits of account number  **7900**

As of the petition filing date, the claim is: *Check all that apply.*                      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.464   **Nonpriority creditor's name and mailing address**

**Joe Fertitta**
**6121 Fern Ave. Unit 1**
**SHREVEPORT, LA 71105**

Date(s) debt was incurred  **4/7/2022**

Last 4 digits of account number  **8900**

As of the petition filing date, the claim is: *Check all that apply.*                      **$5,250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.465   **Nonpriority creditor's name and mailing address**

**Joe Finocchiaro**
**85 Bonnyman Rd**
**E Wakefield, NH 03830**

Date(s) debt was incurred  **5/19/2022**

Last 4 digits of account number  **8100**

As of the petition filing date, the claim is: *Check all that apply.*                      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.466   **Nonpriority creditor's name and mailing address**

**Joe Fusco Heating and Air**
**Joe Fusco**
**7640 May Apple Ct.**
**JACKSONVILLE, FL 32211**

Date(s) debt was incurred  **6/9/2022**

Last 4 digits of account number  **2800**

As of the petition filing date, the claim is: *Check all that apply.*                      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.467   **Nonpriority creditor's name and mailing address**

**Joe Impicciche**
**1762 Toxaway Drive**
**Lake Toxaway, NC 28747**

Date(s) debt was incurred  **1/13/2021**

Last 4 digits of account number  **8100**

As of the petition filing date, the claim is: *Check all that apply.*                      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00** |

**Joe Meyer**
**5741 HArrison Ave**
**CINCINNATI, OH 45248**

Date(s) debt was incurred  **6/7/2022**

Last 4 digits of account number  **5600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133.88** |

**Joe Murphy**
**148 Primrose Court**
**VADNAIS HEIGHTS, MN 55127**

Date(s) debt was incurred  **6/5/2022**

Last 4 digits of account number  **5100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$508.75** |

**Joe Otto**
**9827 Kensington Lane**
**MASON, OH 45040**

Date(s) debt was incurred  **7/6/2021**

Last 4 digits of account number  **0401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Joe Standeford**
**1200 Oak Creek Dr**
**ENNIS, TX 75119**

Date(s) debt was incurred  **5/8/2022**

Last 4 digits of account number  **7600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,579.77** |

**Joel McCuaig**
**6910 N 50 W**
**WEST LAFAYETTE, IN 47906**

Date(s) debt was incurred  **5/14/2022**

Last 4 digits of account number  **7900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,594.78** |

**Joel Steele**
**10 Lane of Acres**
**HADDONFIELD, NJ 08033**

Date(s) debt was incurred  **5/18/2022**

Last 4 digits of account number  **8502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,514.27** |

**Joella Gutierrez**
**2269 Newgate CT.**
**SANTA ROSA, CA 95401**

Date(s) debt was incurred  **5/10/2022**

Last 4 digits of account number  **5900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.475**

**Nonpriority creditor's name and mailing address**

**Joelle Fuchs**
**135 Watts St.**
**NEW YORK, NY 10023**

**Date(s) debt was incurred  5/10/2022**

**Last 4 digits of account number  8305**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,450.00**

---

**3.476**

**Nonpriority creditor's name and mailing address**

**John Amboian**
**4541 Makena Road**
**KIHEI, HI 96753**

**Date(s) debt was incurred  4/13/2022**

**Last 4 digits of account number  7000**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.477**

**Nonpriority creditor's name and mailing address**

**John Cacho**
**532 Woodridge Dr**
**PORT LUDLOW, WA 98365**

**Date(s) debt was incurred  2/26/2021**

**Last 4 digits of account number  2800**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$34.88**

---

**3.478**

**Nonpriority creditor's name and mailing address**

**John Foreman**
**3074 County Rd. 213**
**CALICO ROCK, AR 72519**

**Date(s) debt was incurred  3/3/2022**

**Last 4 digits of account number  7500**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.479**

**Nonpriority creditor's name and mailing address**

**John Galer**
**314 Commerce Street**
**ALEXANDRIA, VA 22314**

**Date(s) debt was incurred  12/30/2021**

**Last 4 digits of account number  5700**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,650.00**

---

**3.480**

**Nonpriority creditor's name and mailing address**

**John Grosso**
**4011 Bunny Run**
**AUSTIN, TX 78746**

**Date(s) debt was incurred  5/25/2022**

**Last 4 digits of account number  2400**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$428.05**

---

**3.481**

**Nonpriority creditor's name and mailing address**

**John Hawkins**
**306 Greenfield Drive**
**CASHIERS, NC 28717**

**Date(s) debt was incurred  10/21/2021**

**Last 4 digits of account number  7500**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN IKENBERRY**
**121 BROADMEAD**
**PRINCETON, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/2/2022**

Basis for the claim: _

Last 4 digits of account number **8500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Ikenberry**
**121 Broadmead**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/23/2022**

Basis for the claim: _

Last 4 digits of account number **8500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Kerridge**
**2515 McGee Dr.**
**Norman, OK 73072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/17/2022**

Basis for the claim: _

Last 4 digits of account number **1100**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,280.71 |
|---|---|---|---|

**John Lang**
**760 Avenue B**
**REDONDO BEACH, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/20/2022**

Basis for the claim: _

Last 4 digits of account number **2200**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
|---|---|---|---|

**John Luders**
**4415Westside Rd. South**
**Friday Harbor, WA 98250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/3/2022**

Basis for the claim: _

Last 4 digits of account number **9490**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Malfettone**
**144 Fisher Circle**
**Portsmouth, RI 02871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/2/2022**

Basis for the claim: _

Last 4 digits of account number **1400**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Nugent and Sons**
**Chad Keiffer**
**45921 Maries Rd. STE# 160**
**STERLING, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/29/2021**

Basis for the claim: _

Last 4 digits of account number **8100**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.489** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Nugent and Sons**
**RJ Parker**
**45921 Maries Rd.**
**STE#160**
**STERLING, VA 20164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/21/2022**

Basis for the claim: _

Last 4 digits of account number  **1100**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Ochi**
**5082 Horned Owl Way**
**PARKER, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/29/2021**

Basis for the claim: _

Last 4 digits of account number  **2300**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.74**

**John Shinn**
**1045 College Avenue**
**MENLO PARK, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2022**

Basis for the claim: _

Last 4 digits of account number  **9200**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.492** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,619.00**

**John Silviano**
**1638 Old Cedar Swamp Road**
**BROOKVILLE, NY 11545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/8/2022**

Basis for the claim: _

Last 4 digits of account number  **1800**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.493** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,619.85**

**John Sorey**
**2601 Carpenters Grade Rd**
**Maryville, TN 37803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/11/2022**

Basis for the claim: _

Last 4 digits of account number  **6105**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.494** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197.65**

**John Sowards**
**315 Quail Walk Drive**
**LAKE MURRAY, SC 29036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/14/2022**

Basis for the claim: _

Last 4 digits of account number  **3600**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,419.32**

**John Swezey**
**101 W Willow Rd**
**FOX POINT, WI 53217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/3/2022**

Basis for the claim: _

Last 4 digits of account number  **6301**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.496** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Johnnys ac and refrigeration**
**Emile Lapeyrouse**
**1513 East LA HWY 46**
**SAINT BERNARD, LA 70085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/5/2021**

Basis for the claim: _

Last 4 digits of account number  **3100**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.497** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,352.30**

**Johnson Controls**
**PO Box 371967**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  **77AD**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,352.30**

**Johnstone Supply**
**PO Box 371967**
**Pitsburg, PA 15250-7967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01300 101907677**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Johnstone Supply #79**
**Barry Tumminello**
**1400 Edwards Ave.**
**NEW ORLEANS, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2021**

Basis for the claim: _

Last 4 digits of account number  **3600**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.500** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,386.00**

**Jonathan Apt**
**1078 Hickory Harbor Drive**
**GALLATIN, TN 37066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/7/2022**

Basis for the claim: _

Last 4 digits of account number  **1200**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.501** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,964.24**

**Jonathon Gillespie**
**58000Cowboy Way**
**CLARK, CO 80428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/11/2022**

Basis for the claim: _

Last 4 digits of account number  **7200**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.502** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,737.89**

**Jose Jurado**
**17263 Barberry Rd**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/2022**

Basis for the claim: _

Last 4 digits of account number  **7501**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.503**

**Nonpriority creditor's name and mailing address**

**Jose Orlega**
**900 Meadowood Ln.**
**Napa, CA 94558**

Date(s) debt was incurred  **6/6/2022**

Last 4 digits of account number  **9200**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,832.63**

---

**3.504**

**Nonpriority creditor's name and mailing address**

**Jose Romero**
**527 Sheddon Rd.**
**Channelview, TX 77530**

Date(s) debt was incurred  **5/3/2022**

Last 4 digits of account number  **5100**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,367.76**

---

**3.505**

**Nonpriority creditor's name and mailing address**

**Josh Provencio**
**100 Rich Dr.**
**GURLEY, AL 35748**

Date(s) debt was incurred  **6/2/2022**

Last 4 digits of account number  **2000**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$797.42**

---

**3.506**

**Nonpriority creditor's name and mailing address**

**Julia Ning**
**Black Box Concepts**
**359 NW 28th St**
**MIAMI, FL 33127**

Date(s) debt was incurred  **1/31/2022**

Last 4 digits of account number  **3900**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,983.95**

---

**3.507**

**Nonpriority creditor's name and mailing address**

**Julie Marshall**
**175 Erics Lane**
**SAGAPONACK, NY 11962**

Date(s) debt was incurred  **5/10/2022**

Last 4 digits of account number  **1600**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,214.46**

---

**3.508**

**Nonpriority creditor's name and mailing address**

**Julie Speers**
**94 McCarty Road**
**FREDERICKSBG, VA 22405**

Date(s) debt was incurred  **4/16/2022**

Last 4 digits of account number  **5900**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,796.42**

---

**3.509**

**Nonpriority creditor's name and mailing address**

**Julie Woodside**
**11900 Mountain Lake Cv**
**CHARLOTTE, NC 28216**

Date(s) debt was incurred  **12/22/2020**

Last 4 digits of account number  **1700**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julio Gramajo**
**409 N. Bundy Drive**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,289.59 |
|---|---|---|---|

**Justin Davis**
**9450 NE Glen Hollow Dr**
**NEWBERG, OR 97132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/8/2022**

Basis for the claim: __

Last 4 digits of account number  **2500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,250.00 |
|---|---|---|---|

**Justin Kaufenberg**
**14747 Morgan Ave N**
**Marine on St. Croix, MN 55047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

Basis for the claim: __

Last 4 digits of account number  **4820**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kahl AC, Heating & Refrigeration, Inc.**
**James Kahl**
**424 McCale Rd. BLD A**
**MONTGOMERY, TX 77316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/9/2022**

Basis for the claim: __

Last 4 digits of account number  **2300**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.84 |
|---|---|---|---|

**Kaitlin O'Rourke**
**2109 Hadden Rd**
**WALNUT CREEK, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/10/2022**

Basis for the claim: __

Last 4 digits of account number  **5200**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karen Martin**
**4221 Eileen Drive**
**CINCINNATI, OH 45209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/3/2022**

Basis for the claim: __

Last 4 digits of account number  **9103**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $661.03 |
|---|---|---|---|

**Kariann Jackson**
**542 Topeka Drive**
**WACO, TX 76712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2022**

Basis for the claim: __

Last 4 digits of account number  **7300**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.517** | Nonpriority creditor's name and mailing address

**Katherine Vandygriff**
**2466 Catail Ridge**
**Muscatine, IA 52761**

Date(s) debt was incurred  **3/28/2022**

Last 4 digits of account number  **9700**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$389.26**

---

**3.518** | Nonpriority creditor's name and mailing address

**Kathleen Maher**
**Agathodaemon Wine**
**594 Sutton Place**
**ASHLAND, OR 97520**

Date(s) debt was incurred  **3/7/2022**

Last 4 digits of account number  **0100**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,627.07**

---

**3.519** | Nonpriority creditor's name and mailing address

**KEDCO**
**564 Smith St.**
**FARMINGDALE, NY 11735**

Date(s) debt was incurred  **3/18/2022**

Last 4 digits of account number  **0900**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$38,713.00**

---

**3.520** | Nonpriority creditor's name and mailing address

**Keith Crenwelge**
**Hill Country Refrigeration**
**432 South Lincoln St.**
**Fredricksburg, TX 78624**

Date(s) debt was incurred  **12/16/2021**

Last 4 digits of account number  **0220**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.521** | Nonpriority creditor's name and mailing address

**Keith Kyle**
**928 Hobson St**
**WALLA WALLA, WA 99362**

Date(s) debt was incurred  **5/5/2022**

Last 4 digits of account number  **3200**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$500.47**

---

**3.522** | Nonpriority creditor's name and mailing address

**Keith Olson**
**220 Ivybrook Lane**
**Colorado Springs, CO 80906**

Date(s) debt was incurred  **4/21/2022**

Last 4 digits of account number  **9200**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,812.09**

---

**3.523** | Nonpriority creditor's name and mailing address

**Keith Pierce**
**16823 FONDNESS PARK DR**
**KLEIN, TX 77379**

Date(s) debt was incurred  **6/3/2022**

Last 4 digits of account number  **3500**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$617.30**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**Keith Zralka**
**28017 sw ladd hill**
**SHERWOOD, OR 97140**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2/25/2022**

Basis for the claim: _

Last 4 digits of account number  **1500**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,649.26** |
|---|---|---|---|

**Kelly Persichetti NY Butcher**
**12635 Crabapple Rd**
**Milton, GA 30004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **5/4/2022**

Basis for the claim: _

Last 4 digits of account number  **7500**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ken Bauwens**
**2496 Royal Troon Ct.**
**Riverwoods, IL 60015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2/24/2022**

Basis for the claim: _

Last 4 digits of account number  **8300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ken Lamp**
**2145 Calatrava Street**
**Melbourne, FL 32940**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,000.00** |
|---|---|---|---|

**Ken Lemp**
**2145 Triet Bridge Circle**
**Viera, FL 32940**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **5/9/2022**

Basis for the claim: _

Last 4 digits of account number  **5420**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,088.67** |
|---|---|---|---|

**Ken McDonald**
**100 abigale Lane**
**NEW CASTLE, NH 03854**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **4/30/2022**

Basis for the claim: _

Last 4 digits of account number  **7200**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$825.95** |
|---|---|---|---|

**Ken Parker**
**100 Sclemont St.**
**Denver, CO 80246**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **5/8/2022**

Basis for the claim: _

Last 4 digits of account number  **7200**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.531**  **Nonpriority creditor's name and mailing address**

**Kendal Lafleur**
**2104 Williams Way**
**BRYAN, TX 77808**

Date(s) debt was incurred  **5/20/2022**

Last 4 digits of account number  **6301**

As of the petition filing date, the claim is: *Check all that apply.*                    **$497.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.532**  **Nonpriority creditor's name and mailing address**

**Kendall Campus**
**Nancy Exposito**
**2773 Birch Terrace**
**DAVIE, FL 33330**

Date(s) debt was incurred  **6/10/2022**

Last 4 digits of account number  **2000**

As of the petition filing date, the claim is: *Check all that apply.*                    **$620.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.533**  **Nonpriority creditor's name and mailing address**

**Kendall Electric Inc.**
**11310 Mosteller Road**
**Cincinnati, OH 45241**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,959.13**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.534**  **Nonpriority creditor's name and mailing address**

**Kenneth Holmes**
**275 Old Province Road**
**NEWBURY, NH 03255**

Date(s) debt was incurred  **6/4/2022**

Last 4 digits of account number  **5900**

As of the petition filing date, the claim is: *Check all that apply.*                    **$422.04**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.535**  **Nonpriority creditor's name and mailing address**

**Kenny Rich**
**Jordan Heating & Air**
**500 Tryon St.**
**Asheboro, NC 27203**

Date(s) debt was incurred  **3/10/2022**

Last 4 digits of account number  **5000**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.536**  **Nonpriority creditor's name and mailing address**

**Kenny Thigpen**
**Air Conditioning Specialists**
**500 Hammond Rd.**
**MILLEDGEVILLE, GA 31061**

Date(s) debt was incurred  **5/5/2022**

Last 4 digits of account number  **7301**

As of the petition filing date, the claim is: *Check all that apply.*                    **$337.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.537**  **Nonpriority creditor's name and mailing address**

**Kent Refrigeration**
**PO Box 2110**
**COVINGTON, KY 41012**

Date(s) debt was incurred  **3/9/2021**

Last 4 digits of account number  **8710**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.538** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kent Refrigeration**
221 East 19th St.
PO Box 2110
COVINGTON, KY 41012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/9/2021

**Basis for the claim:** _

Last 4 digits of account number  8700

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Bohn**
735 Lexington Ave.
COPPELL, TX 75019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/22/2021

**Basis for the claim:** _

Last 4 digits of account number  5200

Is the claim subject to offset? ■ No ☐ Yes

---

**3.540** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,264.71**

**Kevin Deitsch**
1369 Northview Dr
FREDERICK, CO 80516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/8/2022

**Basis for the claim:** _

Last 4 digits of account number  6800

Is the claim subject to offset? ■ No ☐ Yes

---

**3.541** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KEVIN EGGERMAN**
2780 DUNAWAY AVE
CINCINNATI, OH 45211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2/2022

**Basis for the claim:** _

Last 4 digits of account number  4500

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,780.16**

**Kevin Lau**
Wongs Construction Llc
30 Laurus ln.
newton, MA 02459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/4/2022

**Basis for the claim:** _

Last 4 digits of account number  0800

Is the claim subject to offset? ■ No ☐ Yes

---

**3.543** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin McGuire**
3125Flintlock Rd.
FAIRFAX, VA 22030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/15/2020

**Basis for the claim:** _

Last 4 digits of account number  1800

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Rosenberg**
2197 Lemon Heights
COWAN HEIGHTS, CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/24/2022

**Basis for the claim:** _

Last 4 digits of account number  0700

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.545** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$311.75**

**Kevin Schneider**
**821 Snowden Rd**
**WHITE SALMON, WA 98672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/13/2022**

Basis for the claim:  _

Last 4 digits of account number  **5500**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.546** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,932.51**

**Kevin Whelan**
**63 Perkins Row**
**TOPSFIELD, MA 01983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/5/2022**

Basis for the claim:  _

Last 4 digits of account number  **8501**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.547** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kim Cobern**
**27200 Perdido Beach Blvd**
**ORANGE BEACH, AL 36561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/10/2020**

Basis for the claim:  _

Last 4 digits of account number  **6100**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.548** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61.28**

**Kim Kelly**
**3227 N Kenmore Ave Unit 3**
**CHICAGO, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/9/2022**

Basis for the claim:  _

Last 4 digits of account number  **5301**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.549** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,005.02**

**Kim Sperling**
**JNS Development**
**4680 Wunnuweta Rd.**
**Cutchogue, NY 11935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/11/2022**

Basis for the claim:  _

Last 4 digits of account number  **3503**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.550** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,312.49**

**Kimberly Holtz**
**Rio Hill Wine & Beer**
**1908 No hill center**
**Charlottesville, VA 22901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/23/2022**

Basis for the claim:  _

Last 4 digits of account number  **9400**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.551** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,662.28**

**Kimberly Silvus**
**6669 Hasting Lane**
**Franklin, TN 37069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/11/2022**

Basis for the claim:  _

Last 4 digits of account number  **3890,1**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kirk Profit**
**Jeff Ruby's**
**9917 Charter Park Dr.**
**Dept # 2041338 50-1**
**West Chester, OH 45069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2/2022

Basis for the claim: _

Last 4 digits of account number  9201

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kirti Singh**
**11712 Grandstone Ln.**
**MONTGOMERY, OH 45249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/4/2022

Basis for the claim: _

Last 4 digits of account number  0673

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $721.81 |
|---|---|---|---|

**Klingspor**
**255 TATE BLVD, SE**
**PO Box 2367**
**Hickory, NC 28603-2367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2/2022

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.00 |
|---|---|---|---|

**Konig North America, L.L.C.**
**3800 Black Lake Place D**
**Philadelphia, PA 19154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2/2022

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,549.50 |
|---|---|---|---|

**Krista McGee**
**4 Cadencia St.**
**Rancho Mission Viejo, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2/2022

Basis for the claim: _

Last 4 digits of account number  5930,31,32

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,414.60 |
|---|---|---|---|

**Kristi Campbell**
**1775 Deerhill Drive**
**Hamilton, OH 45013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/7/2022

Basis for the claim: _

Last 4 digits of account number  5230

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,513.94 |
|---|---|---|---|

**Kyle Hanson**
**2148 Pfingsten Rd**
**NORTHBROOK, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/8/2022

Basis for the claim: _

Last 4 digits of account number  8800

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**                      Case number (if known)   **1:22-bk-11315**
_____
Name

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lakeshore Enterprises**
**Harold Herbsteit**
**6050 Delke Park St.**
**STEVENSVILLE, MI 49127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2021**

**Basis for the claim:** _

Last 4 digits of account number  **8300**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $73,778.17 |
|---|---|---|---|

**Lakeshore Wine Cellars**
**Pam Kopp**
**1322 Still River Dr.**
**VENICE, FL 34293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2022**

**Basis for the claim:** _

Last 4 digits of account number  **6200**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lang 72 Degrees**
**Hunter May**
**25 Kitties Landing Rd.**
**BLUFFTON, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/19/2021**

**Basis for the claim:** _

Last 4 digits of account number  **7400**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Fisher**
**308Meta Verde Ct.**
**ALTUS, OK 73521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/3/2021**

**Basis for the claim:** _

Last 4 digits of account number  **3100**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Pratt**
**12 Oyster Pine Rd**
**FALMOUTH, MA 02540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/5/2022**

**Basis for the claim:** _

Last 4 digits of account number  **4000**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $828.00 |
|---|---|---|---|

**Larry Wilkerson**
**1112 Highway 278 B**
**AMORY, MS 38821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2022**

**Basis for the claim:** _

Last 4 digits of account number  **1600**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $464.33 |
|---|---|---|---|

**Latisha Holmes**
**300 Rishall Dr.**
**OAKLAND, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/11/2022**

**Basis for the claim:** _

Last 4 digits of account number  **6602**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.566**

**Nonpriority creditor's name and mailing address**
**Lauren Woodring**
**13791 State Route 122**
**SOMERVILLE, OH 45064**

Date(s) debt was incurred  **5/20/2022**

Last 4 digits of account number  **0700**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,190.90**

---

**3.567**

**Nonpriority creditor's name and mailing address**
**Lawrence Cathles**
**385 W Joy Rd**
**ANN ARBOR, MI 48105**

Date(s) debt was incurred  **5/2/2022**

Last 4 digits of account number  **2401**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,908.77**

---

**3.568**

**Nonpriority creditor's name and mailing address**
**Ib Mechanical Corp**
**DREW KOLB**
**11500 Old South Ave.**
**MATTITUCK, NY 11952**

Date(s) debt was incurred  **2/3/2021**

Last 4 digits of account number  **8311**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.569**

**Nonpriority creditor's name and mailing address**
**LC Heating and Air**
**Larry Carlisle**
**54151 60th St.**
**HARTFORD, MI 49057**

Date(s) debt was incurred  **11/19/2020**

Last 4 digits of account number  **3200**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.570**

**Nonpriority creditor's name and mailing address**
**Lee  Schear**
**1130 Harman Ave.**
**Oakwood, OH 45419**

Date(s) debt was incurred  **3/9/2022**

Last 4 digits of account number  **4600**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,062.34**

---

**3.571**

**Nonpriority creditor's name and mailing address**
**Lee Company**
**Andy Mankin**
**1124 Menzler Rd.**
**FRANKLIN, TN 37064**

Date(s) debt was incurred  **9/3/2020**

Last 4 digits of account number  **5600**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.572**

**Nonpriority creditor's name and mailing address**
**Lennox Hinds**
**98 Tomoka Ridge Way**
**ORMOND BEACH, FL 32174**

Date(s) debt was incurred  **2/3/2022**

Last 4 digits of account number  **7701**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,907.16**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.573 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$841.46** |
|---|---|---|---|

**Leon Andres**
**10701 Vendia Mill Circle**
**Silver Spring, MD 20901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/11/2022**

**Basis for the claim:** _

Last 4 digits of account number  **3400**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$80.00** |
|---|---|---|---|

**Leonard's Powder Coating**
**1210 Brighton St.**
**Newport, KY 41071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/22/2022**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lesa Simons**
**337 Spanish Moss Rd**
**RIDGELAND, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/17/2017**

**Basis for the claim:** _

Last 4 digits of account number  **9100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$750.00** |
|---|---|---|---|

**Leslie Katz**
**213 Clark Rd.**
**Ctham, NY 12037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2/2022**

**Basis for the claim:** _

Last 4 digits of account number  **9502**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LESLIE OU Interior Design**
**Leslie Ou**
**333 Mt. Olive Dr.**
**BRADBURY, CA 91008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/19/2021**

**Basis for the claim:** _

Last 4 digits of account number  **0698**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$915.93** |
|---|---|---|---|

**Levi Spetz**
**2906 Dayton Avenue**
**CINCINNATI, OH 45211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/14/2022**

**Basis for the claim:** _

Last 4 digits of account number  **7400**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lighthouse Refrigeration and Air Conditi**
**Thomas Munn**
**886 Long Lake Dr.**
**JACKSONVILLE, FL 32225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/2020**

**Basis for the claim:** _

Last 4 digits of account number  **9600**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.580**

**Nonpriority creditor's name and mailing address**
**Linda Annal**
**Butterfly liquors,Inc**
**2265 Downer St.**
**River Mall**
**BALDWINSVILLE, NY 13027**

Date(s) debt was incurred  **5/21/2022**

Last 4 digits of account number  **5200**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,606.09**

---

**3.581**

**Nonpriority creditor's name and mailing address**
**Linda Kallabat**
**8180 Flagstaff St.**
**COMMERCE, MI 48382**

Date(s) debt was incurred  **6/11/2022**

Last 4 digits of account number  **6501**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,195.58**

---

**3.582**

**Nonpriority creditor's name and mailing address**
**Lindsey Morris**
**35 Woods Crossing**
**Holliston, MA 01746**

Date(s) debt was incurred  **7/14/2020**

Last 4 digits of account number  **7801**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,129.60**

---

**3.583**

**Nonpriority creditor's name and mailing address**
**Lisette Mccracken**
**17709 Baxter Ct**
**CLIVE, IA 50325**

Date(s) debt was incurred  **6/9/2022**

Last 4 digits of account number  **8200**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,522.81**

---

**3.584**

**Nonpriority creditor's name and mailing address**
**LK Tech LLC**
**2520 Harris Ave.**
**Norwood, OH 45212**

Date(s) debt was incurred  **6/1/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,384.15**

---

**3.585**

**Nonpriority creditor's name and mailing address**
**Locale Design Build**
**Bill Nagel**
**5501 Kellogg Ave.**
**Edina, MN 55424**

Date(s) debt was incurred  **4/13/2022**

Last 4 digits of account number  **0401**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,317.10**

---

**3.586**

**Nonpriority creditor's name and mailing address**
**Logan Heating and Air**
**Mark Hollingsworth**
**5142Causeway Dr.**
**WINSTON SALEM, NC 27106**

Date(s) debt was incurred  **7/5/2017**

Last 4 digits of account number  **3400**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Logan Heating and Air**
**Mark Hollingsworth**
**5142 N Causeway Dr.**
**WINSTON SALEM, NC 27106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/7/2020**

Basis for the claim: _

Last 4 digits of account number  **3400**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lomp HVAC**
**Luis Molina**
**15 Chiefton Rd.**
**Greenwich, CT 06831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/18/2022**

Basis for the claim: _

Last 4 digits of account number  **7300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,479.55 |
|---|---|---|---|

**Loren Judaken**
**Hiv**
**555 Rose Ave.**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/23/2021**

Basis for the claim: _

Last 4 digits of account number  **0182**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lori Spiegel**
**306 Old Orchard Ct.**
**NY, NY 11768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/25/2022**

Basis for the claim: _

Last 4 digits of account number  **7810**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,282.52 |
|---|---|---|---|

**Lou Gagliardi**
**1517 Yellow Stone Dr.**
**BARTLETT, IL 60107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/10/2022**

Basis for the claim: _

Last 4 digits of account number  **1300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,417.66 |
|---|---|---|---|

**Lou Venezia**
**371 Candlewood Lake Rd.**
**Brookfield, CT 06804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/9/2022**

Basis for the claim: _

Last 4 digits of account number  **8200**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $140.10 |
|---|---|---|---|

**Louis (Gus) Hergert III**
**411 Cole Drive SE**
**HUNTSVILLE, AL 35802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2021**

Basis for the claim: _

Last 4 digits of account number  **1300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**M. L. Mathews**
**23 Stone Hill Rd.**
**Oswego, IL 60543**

Date(s) debt was incurred  **4/4/2019**

Last 4 digits of account number  **0700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Madhav Upadhiaya**
**16 Crusius Place**
**COLTS NECK, NJ 07722**

Date(s) debt was incurred  **2/10/2022**

Last 4 digits of account number  **4230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,104.46 |
|---|---|---|---|

**Madhav Upadhiaya**
**16 Crusius Place**
**COLTS NECK, NJ 07722**

Date(s) debt was incurred  **4/13/2022**

Last 4 digits of account number  **4201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,310.75 |
|---|---|---|---|

**Magic Aire**
**501 Galvaston St.**
**Wichita Falls, TX 76301**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,565.21 |
|---|---|---|---|

**Manuel Pineiro Jr**
**10927 Lostwood Dr.**
**Pineiro Properties**
**Sandy, UT 84092**

Date(s) debt was incurred  **4/19/2022**

Last 4 digits of account number  **9500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $802.17 |
|---|---|---|---|

**Marc Bongirno**
**15 Tarteton Lane**
**Northport, NY 11768**

Date(s) debt was incurred  **4/25/2022**

Last 4 digits of account number  **8110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,571.00 |
|---|---|---|---|

**Marc Gigantelli**
**4991 Suisan Valley Rd.**
**Fairfield, CA 94534**

Date(s) debt was incurred  **5/23/2022**

Last 4 digits of account number  **9600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

---

**3.601**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Marc Miriello**<br>**4519 Queen Ann**<br>**NEW ALBANY, OH 43054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **10/3/2019** | Basis for the claim: _ | |
| Last 4 digits of account number  **5520** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.602**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Marc Picard**<br>**5026 Ironwood Dr.**<br>**SOQUEL, CA 95073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **7/8/2021** | Basis for the claim: _ | |
| Last 4 digits of account number  **8800** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.603**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $588.47 |
|---|---|---|
| **Margaret Maloney**<br>**275 Harrison Ave**<br>**NEWPORT, RI 02840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2/1/2022** | Basis for the claim: _ | |
| Last 4 digits of account number  **1100** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.604**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Marge Vontz**<br>**525 Militon Street**<br>**CINCINNATI, OH 45202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **5/19/2022** | Basis for the claim: _ | |
| Last 4 digits of account number  **3000** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.605**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,029.05 |
|---|---|---|
| **Marge Vontz**<br>**525 Militon Street**<br>**CINCINNATI, OH 45202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **5/4/2022** | Basis for the claim: _ | |
| Last 4 digits of account number  **3001** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.606**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,245.23 |
|---|---|---|
| **Maria Emilia Escudero**<br>**Rivera Ferrer #8,**<br>**GUAYNABO, PR 00968** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **3/14/2022** | Basis for the claim: _ | |
| Last 4 digits of account number  **1002** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.607**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $317.12 |
|---|---|---|
| **Maria Wolberg**<br>**5050 N Kendall Dr.**<br>**Coral Gables, FL 33156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **6/5/2022** | Basis for the claim: _ | |
| Last 4 digits of account number  **5300** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|--------|----------------------------------|------------------------|--------------------|
| | Name | | |

---

**3.608**

**Nonpriority creditor's name and mailing address**

**Marilyn Schroer**
**21 Haven Lane**
**Stonington, ME 04681**

Date(s) debt was incurred  **5/15/2022**

Last 4 digits of account number  **4000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

**$167.32**

---

**3.609**

**Nonpriority creditor's name and mailing address**

**Mario Bringas**
**1613 Field**
**SARASOTA, FL 34232**

Date(s) debt was incurred  **9/16/2021**

Last 4 digits of account number  **0143**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.610**

**Nonpriority creditor's name and mailing address**

**Mario Bringas**
**1613 Field Rd.**
**Sarasota, FL 34231**

Date(s) debt was incurred  **4/25/2022**

Last 4 digits of account number  **4010**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.611**

**Nonpriority creditor's name and mailing address**

**Mario Riccobono**
**22 BOLTON ROAD**
**WAYNE, NJ 07470**

Date(s) debt was incurred  **5/10/2022**

Last 4 digits of account number  **5900**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

**$6,000.00**

---

**3.612**

**Nonpriority creditor's name and mailing address**

**Mario Zolofra**
**77 Montrose Rd.**
**Colts Neck, NJ 07722**

Date(s) debt was incurred  **3/22/2022**

Last 4 digits of account number  **6092**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

**$11,716.33**

---

**3.613**

**Nonpriority creditor's name and mailing address**

**Marjorie Harvey**
**2035 Garraux Road NW**
**ATLANTA, GA 30327**

Date(s) debt was incurred  **6/6/2022**

Last 4 digits of account number  **9500**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

**$74,750.79**

---

**3.614**

**Nonpriority creditor's name and mailing address**

**Mark Betts**
**35 Middle Lane**
**East Hampton, NY 11937**

Date(s) debt was incurred  **4/13/2022**

Last 4 digits of account number  **9200**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

**$5,937.95**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00** |
|---|---|---|---|

**Mark Beveridge**
**81 Cannon Royal Dr.**
**Key West, FL 33040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/2022**

Basis for the claim:  _

Last 4 digits of account number  **3900**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Carter**
**105 W Market St.**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/20/2021**

Basis for the claim:  _

Last 4 digits of account number  **2803**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,740.00** |
|---|---|---|---|

**Mark Doerflien**
**4610 S 35th St. Suite 1**
**Phonix, AZ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/11/2022**

Basis for the claim:  _

Last 4 digits of account number  **2100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Glidden**
**30 Willowcroft Dr.**
**COLUMBINE VALLEY, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/9/2022**

Basis for the claim:  _

Last 4 digits of account number  **7704**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,486.23** |
|---|---|---|---|

**Mark Hurey**
**630 W. 80th St**
**TULSA, OK 74132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/3/2022**

Basis for the claim:  _

Last 4 digits of account number  **6500**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,178.26** |
|---|---|---|---|

**Mark Latranyl**
**108 Independence Ln**
**DANVILLE, PA 17821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/25/2022**

Basis for the claim:  _

Last 4 digits of account number  **3100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00** |
|---|---|---|---|

**Mark Stubblefield**
**4992 Rebel Trail**
**ATLANTA, GA 30327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16/2022**

Basis for the claim:  _

Last 4 digits of account number  **3201,2**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.622**

**Nonpriority creditor's name and mailing address**
**Mark Wallace**
**Quintessence Hotel**
**Long Bay**
**Anguilla, British West Indies A12640**

Date(s) debt was incurred  **6/13/2022**

Last 4 digits of account number  **9502**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,520.06**

---

**3.623**

**Nonpriority creditor's name and mailing address**
**Marla Beck**
**1418 Lake Side Ave South**
**SEATTLE, WA 98199**

Date(s) debt was incurred  **4/4/2022**

Last 4 digits of account number  **3300**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,508.08**

---

**3.624**

**Nonpriority creditor's name and mailing address**
**marvin mills**
**206 silver leaf court**
**mullica hill, NJ 08062**

Date(s) debt was incurred  **5/6/2022**

Last 4 digits of account number  **5300**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$803.44**

---

**3.625**

**Nonpriority creditor's name and mailing address**
**Mary Broussard**
**13224 Glad Acres Dr.**
**Farmers Branch, TX 75243**

Date(s) debt was incurred  **3/30/2022**

Last 4 digits of account number  **4240**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,655.98**

---

**3.626**

**Nonpriority creditor's name and mailing address**
**Mary Dewald**
**38100 N Little DcDonald Dr.**
**Frazee, MN 56544**

Date(s) debt was incurred  **6/12/2022**

Last 4 digits of account number  **3100**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$729.84**

---

**3.627**

**Nonpriority creditor's name and mailing address**
**Mary Voegeli**
**720 Reserve Circle**
**South Elgin, IL 60177**

Date(s) debt was incurred  **4/16/2022**

Last 4 digits of account number  **9600**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,245.36**

---

**3.628**

**Nonpriority creditor's name and mailing address**
**Marybeth Joseph**
**315 JAckson Ave.**
**DOWNINGTOWN, PA 19335**

Date(s) debt was incurred  **4/7/2022**

Last 4 digits of account number  **6502**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **WINE CELLAR INNOVATIONS, LLC**                    Case number (if known)  **1:22-bk-11315**

Name

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214.26** |
|---|---|---|---|

**Matheson Gas**
**1151 Findlay St**
**Cincinnati, OH 45214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2022**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mathew Bailey**
**2705 South Kendall Way**
**DENVER, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/29/2021**

Basis for the claim:  _

Last 4 digits of account number  **9200**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00** |
|---|---|---|---|

**Mathew Brooks**
**1200 South Greenway Dr.**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/29/2022**

Basis for the claim:  _

Last 4 digits of account number  **9185**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matrix Mechanical**
**Steven Ward**
**2406 Crofton Blvd**
**CROFTON, MD 21114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/29/2021**

Basis for the claim:  _

Last 4 digits of account number  **2112**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matrix Mechanical**
**Steven Ward**
**2406Crofton Blvd**
**CROFTON, MD 21114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/2020**

Basis for the claim:  _

Last 4 digits of account number  **2100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matt Roden**
**86 Stockton St.**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/18/2021**

Basis for the claim:  _

Last 4 digits of account number  **6510**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matt Ryan**
**1915 S. Spiceland Rd**
**NEW CASTLE, IN 47362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/10/2018**

Basis for the claim:  _

Last 4 digits of account number  **5921**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.636** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$455.24**

**Matt Smith**
**Cuyahoga Landmark**
**21079 Westwood Dr.**
**STRONGSVILLE, OH 44149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/31/2022

Basis for the claim: _

Last 4 digits of account number  4800

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.637** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Matthew Stout**
**2312 Longleaf Drive**
**FORT WAYNE, IN 46814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/19/2020

Basis for the claim: _

Last 4 digits of account number  6000

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.638** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,700.96**

**Mawa's Kitchen**
**Daniel McQueen**
**350 AABC STE F**
**ASPEN, CO 81611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/30/2022

Basis for the claim: _

Last 4 digits of account number  9700

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.639** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$167.32**

**Mayilyn Schroer**
**21 Haven Lane**
**Stonington, ME 04681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/15/2022

Basis for the claim: _

Last 4 digits of account number  4000

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**McLoughlin Co**
**Chuck Ammon**
**8649 West Chester Pike**
**UPPER DARBY, PA 19082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2/2022

Basis for the claim: _

Last 4 digits of account number  8700

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.641** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mcloughlin Plumbing and Heating**
**Bill Mcloughlin**
**8649 W Chester Pike**
**UPPER DARBY, PA 19082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/17/2021

Basis for the claim: _

Last 4 digits of account number  5600

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.642** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.34**

**McMaster-Carr Supply Co**
**PO Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2022

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.643**

**Nonpriority creditor's name and mailing address**
**MCR INC.**
**Timothy Bennett**
**480 E 345th St.**
**WILLOUGHBY, OH 44094**

Date(s) debt was incurred  5/13/2022

Last 4 digits of account number  0800

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,272.76

---

**3.644**

**Nonpriority creditor's name and mailing address**
**Meadowood Napa valley**
**Jose Ortega**
**900 Meadowood Ln.**
**Napa, CA 94558**

Date(s) debt was incurred  6/6/2022

Last 4 digits of account number  9200

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,832.62

---

**3.645**

**Nonpriority creditor's name and mailing address**
**Meera Bedi Designs LLC**
**Priyanka Pushkaina**
**1125 Maxwell Lane Apt 646**
**Hoboken, NJ 07307**

Date(s) debt was incurred  6/3/2022

Last 4 digits of account number  3100

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$332.48

---

**3.646**

**Nonpriority creditor's name and mailing address**
**Metropolitan Mechanical**
**Paul Hawthorne**
**7450 flying Cloud Dr**
**LAKEVILLE, MN 55344**

Date(s) debt was incurred  8/20/2020

Last 4 digits of account number  2800

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.647**

**Nonpriority creditor's name and mailing address**
**Michael  Kerin**
**11 Foothill Rd.**
**Bronxville, NY 10708**

Date(s) debt was incurred  5/30/2022

Last 4 digits of account number  4100

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$446.67

---

**3.648**

**Nonpriority creditor's name and mailing address**
**Michael Bego**
**126 Parsonage Road**
**Belle Haven, CT 06830**

Date(s) debt was incurred  12/23/2021

Last 4 digits of account number  1202

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.649**

**Nonpriority creditor's name and mailing address**
**Michael Brannan**
**1821 Maine Dr**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred  5/31/2022

Last 4 digits of account number  5700

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.650** | Nonpriority creditor's name and mailing address

**Michael Cory**
**3812 Boulder Dr.**
**Edwardsville, IL 62025**

Date(s) debt was incurred  **4/6/2022**

Last 4 digits of account number  **8940,51**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,081.36**

---

**3.651** | Nonpriority creditor's name and mailing address

**Michael Davis Construction**
**117 Lily Pond Lane**
**East Hampton, NY 11937**

Date(s) debt was incurred  **3/31/2022**

Last 4 digits of account number  **4211**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,985.70**

---

**3.652** | Nonpriority creditor's name and mailing address

**Michael Downing**
**1289 Atoka Idaville Rd.**
**Atoka, TN 38004**

Date(s) debt was incurred  **5/26/2022**

Last 4 digits of account number  **8600**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.653** | Nonpriority creditor's name and mailing address

**Michael G Kurimsky**
**128 Lochencove Ridge**
**BREVARD, NC 28712**

Date(s) debt was incurred  **6/2/2022**

Last 4 digits of account number  **2200**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$417.34**

---

**3.654** | Nonpriority creditor's name and mailing address

**Michael Hamilton**
**561 BELLEFONTAINE ST**
**PASADENA, CA 91105**

Date(s) debt was incurred  **5/8/2022**

Last 4 digits of account number  **7900**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$777.15**

---

**3.655** | Nonpriority creditor's name and mailing address

**Michael Hayes**
**20909 S South End Rd.**
**OREGON CITY, OR 97045**

Date(s) debt was incurred  **5/17/2022**

Last 4 digits of account number  **0400**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,923.77**

---

**3.656** | Nonpriority creditor's name and mailing address

**Michael Jansen**
**17 Lighthouse Rd.**
**Sands Point, NY 11050**

Date(s) debt was incurred  **5/12/2022**

Last 4 digits of account number  **3900**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,620.18**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

---

**3.657** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,461.12**

**Michael Katten**
**6426 Lagunitas Ave**
**EL CERRITO, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/18/2022**

Basis for the claim: _

Last 4 digits of account number  **3500**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.658** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michael Kreger**
**1085 Bay Shore Road**
**GREENPORT, NY 11944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/10/2022**

Basis for the claim: _

Last 4 digits of account number  **2001**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.659** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michael Leto**
**1 Eva Lane**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/19/2021**

Basis for the claim: _

Last 4 digits of account number  **3502**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.660** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,717.69**

**Michael McKelvey**
**34 Plumbridge Circle**
**HILTON HEAD ISLAND, SC 29928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/10/2022**

Basis for the claim: _

Last 4 digits of account number  **6700**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.661** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,170.16**

**Michael Olsson**
**14 Walters Farm Road**
**YULAN, NY 12792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2022**

Basis for the claim: _

Last 4 digits of account number  **3100**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.662** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,093.15**

**Michael Schramm**
**Robert Lucke Homes**
**8825 Chapel Square Drive B**
**Bret Norris delivery**
**CINCINNATI, OH 45249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/22/2022**

Basis for the claim: _

Last 4 digits of account number  **0800**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.663** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,747.03**

**Michael Weinig, Inc.**
**124 Crosslake Park Dr.**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/2022**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.664** Nonpriority creditor's name and mailing address

**Michelle Brenner**
**Email Only available**
**Charleston, SC 29412**

Date(s) debt was incurred  **6/8/2022**

Last 4 digits of account number  **9000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,862.40**

---

**3.665** Nonpriority creditor's name and mailing address

**Michelle Corey**
**3812 Boulder Drive**
**Saint Louis, MO 63113**

Date(s) debt was incurred  **4/5/2022**

Last 4 digits of account number  **8900**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,081.36**

---

**3.666** Nonpriority creditor's name and mailing address

**Michelle Nagy**
**Wayfair Erlanger**
**120 Greenbner Lakes Cove**
**Piperton, TN 38017**

Date(s) debt was incurred  **5/24/2022**

Last 4 digits of account number  **0800**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.667** Nonpriority creditor's name and mailing address

**Michelle Workman**
**4566 Lois St SE**
**SMYRNA, GA 30080**

Date(s) debt was incurred  **6/1/2022**

Last 4 digits of account number  **0000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,509.60**

---

**3.668** Nonpriority creditor's name and mailing address

**Miguel Dingwell**
**266 Suez Canal Lane**
**Sacramento, CA 95834**

Date(s) debt was incurred  **3/17/2020**

Last 4 digits of account number  **2900**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.669** Nonpriority creditor's name and mailing address

**Mike Andrews**
**2636 E. Vista Ridge Dr.**
**ORANGE, CA 92867**

Date(s) debt was incurred  **5/26/2022**

Last 4 digits of account number  **3801**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,199.00**

---

**3.670** Nonpriority creditor's name and mailing address

**Mike Bryant Heating**
**Mike Bryant**
**1711 E 123rd Terrace**
**Olathe, KS 60661**

Date(s) debt was incurred  **11/5/2020**

Last 4 digits of account number  **8200**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (*if known*) | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

---

**3.671** | Nonpriority creditor's name and mailing address
**Mike McCall**
**9570 Jerome Rd.**
**Dublin, OH 43017**

Date(s) debt was incurred  **5/3/2018**

Last 4 digits of account number  **1120**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.672** | Nonpriority creditor's name and mailing address
**Mike Osto**
**12000 Davenport Rd.**
**Los Alamitos, CA 90720**

Date(s) debt was incurred  **6/1/2022**

Last 4 digits of account number  **7200**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$9,594.04

---

**3.673** | Nonpriority creditor's name and mailing address
**Mike Russel**
**2240 Dad Hawks**
**Flagstaff, AZ 86005**

Date(s) debt was incurred  **5/26/2022**

Last 4 digits of account number  **7820**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$3,478.67

---

**3.674** | Nonpriority creditor's name and mailing address
**Mike Shifflett**
**4577 Slamgate Rd.**
**CROZET, VA 22932**

Date(s) debt was incurred  **1/27/2022**

Last 4 digits of account number  **3500**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.675** | Nonpriority creditor's name and mailing address
**Mike Tavedi**
**50505 State Rd 933 N**
**South, IN 46637**

Date(s) debt was incurred  **5/10/2022**

Last 4 digits of account number  **3701**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$6,100.00

---

**3.676** | Nonpriority creditor's name and mailing address
**Mike Terefe**
**3133 Connetticut Ave NW**
**WASHINGTON, DC 20008**

Date(s) debt was incurred  **6/3/2022**

Last 4 digits of account number  **2600**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$1,152.74

---

**3.677** | Nonpriority creditor's name and mailing address
**Mike Warner**
**Koller Warner Builders**
**1548 Lakewood Dr.**
**LEXINGTON, KY 40502**

Date(s) debt was incurred  **3/15/2022**

Last 4 digits of account number  **8300**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$11,560.41

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.678** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,438.00**

**Milan Magera DBA Tatra Services LLC**
**873 Red Rock CT.**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/4/2022

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.679** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Millian Air**
**Michael Sundquist**
**9942  State Road 52**
**Hudson, FL 34669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/18/2022

Basis for the claim: _

Last 4 digits of account number  3800

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.680** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Mimi Sullivan**
**5549 Long Island Drive NW**
**Atlanta, GA 30327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/24/2021

Basis for the claim: _

Last 4 digits of account number  5201

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.681** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,050.00**

**Mimmo**
**165 CREST DR**
**MIRAMAR BEACH, FL 32550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/6/2022

Basis for the claim: _

Last 4 digits of account number  4301

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.682** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,493.00**

**Ming Lu**
**42 STUART DR**
**SYOSSET, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/25/2022

Basis for the claim: _

Last 4 digits of account number  6700

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.683** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Miracle Plumbing Heating and Cooling**
**Kyle Brown**
**2121 Whipple Ave NW**
**CANTON, OH 44708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/25/2020

Basis for the claim: _

Last 4 digits of account number  0500

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.684** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,817.00**

**Mitch Lustig**
**11710 Old George Town Rd.**
**Unit 1608**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/26/2022

Basis for the claim: _

Last 4 digits of account number  4304

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | WINE CELLAR INNOVATIONS, LLC | Case number (if known) | 1:22-bk-11315 |
|---|---|---|---|
| | Name | | |

---

**3.685** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

MOLIAR CONSTRUCTION
GREG VOGEL
10401 Stevenson Rd.
STEVENSON, MD 21153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/21/2021**

Basis for the claim: _

Last 4 digits of account number  **3600**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.686** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Moncrief Heating and Air
Ken Heyde
935 Chattahoochee Ave
ATLANTA, GA 30318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/2021**

Basis for the claim: _

Last 4 digits of account number  **5200**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.687** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Moncrief Heating and Air
Frank Mutz
9285 Cinchina Trail
Garden Ridge, TX 78266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/9/2022**

Basis for the claim: _

Last 4 digits of account number  **6701**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.688** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,647.05**

Monty Brock
DMJ Design Build STE 105
9285 Cinchina Trail
Garden Ridge, TX 78266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/3/2022**

Basis for the claim: _

Last 4 digits of account number  **4501**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.689** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Morrison Kitchen & Bath
Mark Morrison
5121 Clariton Blvd
PITTSBURGH, PA 15236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/2021**

Basis for the claim: _

Last 4 digits of account number  **4601**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.690** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,500.00**

Murphy Design and Construction
Desmond Murphy
1 Bellcove
Kings point, NY 11024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/3/2022**

Basis for the claim: _

Last 4 digits of account number  **6000**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.691** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$297.50**

My Programmer, Inc.
9235 N Union BLVD Ste 150
Colorado Springs, CO 80920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.692** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Myles Odaniell**
**7 Hazelhurst Street**
**DANIEL ISLAND, SC 29492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/19/2018**

Basis for the claim: _

Last 4 digits of account number **9700**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.693** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $620.00

**Nancy Esposito**
**2772 Birch Terroce**
**Davie, FL 33330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/12/2022**

Basis for the claim: _

Last 4 digits of account number **2900**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.694** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $462.05

**Nasuni**
**Srikanth Keesara**
**50 S Sawyeer Lane**
**Tweksberry, MA 11876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/2/2022**

Basis for the claim: _

Last 4 digits of account number **2600**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.695** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Nate Hall**
**2220 Meadowvale Drive NE**
**ATLANTA, GA 30345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/14/2021**

Basis for the claim: _

Last 4 digits of account number **2400**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.696** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,701.90

**Nathalie Gispan**
**4246 Levitt Lane**
**PITTSBURGH, PA 15230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/3/2022**

Basis for the claim: _

Last 4 digits of account number **1304**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.697** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294.07

**Nathan Meredith**
**6361 Hilltop Ave. N**
**Lake Elmo, MN 55042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/24/2022**

Basis for the claim: _

Last 4 digits of account number **0800**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.698** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,360.34

**Nathaniel Cohen**
**Les Poissons Restaurant LLC**
**100 Cuesta Vista Dr.**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/5/2022**

Basis for the claim: _

Last 4 digits of account number **4800**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (*if known*) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.699**

**Nonpriority creditor's name and mailing address**

**Neat Method**
**Jessica Moynihan**
**30 Stockbridge Rd.**
**Bridgewater, MA 02324**

Date(s) debt was incurred  __5/31/2022__

Last 4 digits of account number  __8200__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$468.21**

---

**3.700**

**Nonpriority creditor's name and mailing address**

**Neil Granholm**
**24 Western Ave**
**MARLBORO, NY 12542**

Date(s) debt was incurred  __5/23/2022__

Last 4 digits of account number  __6800__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$817.96**

---

**3.701**

**Nonpriority creditor's name and mailing address**

**Nicholas Benson**
**1361 E Jasmine Ave**
**SANDY, UT 84092**

Date(s) debt was incurred  __6/13/2022__

Last 4 digits of account number  __4600__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$143.22**

---

**3.702**

**Nonpriority creditor's name and mailing address**

**Nichols Heating and Cooling**
**Randy Young**
**5690 Dixie HWY**
**Waterford, MI 48329**

Date(s) debt was incurred  __2/24/2022__

Last 4 digits of account number  __1400__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.703**

**Nonpriority creditor's name and mailing address**

**Nick Mcdonald refrigeration**
**Brad Alexander**
**605 California Ave.**
**SAND CITY, CA 93955**

Date(s) debt was incurred  __8/19/2021__

Last 4 digits of account number  __3100__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.704**

**Nonpriority creditor's name and mailing address**

**Nick Scalabrino**
**5145 Grand Ave.**
**West Springs, IL 60558**

Date(s) debt was incurred  __6/6/2022__

Last 4 digits of account number  __9800__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$1,255.67**

---

**3.705**

**Nonpriority creditor's name and mailing address**

**Nicks small engines**
**Nick Filosa**
**Nicks small engines**
**22 Whippoorwill Lane**
**ROCKAWAY, NJ 07866**

Date(s) debt was incurred  __5/8/2022__

Last 4 digits of account number  __8000__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$631.86**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.68 |
|---|---|---|---|

**Nicola Mullins**
2992 S. Thornidge Dr.
Springfield, MO 65809

Date(s) debt was incurred  **6/13/2022**

Last 4 digits of account number  **4800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.70 |
|---|---|---|---|

**Nicole Pavlisin**
3270 Bermuda Isle Circle Apt 633
NAPLES, FL 34109

Date(s) debt was incurred  **5/26/2022**

Last 4 digits of account number  **7400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICOLET HEATING AND COOLING**
Leif Townsend
1344Russett Court
GREEN BAY, WI 54313

Date(s) debt was incurred  **9/23/2021**

Last 4 digits of account number  **6701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,614.50 |
|---|---|---|---|

**Nina Carran**
Locals Liquors
354 Blue River Parkway
Silverthorne, CO 80498

Date(s) debt was incurred  **3/26/2022**

Last 4 digits of account number  **6600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|---|

**Noelle Sherber**
1027 Savile Lane
MCLEAN, VA 22101

Date(s) debt was incurred  **2/14/2022**

Last 4 digits of account number  **4707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Norma and Rob Strouse**
19 Nantmead Rd
GLENMOORE, PA 19343

Date(s) debt was incurred  **11/11/2021**

Last 4 digits of account number  **0204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.95 |
|---|---|---|---|

**Northern Safety Products**
PO Box4250
Utica, NY 13504-4250

Date(s) debt was incurred  **6/9/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Northpoint Heating and Air**
**Brent Zokan**
**1125 Sparkleberry Lane Ext**
**COLUMBIA, SC 29223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/13/2022

Basis for the claim: _

Last 4 digits of account number  5900

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**Nyla Gawel**
**8909 Charred Oak Dr**
**BETHESDA, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/28/2022

Basis for the claim: _

Last 4 digits of account number  1900

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,145.76 |
|---|---|---|---|

**O.C. Tanner**
**Phil Barbee**
**621 Jackson Falls Dr.**
**NASHVILLE, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/7/2022

Basis for the claim: _

Last 4 digits of account number  9200

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oceanstate Ac**
**Daryl Roy**
**1476 Atlatic BLVD**
**NEPTUNE BEACH, FL 32266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/12/2022

Basis for the claim: _

Last 4 digits of account number  7400

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OH Design**
**Jade Oh**
**3Allison Rd.**
**ALPINE, NJ 07620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/11/2018

Basis for the claim: _

Last 4 digits of account number  6320

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Ohio Environmental Protection Agency**
**Division of Air Polution Control**
**PO Box 77005**
**Cleveland, OH 44194-7005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/17/2022

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.25 |
|---|---|---|---|

**Olavf Messerschmidt**
**3334 S Indiana Ave**
**Milwaukee, WI 53207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/19/2022

Basis for the claim: _

Last 4 digits of account number  8000

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.720**

**Nonpriority creditor's name and mailing address**
**Oldcastle Glass Perrysburg**
**16697 Collections Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,412.81**

---

**3.721**

**Nonpriority creditor's name and mailing address**
**Olivia Zhao**
**Cornell Contracting LLC**
**69 Drabbington Way**
**WESTFORD, MA 02493**

Date(s) debt was incurred  **6/3/2022**

Last 4 digits of account number  **6200**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,497.43**

---

**3.722**

**Nonpriority creditor's name and mailing address**
**Olivier Le Ber**
**8129 Pinehurst Harbour Way**
**PASADENA, MD 21122**

Date(s) debt was incurred  **4/1/2022**

Last 4 digits of account number  **4400**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,174.45**

---

**3.723**

**Nonpriority creditor's name and mailing address**
**Omni Custom Homes, Inc**
**Carl Nelson**
**14603 Huebner Rd Suite 3403**
**SAN ANTONIO, TX 78230**

Date(s) debt was incurred  **5/5/2022**

Last 4 digits of account number  **3700**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.724**

**Nonpriority creditor's name and mailing address**
**ONETIME- Absolute Fire Protection**
**2031 Garrard St.**
**Covington, KY 41014**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$991.25**

---

**3.725**

**Nonpriority creditor's name and mailing address**
**Pablo Jablonski**
**61 Gold Hill Grade**
**San Rafael, CA 94301**

Date(s) debt was incurred  **6/4/2022**

Last 4 digits of account number  **7400**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,011.18**

---

**3.726**

**Nonpriority creditor's name and mailing address**
**Pam Harrel**
**Harrell's Waterproducts**
**7103 is Highway 158**
**Stokedale, NC 27357**

Date(s) debt was incurred  **5/3/2022**

Last 4 digits of account number  **5500**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,434.81**

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**                              Case number (if known)   **1:22-bk-11315**
_____
Name

---

**3.727** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00
--- | --- | --- | ---

**Pamela Hoynes**
**8125 South Clippinger**
**CINCINNATI, OH 45243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/11/2021**

Basis for the claim: _

Last 4 digits of account number  **4900**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.728** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Parker Davis HVAC International, Inc.**
**3250 NW 107th Ave.**
**Doral, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.729** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,750.00

**Partrick Hickey**
**258 E Pinto Ct.**
**Gilbert, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2/2022**

Basis for the claim: _

Last 4 digits of account number  **6211**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.730** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,313.44

**Patricia Stritmatter**
**79341 Liga**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/27/2022**

Basis for the claim: _

Last 4 digits of account number  **4602,1**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.731** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,649.95

**Patricia Swenor**
**Cove Mountain Builders**
**814 Laura Top Way**
**GATLINBURG, TN 37738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/12/2022**

Basis for the claim: _

Last 4 digits of account number  **9122,2902,03**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.732** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Patrick Methven**
**155 E Golfview Rd**
**Ardmore, PA 19003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/2022**

Basis for the claim: _

Last 4 digits of account number  **0422**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.733** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,337.50

**Patrick Stroup**
**Ivy Homes Inc**
**324 E New York St STE250**
**STE 250#**
**INDIANAPOLIS, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/30/2020**

Basis for the claim: _

Last 4 digits of account number  **9200**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**Paul Ariano**
**1041 Mansion Ridge Rd.**
**Santa Fe, NM 87501**

Date(s) debt was incurred  **3/18/2022**

Last 4 digits of account number  **1221**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$681.94** |
|---|---|---|---|

**Paul Cleary**
**241 Dunk Rock Rd.**
**GUILFORD, CT 06437**

Date(s) debt was incurred  **6/9/2022**

Last 4 digits of account number  **7900**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PAUL DIMARTINI**
**345 RIVER BEND DRIVE**
**RENO, NV 89523**

Date(s) debt was incurred  **8/5/2021**

Last 4 digits of account number  **4100**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$436.99** |
|---|---|---|---|

**Paul Kondrick**
**2335 Westclub Terrace Cour**
**Ballwin, MO 63011**

Date(s) debt was incurred  **6/5/2022**

Last 4 digits of account number  **5000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Wlos**
**6487 North 8000 East Rd.**
**Grant Park, IL 60940**

Date(s) debt was incurred  **11/4/2021**

Last 4 digits of account number  **0100**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,503.40** |
|---|---|---|---|

**Pauls Beverage**
**Paul Bires**
**6437 Oak Point Estates**
**LORAIN, OH 44053**

Date(s) debt was incurred  **5/27/2022**

Last 4 digits of account number  **8600**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$289,292.98** |
|---|---|---|---|

**Paxton Hardwoods**
**PO BOX 74007371**
**Chicago, IL 60674-7371**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **WINE CELLAR INNOVATIONS, LLC**                                      Case number *(if known)*    **1:22-bk-11315**
_____                                  _____
Name

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,718.19** |

**Performance Abrasives, Inc**
**10330 Wayne Ave.**
**Cincinnati, OH 45215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Pete and Tammy McCutchen**
**1525 Fielden Store Rd**
**NEW MARKET, TN 37820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/6/2022**

Basis for the claim: _

Last 4 digits of account number  **2201**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,081.68** |

**Pete and Tammy McCutchen**
**1525 Fielden Store Rd**
**NEW MARKET, TN 37820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/18/2022**

Basis for the claim: _

Last 4 digits of account number  **2204**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Peter Claude**
**4230 Greenwood Dr**
**Benton Harbor, MI 49022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2022**

Basis for the claim: _

Last 4 digits of account number  **8900**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$335.00** |

**Peter Elliott**
**Capital City Millwork**
**173 Heatherdown Dr.**
**WESTERVILLE, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/20/2022**

Basis for the claim: _

Last 4 digits of account number  **5004**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Peter Schroer**
**12 Azalea Way**
**Boxford, MA 01921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,492.44** |

**Philip Fasano**
**816 Leigh Mill Rd**
**GREAT FALLS, VA 22066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2022**

Basis for the claim: _

Last 4 digits of account number  **5100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.748** | **Nonpriority creditor's name and mailing address**

**Phillip Rogers**
**2922 Albine Dr**
**GLENSHAW, PA 15116**

Date(s) debt was incurred  **5/24/2022**

Last 4 digits of account number  **0700**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$151.96**

---

**3.749** | **Nonpriority creditor's name and mailing address**

**Pierce Gelhaus**
**3750 Grand Ave.**
**DES MOINES, IA 50312**

Date(s) debt was incurred  **2/28/2022**

Last 4 digits of account number  **7201**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$37,695.00**

---

**3.750** | **Nonpriority creditor's name and mailing address**

**PINEO CONSTRUCTION**
**44 Cradie Rock Rd.**
**PRINCETON, NJ 08540**

Date(s) debt was incurred  **1/12/2022**

Last 4 digits of account number  **4200**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.751** | **Nonpriority creditor's name and mailing address**

**Pinnacle Air Solutions**
**Chris Hall**
**7125 Montgomery Rd**
**CINCINNATI, OH 45236**

Date(s) debt was incurred  **7/6/2021**

Last 4 digits of account number  **1521**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.752** | **Nonpriority creditor's name and mailing address**

**Pinnacle Building & Restoration Inc.**
**Travis Barnett**
**6919 S Park Ridge Court**
**RIVERBANK, CA 95367**

Date(s) debt was incurred  **3/23/2021**

Last 4 digits of account number  **6300**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.753** | **Nonpriority creditor's name and mailing address**

**Pintail Development**
**David Sajovich**
**2805 E 4th St.**
**AUSTIN, TX 78702**

Date(s) debt was incurred  **4/12/2022**

Last 4 digits of account number  **6000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,138.48**

---

**3.754** | **Nonpriority creditor's name and mailing address**

**Polymershapes LLC**
**12074 Best Pl.**
**Sharonville, OH 45241**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$17,340.62**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.755** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$345.00**

**Praveen Maheshwari**
**6438 Farthing Dr.**
**Colorado Springs, CO 80906**

Date(s) debt was incurred  **6/13/2022**

Last 4 digits of account number  **3400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.756** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Precision Air TN**
**Mike Parkinson**
**6116 New Nashville Highway**
**MURFREESBORO, TN 37129**

Date(s) debt was incurred  **10/22/2020**

Last 4 digits of account number  **9500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.757** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Precision Air TN**
**Jayme Loving**
**6116 New Nashville Highway**
**MURFREESBORO, TN 37129**

Date(s) debt was incurred  **10/14/2021**

Last 4 digits of account number  **7100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.758** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,340.62**

**Premier Global Transportation LLC**
**1252 OH 28**
**Milford, OH 45150**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.759** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Premier Indoor Comfort**
**Brandon Godbee**
**391 Marietta Rd.**
**CANTON, GA 30114**

Date(s) debt was incurred  **2/15/2022**

Last 4 digits of account number  **1200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.760** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Premier Indoor Comfort Systems**
**Tim Wray**
**391 Marietta Rd.**
**CANTON, GA 30114**

Date(s) debt was incurred  **4/18/2019**

Last 4 digits of account number  **1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.761** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Professional Heat & Air**
**Monty FairChild**
**6815 Washington Pike**
**KNOXVILLE, TN 37918**

Date(s) debt was incurred  **7/1/2021**

Last 4 digits of account number  **6700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**                                    Case number (if known)   **1:22-bk-11315**
_____
Name

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Purified Air Conditioning**
Rick Spriggs
18000 Leetana Rd.
FORT MYERS, FL 33918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   8/20/2020

Basis for the claim:  _

Last 4 digits of account number   2200

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**PURIFIED AIR CONDITIONING, INC**
**ANNETTE SPRIGGS**
**5791 Country Lake Dr.**
**FORT MYERS, FL 33905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   3/10/2022

Basis for the claim:  _

Last 4 digits of account number   0000

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Quadient Postage Funding**
PO Box 6813
Carol Stream, IL 60197-6813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   Various

Basis for the claim:  _

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Quality Cool Air Conditioning**
Yuderka Rodriguez
12105  SW 129 CT STE 10
MIAMI, FL 33186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   9/23/2020

Basis for the claim:  _

Last 4 digits of account number   5000

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Quality Refrigeration Concepts, Inc.**
215 Cassell st
WINSTON SALEM, NC 27127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   11/25/2020

Basis for the claim:  _

Last 4 digits of account number   6900

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,428.00 |

**Quintessence Hotel, Limited**
c/o Mark Wallace
Long Bay
Anguilla, BWCI A12640

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   October 27, 2021

Basis for the claim:  _

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**R&G Mathews Heating and Air**
Greg Mathews
2820 Davy Allison BL
BESSEMER, AL 35020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   3/29/2022

Basis for the claim:  _

Last 4 digits of account number   7500

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**

Name

Case number (if known)   **1:22-bk-11315**

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rachel**
**27015 Holly Lord**
**Magnolia, TX 77355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/25/2020**

Basis for the claim: _

Last 4 digits of account number  **5000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,483.55 |
|---|---|---|---|

**Rain City Wines**
**Santo Roman**
**10131 Main St. Ste. A**
**BOTHELL, WA 98011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/30/2022**

Basis for the claim: _

Last 4 digits of account number  **3900**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ralph Daniel**
**138 Oakhurst trail**
**RIDGELAND, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/17/2019**

Basis for the claim: _

Last 4 digits of account number  **7500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,779.17 |
|---|---|---|---|

**Ralph Darienzo**
**16 Wine Mill Rd.**
**Stamford, CT 06933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2022**

Basis for the claim: _

Last 4 digits of account number  **9800**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,650.00 |
|---|---|---|---|

**Randall Hale**
**5121 Meadow View Lane**
**SOUTH LEBANON, OH 45065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/13/2022**

Basis for the claim: _

Last 4 digits of account number  **0601**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Randy Hensley & Mathy Mcgly**
**Davidon Homes**
**1600 South Main St. Suite 150**
**Walnut Creek, CA 94542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/4/2020**

Basis for the claim: _

Last 4 digits of account number  **5551**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raquel Zaki**
**714 Lakeview**
**MIAMI BEACH, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/29/2021**

Basis for the claim: _

Last 4 digits of account number  **8900**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Raymong Carcione**
1045 Alta Vista Rd.
Louisville, KY 40205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/26/2022**

Basis for the claim: _

Last 4 digits of account number **5264**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Reid Huber**
2201 Kentmere Parkway
Wilmington, DE 19806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/1/2018**

Basis for the claim: _

Last 4 digits of account number **9000**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $317.96 |

**Relay Express**
PO Box 706325
Cincinnati, OH 45270-6325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Reliable Contracting Company**
Joseph Baldwin
808 Homestead Lane
CROWNSVILLE, MD 21032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/25/2020**

Basis for the claim: _

Last 4 digits of account number **5800**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Resler Mechanical INC**
Russ Resler
13447 E Carter St.
BLOOMFIELD, IN 47424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/9/2022**

Basis for the claim: _

Last 4 digits of account number **2400**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ricardo Capretta**
Capretta Architecture
2 Upper Alcatraz Pl.
MILL VALLEY, CA 94941

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/12/2022**

Basis for the claim: _

Last 4 digits of account number **8900**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ricardo Lemos**
921 South Ocean BLVD
DELRAY BEACH, FL 33483

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/24/2022**

Basis for the claim: _

Last 4 digits of account number **3100**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **WINE CELLAR INNOVATIONS, LLC**                     Case number (if known)   **1:22-bk-11315**
_____
Name

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Richard Bezozo**
**6 conifer drive**
**WARREN, NJ 07059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/2022**

**Basis for the claim:** _

Last 4 digits of account number  **9200**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,900.00 |

**Richard Bezozo**
**6 conifer drive**
**WARREN, NJ 07059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/7/2022**

**Basis for the claim:** _

Last 4 digits of account number  **9201**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Richard Daily**
**190 Terry Rd**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/18/2021**

**Basis for the claim:** _

Last 4 digits of account number  **3070**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,723.54 |

**Richard Dinnis**
**103 Heglar Oaks Ct**
**HERNDON, VA 20170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/2022**

**Basis for the claim:** _

Last 4 digits of account number  **0100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,937.56 |

**Richard Malinowski**
**1464 Via Vista**
**Nipomo, CA 94333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/18/2022**

**Basis for the claim:** _

Last 4 digits of account number  **6113**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,274.30 |

**Richard Schlueter**
**1932 North Druid Hills Rd.**
**ATLANTA, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/13/2022**

**Basis for the claim:** _

Last 4 digits of account number  **8002**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Richard Scholten**
**Bill West**
**182 Summit Lane**
**COPPEROPOLIS, CA 95228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/10/2020**

**Basis for the claim:** _

Last 4 digits of account number  **4400**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.790** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,500.00**

**Richard Truesdell**
**530 Roadrunner Lane ne**
**Albuquerque, MN 87122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/9/2022**

**Basis for the claim:** _

**Last 4 digits of account number  9782,3**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.791** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Richelleu**
**237N River Rd.**
**Mount Clemons, MI 48043-1020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Basis for the claim:** _

**Last 4 digits of account number  _**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.792** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Rick Greene**
**6415 Moonseed St**
**PROSPECT, KY 40059**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/22/2020**

**Basis for the claim:** _

**Last 4 digits of account number  2200**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.793** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Rick Lynch**
**212 Hancock St.**
**Sandusky, OH 44870**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/31/2021**

**Basis for the claim:** _

**Last 4 digits of account number  6800**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.794** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ridge Energy Savers INC.**
**David Beumel**
**135 S Acult Rd.**
**LAKE WALES, FL 33859**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  6/25/2020**

**Basis for the claim:** _

**Last 4 digits of account number  2400**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.795** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,312.49**

**Rio Hill Wine & Beer**
**KIMBERLY Hotz**
**1908N Hill Center**
**CHARLOTTESVILLE, VA 22901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5/23/2022**

**Basis for the claim:** _

**Last 4 digits of account number  9400**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.796** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**RJ Kielty HVAC**
**Bob Morgan**
**7379 Massachusette Ave.**
**NEW PORT RICHEY, FL 34653**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/3/2020**

**Basis for the claim:** _

**Last 4 digits of account number  9000**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,049.76 |
|---|---|---|---|

**Rob Huber**
**380 Terrace View Dr.**
**Stateline, NV 89449**

Date(s) debt was incurred  **4/18/2022**

Last 4 digits of account number  **7700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Koran**
**26322 Rosa St**
**ALISO VIEJO, CA 92656**

Date(s) debt was incurred  **5/7/2021**

Last 4 digits of account number  **5201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,701.14 |
|---|---|---|---|

**Rob Lemmons**
**5808 Squire Gaate Drive**
**Mason, OH 45040**

Date(s) debt was incurred  **4/20/2022**

Last 4 digits of account number  **8600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,411.80 |
|---|---|---|---|

**Robert Beatty**
**611 S Palm Canyon Suite 22**
**Palm Springs, CA 92264**

Date(s) debt was incurred  **6/2/2022**

Last 4 digits of account number  **1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,557.05 |
|---|---|---|---|

**Robert Blake**
**971 Rambling Brook Way**
**DELAWARE, OH 43015**

Date(s) debt was incurred  **6/13/2022**

Last 4 digits of account number  **1400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,919.42 |
|---|---|---|---|

**Robert Brindley**
**832 Towne Street**
**SONOMA, CA 95476**

Date(s) debt was incurred  **6/2/2022**

Last 4 digits of account number  **5402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Brinkman**
**1761 SE 7th St.**
**FORT LAUDERDALE, FL 33316**

Date(s) debt was incurred  **1/19/2022**

Last 4 digits of account number  **0200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,909.77** |
|---|---|---|---|

**Robert Engle**
**29 Washiington Square West**
**NY, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/18/2022**

Basis for the claim: _

Last 4 digits of account number  **6501**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$683.80** |
|---|---|---|---|

**Robert Jones**
**9215 N Manning Ave**
**KANSAS CITY, MO 64157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/15/2022**

Basis for the claim: _

Last 4 digits of account number  **2700**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Keane**
**40 Waterway Island Drive**
**Isle of Palms, SC 29451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/14/2020**

Basis for the claim: _

Last 4 digits of account number  **0800**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Shotwell**
**682 County Road 316**
**Ireland, TX 76538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/15/2020**

Basis for the claim: _

Last 4 digits of account number  **8011**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,391.21** |
|---|---|---|---|

**Robert W Bugie**
**2704 Colerain Ave**
**Cincinnati, OH 45225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,261.87** |
|---|---|---|---|

**Robert Wong**
**11 Kailuana Place**
**KAILUA, HI 96734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2/2022**

Basis for the claim: _

Last 4 digits of account number  **2501**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$253.26** |
|---|---|---|---|

**Robert Yellen**
**960 3rd St.**
**Sainta Monica, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/22/2022**

Basis for the claim: _

Last 4 digits of account number  **4200**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**

Case number *(if known)*   **1:22-bk-11315**

Name

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Yellen**
**1712 Palisades Drive**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285.67 |
|---|---|---|---|

**Robin Diener**
**4675 Andalusia Trail**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/12/2022**

**Basis for the claim:** _

Last 4 digits of account number  **4101**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,760.77 |
|---|---|---|---|

**Rodolfo Sanchez Colberg**
**NA**
**SAN JUAN, PR 00927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/5/2022**

**Basis for the claim:** _

Last 4 digits of account number  **3700**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.58 |
|---|---|---|---|

**Ron Moore**
**8639 Us Highway 290**
**Freedom Cellars**
**Johnson City, TX 78636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/6/2022**

**Basis for the claim:** _

Last 4 digits of account number  **9500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $409.00 |
|---|---|---|---|

**Ronald Glassman**
**27 Houston Terrace Apt. 4**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/30/2022**

**Basis for the claim:** _

Last 4 digits of account number  **9300**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,413.78 |
|---|---|---|---|

**Ronda Diver -Ronda Divers Interiors**
**6002 Jean Rd.**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/2022**

**Basis for the claim:** _

Last 4 digits of account number  **8931**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $354.22 |
|---|---|---|---|

**Roy Hathcock**
**23811 Napoli Way**
**Estero, FL 34134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/7/2022**

**Basis for the claim:** _

Last 4 digits of account number  **3711**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.818**

**Nonpriority creditor's name and mailing address**

**Roy Hathcock**
**13811 Napoli Way**
**Estero, FL 34134**

Date(s) debt was incurred  **6/7/2022**

Last 4 digits of account number  **3701**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,300.00**

---

**3.819**

**Nonpriority creditor's name and mailing address**

**RT &J Plumbing**
**3816 Montgomery Rd.**
**Cincinnati, OH 45212**

Date(s) debt was incurred  **8/1//22**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$376.00**

---

**3.820**

**Nonpriority creditor's name and mailing address**

**Rufino Velazquez**
**137 Claremont St.**
**DEER PARK, NY 11729**

Date(s) debt was incurred  **6/5/2022**

Last 4 digits of account number  **8600**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$680.72**

---

**3.821**

**Nonpriority creditor's name and mailing address**

**Rullie Plumbing and Heating**
**Robert Rullie**
**34 Lackey St.**
**WESTBORO, MA 01581**

Date(s) debt was incurred  **3/3/2022**

Last 4 digits of account number  **2800**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.822**

**Nonpriority creditor's name and mailing address**

**Rumpke**
**3700 Struble Rd**
**Cincinnati, OH 45226-1805**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,409.80**

---

**3.823**

**Nonpriority creditor's name and mailing address**

**Russ Keller**
**Griffths Construction**
**7 tyler Lane**
**VILLANOVA, PA 19085**

Date(s) debt was incurred  **4/11/2022**

Last 4 digits of account number  **6300**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,385.40**

---

**3.824**

**Nonpriority creditor's name and mailing address**

**Rusty Tractor Vineyards**
**DOUG MEYER**
**10 Rusty Tractor Lane**
**LITTLE ROCK, AR 72210**

Date(s) debt was incurred  **9/30/2020**

Last 4 digits of account number  **0001**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,200.00**

**Ruth Burton**
**3359 17 Mile Drive**
**PEBBLE BEACH, CA 93953**

Date(s) debt was incurred  **2/4/2022**

Last 4 digits of account number  **9200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,192.79**

**Ryan Adler**
**8314 Oak St.**
**New Orleans, LA 70118**

Date(s) debt was incurred  **6/10/2022**

Last 4 digits of account number  **8400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,192.79**

**Ryan Adler**
**8314 Oak St.**
**New Orleans, LA 70118**

Date(s) debt was incurred  **6/10/2022**

Last 4 digits of account number  **8400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,552.67**

**Ryan Bouchard**
**1Davis Rd**
**Bedford, MA 01730**

Date(s) debt was incurred  **5/24/2022**

Last 4 digits of account number  **1540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Ryan Busha**
**12621 W 145th St**
**OLATHE, KS 66062**

Date(s) debt was incurred  **10/28/2021**

Last 4 digits of account number  **3300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,444.74**

**Ryan Esteves**
**2904 West Bay Villa Ave**
**Tampa, FL 33611**

Date(s) debt was incurred  **4/22/2022**

Last 4 digits of account number  **9001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$337.40**

**Ryan Fuller**
**2012 Indian Road W**
**Hopkins, MN 55305**

Date(s) debt was incurred  **5/14/2022**

Last 4 digits of account number  **3800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.832** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,286.93**

Ryan Hatch
1231 Weil St.
Billings, MT 59101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/6/2022**

Basis for the claim: _

Last 4 digits of account number  **0000**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.833** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Ryan Lay
6300 Cunningham Lake Road
BRGHTON, MI 48116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/24/2022**

Basis for the claim: _

Last 4 digits of account number  **6702**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.834** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,574.98**

Ryan Lay
6300 Cunningham Lake Road
BRGHTON, MI 48116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/28/2022**

Basis for the claim: _

Last 4 digits of account number  **6704**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.835** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,523.63**

Saheb Singh
22426 Annepe Way
CHATSWORTH, CA 91311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/3/2022**

Basis for the claim: _

Last 4 digits of account number  **7400**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.836** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Salvatore Taddeo
1905 woodside lane
VIRGINIA BEACH, VA 23454

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/15/2020**

Basis for the claim: _

Last 4 digits of account number  **1500**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.837** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Sam Chiarappa
1340 East Archwood
Akron, OH 44306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/13/2017**

Basis for the claim: _

Last 4 digits of account number  **0600**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.838** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Sam Evans
1180 E. Opus Street
BOISE, ID 83716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2022**

Basis for the claim: _

Last 4 digits of account number  **4202**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,730.28** |
|---|---|---|---|

**Sam Evans**
**1180 E. Opus Street**
**BOISE, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/29/2021

Basis for the claim: _

Last 4 digits of account number  4200

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sam Huttenbauer**
**3523 Paxton Rd**
**CINCINNATI, OH 45208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/11/2018

Basis for the claim: _

Last 4 digits of account number  9200

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,732.90** |
|---|---|---|---|

**Sam Swannie Mechanical**
**4540 Buford Highway Suite 100**
**Northcross, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/9/2022

Basis for the claim: _

Last 4 digits of account number  0700

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,913.78** |
|---|---|---|---|

**Samuel Rosenberg**
**2318 Moretown Common Road**
**MORETOWN, VT 05660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/31/2022

Basis for the claim: _

Last 4 digits of account number  5000

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.98** |
|---|---|---|---|

**Sandra Landers**
**1034 Portway Dr**
**UNINCORPORATED, OH 45255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/12/2022

Basis for the claim: _

Last 4 digits of account number  2700

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147.25** |
|---|---|---|---|

**Sarah Harty**
**240 Old Cart Way**
**N ANDOVER, MA 01845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/11/2021

Basis for the claim: _

Last 4 digits of account number  3600

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.20** |
|---|---|---|---|

**Sarah Shepherd**
**Heights House Hotel**
**308 s boylan Ave.**
**RALEIGH, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/10/2022

Basis for the claim: _

Last 4 digits of account number  3600

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Saratoga Construction**
**Todd Norris**
**515 Seneca Green Way**
**GREAT FALLS, VA 22066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/18/2020

**Basis for the claim:** _

Last 4 digits of account number  8101

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,276.49 |
|---|---|---|---|

**Sawyer's Specialties**
**Alexi van Heerden**
**353 Main St.**
**SOUTHWEST HARBOR, ME 04679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/4/2022

**Basis for the claim:** _

Last 4 digits of account number  1900

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SCOTT A STEWART**
**2914 Attleboro Road**
**SHAKER HEIGHTS, OH 44120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/9/2020

**Basis for the claim:** _

Last 4 digits of account number  5620

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Colby**
**Bespoke Homes, LLC**
**555 Northland Dr NE**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/26/2022

**Basis for the claim:** _

Last 4 digits of account number  1310

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,750.00 |
|---|---|---|---|

**Scott Gazelle**
**36 Amsbury St.**
**ROCKPORT, ME 04856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/28/2022

**Basis for the claim:** _

Last 4 digits of account number  4500

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,750.00 |
|---|---|---|---|

**Scott Gazelle**
**36 Amsbury St.**
**Rockport, ME 04856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/28/2022

**Basis for the claim:** _

Last 4 digits of account number  4580

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Haulsee**
**Homewrith Const. LLC**
**285 West Pensalvania Ave**
**SOUTHERN PINES, NC 28387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/22/2021

**Basis for the claim:** _

Last 4 digits of account number  0700

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.853** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$380.00**

**Scott Holt**
**2222 W. 17th St**
**WILMINGTON, DE 19806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2022**

Basis for the claim:  _

Last 4 digits of account number  **1201**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.854** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,478.70**

**Scott Hudson**
**2239 FM 3432**
**ADKINS, TX 78101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/9/2022**

Basis for the claim:  _

Last 4 digits of account number  **7700**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.855** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,355.51**

**Scott Kettlewell**
**1699 Saint Jude Ct.**
**GENEVA, IL 60134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/3/2022**

Basis for the claim:  _

Last 4 digits of account number  **6300**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.856** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,115.00**

**Scott May**
**6115 Robbs Drive**
**CUMMING, GA 30041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/16/2022**

Basis for the claim:  _

Last 4 digits of account number  **7701**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.857** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Scott Norman**
**6916 Poulsen Lane**
**FAIR HOPE, AL 36532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/15/2022**

Basis for the claim:  _

Last 4 digits of account number  **9200**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.858** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114.88**

**Sean Barlow**
**260 East Desert Rose Drive**
**HENDERSON, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/6/2022**

Basis for the claim:  _

Last 4 digits of account number  **1500**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.859** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$88.39**

**Sean Luong**
**8904 Isabella Circle**
**Parrish, FL 34219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/22/2022**

Basis for the claim:  _

Last 4 digits of account number  **4600**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,801.15** |
|---|---|---|---|

**Sean Razee**
**40 W Rawhide Rd.**
**EDWARDS, CO 81632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2022

Basis for the claim: _

Last 4 digits of account number  5203

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$325.61** |
|---|---|---|---|

**SEKO WorldWide LLC**
**PO Box 71141**
**Chicago, IL 60694-1141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/4/2022

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,244.13** |
|---|---|---|---|

**Serena Schewalle-Belle Poinit**
**1863 W Main St.**
**W Jefferson, OH 43162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/16/2022

Basis for the claim: _

Last 4 digits of account number  9112,3

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Service Star Cooling CORP**
**Angelo Digorio**
**1275 Bloomfield Ave. Buiding**
**FAIRFIELD, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/3/2021

Basis for the claim: _

Last 4 digits of account number  9000

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Servicemark**
**John Romano**
**489 Shoemaker Rd STE#10**
**KING OF PRUSSIA, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2/2017

Basis for the claim: _

Last 4 digits of account number  9600

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SG Heating and Air Conditioning LLC**
**Scott Greiff**
**50 Cunningham Ave.**
**HAMILTON, NJ 08610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/24/2021

Basis for the claim: _

Last 4 digits of account number  0300

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sharon Reinecke**
**8612 Blue Ash Road**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.867**

**Nonpriority creditor's name and mailing address**

**Sharon Ridley**
**2914 W Brook Lane**
**BOWIE, MD 20720**

Date(s) debt was incurred **3/23/2022**

Last 4 digits of account number **2400**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,000.00**

---

**3.868**

**Nonpriority creditor's name and mailing address**

**Sharon Ritchey**
**1010 Mill Ridge**
**GREENSBORO, GA 30642**

Date(s) debt was incurred **9/30/2020**

Last 4 digits of account number **9901**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.869**

**Nonpriority creditor's name and mailing address**

**Shashank  Shastry**
**19734 Edina Lane**
**SARATOGA, CA 95070**

Date(s) debt was incurred **6/9/2022**

Last 4 digits of account number **6700**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$368.71**

---

**3.870**

**Nonpriority creditor's name and mailing address**

**Shelie Johnson**
**408 Bent Creek Cove**
**ARGYLE, TX 76226**

Date(s) debt was incurred **4/25/2022**

Last 4 digits of account number **2300**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,296.27**

---

**3.871**

**Nonpriority creditor's name and mailing address**

**Sherri**
**107 North Eagle**
**Naperville, IL 60540**

Date(s) debt was incurred **3/10/2022**

Last 4 digits of account number **6250**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,125.74**

---

**3.872**

**Nonpriority creditor's name and mailing address**

**Sherwin Williams Co.- CST Collections**
**PO Box 33127**
**Louoisville, KY 40232-3127**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$52,689.44**

---

**3.873**

**Nonpriority creditor's name and mailing address**

**Shields Fine Wine**
**Josh Shields**
**100 A Washington St.**
**CANTON, MA 02021**

Date(s) debt was incurred **2/28/2020**

Last 4 digits of account number **4602**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.874**

**Nonpriority creditor's name and mailing address**
Silco
10765 Medallion Dr.
Cincinnati, OH 45241

Date(s) debt was incurred  4/22/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,206.01**

---

**3.875**

**Nonpriority creditor's name and mailing address**
Simon Wignall
279 Foreside Rd.
FALMOUTH, ME 04105

Date(s) debt was incurred  8/12/2021

Last 4 digits of account number  3900

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.876**

**Nonpriority creditor's name and mailing address**
Siobhan Miller
1905 Channel Points Lane
VIRGINIA BEACH, VA 23454

Date(s) debt was incurred  9/23/2020

Last 4 digits of account number  7800

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.877**

**Nonpriority creditor's name and mailing address**
Sloan Lehman
135 W Colorado Ave
Teeluride, CO 81435

Date(s) debt was incurred  3/25/2022

Last 4 digits of account number  3501

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,667.22**

---

**3.878**

**Nonpriority creditor's name and mailing address**
Slowomior Nurzynski
Sennebec Lake Camp
100 Lodge Lane
Appleton, ME 04862

Date(s) debt was incurred  5/17/2022

Last 4 digits of account number  9400

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$373.87**

---

**3.879**

**Nonpriority creditor's name and mailing address**
Small's Hardware
3535 Harrison
Cincinnati, OH 45211

Date(s) debt was incurred  5/12/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$35.88**

---

**3.880**

**Nonpriority creditor's name and mailing address**
Smith Mechanical
Anita Smith
5223 Grovemont Dr.
ELKRIDGE, MD 21075

Date(s) debt was incurred  9/2/2021

Last 4 digits of account number  0900

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.881** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$462.05**

**Snkanth Keesara**
**50 Sawyers Lane**
**Tewksbury, MA 01876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2/2022

Basis for the claim: _

Last 4 digits of account number  2600

Is the claim subject to offset? ■ No ☐ Yes

---

**3.882** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sobieski Mechanical**
**Matt Salmon**
**Old Arch Rd.**
**Norristown, PA 19401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/4/2021

Basis for the claim: _

Last 4 digits of account number  9501

Is the claim subject to offset? ■ No ☐ Yes

---

**3.883** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sobieski Mechanical**
**George Bowersox**
**1325 Old Cooch's Bridge Rd.**
**NEWARK, DE 19713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/12/2021

Basis for the claim: _

Last 4 digits of account number  6500

Is the claim subject to offset? ■ No ☐ Yes

---

**3.884** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Socal homes builders Inc.**
**Sharon Gabay**
**7618 Woodman Ave.**
**Unit 21**
**Panorama City, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/28/2022

Basis for the claim: _

Last 4 digits of account number  5400

Is the claim subject to offset? ■ No ☐ Yes

---

**3.885** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$644.06**

**Soni Singh**
**100 S Conrie Ave**
**Johnstone, NY 12095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/12/2022

Basis for the claim: _

Last 4 digits of account number  2600

Is the claim subject to offset? ■ No ☐ Yes

---

**3.886** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sonoma Wine Rooms**
**Paul and Shellie Mallory**
**282 Lakeview Rd.**
**MOCKSVILLE, NC 27028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/21/2020

Basis for the claim: _

Last 4 digits of account number  8000

Is the claim subject to offset? ■ No ☐ Yes

---

**3.887** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sonu Kalra**
**4 Flethcer Steele Way**
**Milton, MA 02186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/3/2022

Basis for the claim: _

Last 4 digits of account number  1310

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.888** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Springer Brothers HVAC**
**Harry Esguerra**
**412 Dixie Hwy**
**AUBURNDALE, FL 33823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/22/2020**

**Basis for the claim: _**

Last 4 digits of account number **7200**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.889** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $561.82

**Stacey Bruckler**
**3040  Cr Re. 202**
**Burnet, TX 78611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/16/2022**

**Basis for the claim: _**

Last 4 digits of account number **6800**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.890** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Stack Heating**
**Bryan Stack**
**37520 Colorado Ave.**
**AVON, OH 44011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/10/2022**

**Basis for the claim: _**

Last 4 digits of account number **7100**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.891** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Stacy Heating and Air Solutions**
**Kayla**
**433 Lyness Ave.**
**HARRISON, OH 45030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/30/2020**

**Basis for the claim: _**

Last 4 digits of account number **7400**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.892** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.49

**Stan Fain**
**160 Stones Edge Drive**
**MONTGOMERY, TX 77356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/13/2022**

**Basis for the claim: _**

Last 4 digits of account number **1500**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.893** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00

**Stan Lo**
**70 Eagle Chase**
**WOODBURY, NY 11797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/17/2022**

**Basis for the claim: _**

Last 4 digits of account number **1501**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.894** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Stanley Best Heating and Air**
**Tim**
**603 Calderwood HWY**
**MARYVILLE, TN 37801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/13/2020**

**Basis for the claim: _**

Last 4 digits of account number **4800**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,010.00** |
|---|---|---|---|

**Star Packaging & Distribution, LLC**
**6711 Fox Hunt Court**
**West Chester, OH 45069**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,146.62** |
|---|---|---|---|

**Star-Bond Inc.**
**6711 Fox Hunt Court**
**West Chester, OH 45069**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,889.62** |
|---|---|---|---|

**State Auto Insurance Companies**
**PO Box 776721**
**Chicago, IL 60677-6721**

Date(s) debt was incurred **8/12/2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stefanie Schmitter**
**2011 Edenderry Drive**
**COVINGTON, KY 41017**

Date(s) debt was incurred **10/25/2018**

Last 4 digits of account number **8700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STEKETEE CONSTRUCTION INC**
**14156 Skylark Dr.**
**Apt 521**
**INDIANAPOLIS, IN 46240**

Date(s) debt was incurred **7/27/2017**

Last 4 digits of account number **2576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.40** |
|---|---|---|---|

**Stephen  Roti**
**374 Broome St. Apt 4N**
**New York, NY 10013**

Date(s) debt was incurred **6/21/2021**

Last 4 digits of account number **6600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$483.85** |
|---|---|---|---|

**Stephen Brown**
**53266 Hidden River Dr.**
**SOUTH LYON, MI 48178**

Date(s) debt was incurred **5/24/2022**

Last 4 digits of account number **8300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

**3.902**

Nonpriority creditor's name and mailing address
**STEPHEN DANCA**
**11 OLD PLANTERS RD**
**BEVERLY, MA 01915**

Date(s) debt was incurred  10/21/2021

Last 4 digits of account number  2800

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.903**

Nonpriority creditor's name and mailing address
**Stephen K Denny INC**
**Stevie Sanders**
**406 Commerce Way**
**JUPITER, FL 33458**

Date(s) debt was incurred  12/17/2020

Last 4 digits of account number  6400

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.904**

Nonpriority creditor's name and mailing address
**Stephen Lang**
**1350 49th Ave.**
**Capitola, CA 95010**

Date(s) debt was incurred  6/9/2022

Last 4 digits of account number  8200

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$940.00

---

**3.905**

Nonpriority creditor's name and mailing address
**Stephen Lee**
**7460 Demar Rd.**
**INDIAN HILL, OH 45243**

Date(s) debt was incurred  3/6/2020

Last 4 digits of account number  1300

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.906**

Nonpriority creditor's name and mailing address
**STEPHEN PANNELL**
**1026 BRICKHOUSE FARM LANE**
**NEWTOWN SQUARE, PA 19073**

Date(s) debt was incurred  9/5/2019

Last 4 digits of account number  3200

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.907**

Nonpriority creditor's name and mailing address
**Stephen Pannell**
**1026 Brickhouse Farm**
**Newtown Square, PA 19073**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.908**

Nonpriority creditor's name and mailing address
**STEPHEN SWEENY**
**1472 Willard st**
**SAN FRANCISCO, CA 94117**

Date(s) debt was incurred  5/31/2022

Last 4 digits of account number  1600

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$115.14

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.909**

**Nonpriority creditor's name and mailing address**

**steve + filip design**
**Filip Malyszko**
**3827 N Hamilton Ave.**
**CHICAGO, IL 60612**

Date(s) debt was incurred  **4/27/2022**

Last 4 digits of account number  **7702**

As of the petition filing date, the claim is: Check all that apply.                                    **$716.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.910**

**Nonpriority creditor's name and mailing address**

**Steve Hudburg**
**6109 Waterscape Bay**
**Edmond, OK 73013**

Date(s) debt was incurred  **1/7/2021**

Last 4 digits of account number  **0200**

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.911**

**Nonpriority creditor's name and mailing address**

**Steve Jeriorowski**
**Cousins Air inc**
**3300 SW 15th St.**
**DEERFIELD BCH, FL 33442**

Date(s) debt was incurred  **6/7/2022**

Last 4 digits of account number  **1600**

As of the petition filing date, the claim is: Check all that apply.                                    **$1,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.912**

**Nonpriority creditor's name and mailing address**

**Steve McCreary**
**2117 Cherokee Parkway**
**Louisville, KY 40204**

Date(s) debt was incurred  **5/18/2022**

Last 4 digits of account number  **9813**

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.913**

**Nonpriority creditor's name and mailing address**

**Steve McGraw**
**Biggs Construction**
**343 West Main Street**
**Lake Leelanau, MI 49653**

Date(s) debt was incurred  **4/28/2022**

Last 4 digits of account number  **1900**

As of the petition filing date, the claim is: Check all that apply.                                    **$2,666.39**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.914**

**Nonpriority creditor's name and mailing address**

**Steve Phillips**
**3009 NW Colonial Drive**
**Bend, OR 97703**

Date(s) debt was incurred  **5/31/2022**

Last 4 digits of account number  **3700**

As of the petition filing date, the claim is: Check all that apply.                                    **$602.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.915**

**Nonpriority creditor's name and mailing address**

**Steven Brooks**
**13611 Belvedere Drive**
**SOMERSET, VA 22972**

Date(s) debt was incurred  **6/27/2019**

Last 4 digits of account number  **7400**

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**                                      Case number (if known)   **1:22-bk-11315**
_____                                                      _____
Name

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Steven Katz**
**2625 S Brentwood Rlvd**
**SAINT LOUIS, MO 63112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/4/2022**

Basis for the claim:  _

Last 4 digits of account number  **1200**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**STEVEN PRICE**
**14992 Quince Court**
**THORNTON, CO 80602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/8/2022**

Basis for the claim:  _

Last 4 digits of account number  **2700**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Stewart Lavelle**
**723 Mangrove Point Rd.**
**SARASOTA, FL 34242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/29/2021**

Basis for the claim:  _

Last 4 digits of account number  **2602**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,990.06 |

**Stokkers and Company**
**Gina Egidio**
**26 Van Wyck Lane**
**HUNTINGTON, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/9/2022**

Basis for the claim:  _

Last 4 digits of account number  **0200**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Strada Services**
**Joe Strada**
**3400 St. Johns Parkway**
**Sanford, FL 32771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2022**

Basis for the claim:  _

Last 4 digits of account number  **7000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,069.28 |

**Sugar Beet Food Coop General Manage**
**812 W madson ST.**
**Oak Park, IL 60302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2/2022**

Basis for the claim:  _

Last 4 digits of account number  **3200**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Summit Airworks**
**Chris Fuselier**
**4223 Duluth Ave.**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/7/2020**

Basis for the claim:  _

Last 4 digits of account number  **0900**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Summit Services**
**Trey Layman**
**4454 Blufton Park Cresent**
**Bluffton, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/7/2021__

**Basis for the claim:** _

Last 4 digits of account number  __6600__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sunrise Liquor**
**Urvish Patel**
**10057 B Sunset Strip**
**SUNRISE, FL 33322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/22/2020__

**Basis for the claim:** _

Last 4 digits of account number  __7801__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.925 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Superior Remodeling**
**Yakov Valk**
**25766 Skye Ct.**
**FARMINGTON, MI 48336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/3/2021__

**Basis for the claim:** _

Last 4 digits of account number  __6600__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.926 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,012.24 |
|---|---|---|---|

**Supply Post Business Products**
**11365 Deerfield Rd.**
**Blue Ash, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Various__

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $779.84 |
|---|---|---|---|

**SUSAN SANTIAGO**
**429 W Ohio St.**
**Storage Unit Owner**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __5/15/2022__

**Basis for the claim:** _

Last 4 digits of account number  __2800__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Swann Mechanical Services LLC**
**Tyson Swann**
**3109 Carter Circle Suite B**
**KENNESAW, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __9/17/2020__

**Basis for the claim:** _

Last 4 digits of account number  __5800__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Symmetry Construction**
**Sean Wayda**
**118 W Hatcher Rd.**
**PHOENIX, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __5/26/2022__

**Basis for the claim:** _

Last 4 digits of account number  __7601__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.930** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,725.58**

**Tai Tu**
**13431 Campus Dr.**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/12/2022**

Basis for the claim: _

Last 4 digits of account number **6531**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.931** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,927.75**

**Team Air Express, Inc**
**PO Box 733886**
**Dallas, TX 75373-3886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.932** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Team Bobs**
**Pat Harrison**
**1797 Park Dr.**
**TRAVERSE CITY, MI 49686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/1/2021**

Basis for the claim: _

Last 4 digits of account number **9000**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.933** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,349.13**

**Team Ocean Services, Inc.**
**PO Box 733886**
**Dallas, TX 75373-3886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.934** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**temperature Control**
**Frank Demary**
**11197 Leadbetter Rd.**
**ASHLAND, VA 23005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/23/2020**

Basis for the claim: _

Last 4 digits of account number **3801**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.935** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Temperature Control Service**
**Frank Demary**
**11197 Leadbetter Rd.**
**ASHLAND, VA 23005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/28/2021**

Basis for the claim: _

Last 4 digits of account number **3822**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.936** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Teresa Clark**
**The Clark Inn**
**11834 Colerain**
**Cincinnati, OH 45252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/31/2022**

Basis for the claim: _

Last 4 digits of account number **9100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.937** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$237.49**

**Terroir - A Place for Wine**
**Andrew Wilt**
**9225 Garland Rd. Suite 2120**
**Dallas, TX 75218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/13/2022**

Basis for the claim: _

Last 4 digits of account number  **3300**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.938** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**THE AC GUYS INC**
**Johnny Wynn**
**100 Peachtree St**
**ST. SIMONS ISLAND, GA 31522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/25/2020**

Basis for the claim: _

Last 4 digits of account number  **6800**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.939** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**THE AC GUYS INC**
**Johnny Wynn**
**100 Peechtree St.**
**ST. SIMONS ISLAND, GA 31522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2021**

Basis for the claim: _

Last 4 digits of account number  **1900**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.940** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,244.13**

**The Belle Point Company**
**Serena Schwallie**
**720 A Lakeview Plaza Blvd**
**WORTHINGTON, OH 43085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/16/2022**

Basis for the claim: _

Last 4 digits of account number  **8902,3**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.941** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,927.39**

**The Rouge**
**Robert Koontz**
**7939 Arapahoe Rd. STE190**
**GREENWOOD VILLAGE, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/7/2022**

Basis for the claim: _

Last 4 digits of account number  **0700**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.942** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$173,506.66**

**The Wine Enthusiast**
**Dino Sapienza**
**200 Summit Lake Dr. 4th**
**VALHALLA, NY 10595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/25/2022**

Basis for the claim: _

Last 4 digits of account number  **5000**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.943** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$769.22**

**Thea Richardson**
**Davis Builders**
**2304 Potomac Drive**
**HOUSTON, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/13/2022**

Basis for the claim: _

Last 4 digits of account number  **9000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.944**

**Nonpriority creditor's name and mailing address**

**Theresa Nelson**
**2890 ZIEGLE Avenue**
**HYDE PARK, OH 45208**

Date(s) debt was incurred  **8/22/2020**

Last 4 digits of account number  **0600**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.945**

**Nonpriority creditor's name and mailing address**

**Thomas Betty**
**22680 Douglas Rd.**
**Shaker Heights, CA 44122**

Date(s) debt was incurred  **5/6/2022**

Last 4 digits of account number  **3000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$802.85

---

**3.946**

**Nonpriority creditor's name and mailing address**

**Thomas Foreman**
**Solum Const.**
**9429 Double Diamond park**
**RENO, NV 89521**

Date(s) debt was incurred  **9/15/2021**

Last 4 digits of account number  **8300**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.947**

**Nonpriority creditor's name and mailing address**

**Thomas Manufacturing**
**414 South Cherokee Street**
**PO Box 39**
**Girard, KS 66743**

Date(s) debt was incurred  **6/17/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$799.22

---

**3.948**

**Nonpriority creditor's name and mailing address**

**Thomas Roy**
**16811 Gypsy Red Dr**
**CYPRESS, TX 77433**

Date(s) debt was incurred  **6/13/2022**

Last 4 digits of account number  **5200**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$11.56

---

**3.949**

**Nonpriority creditor's name and mailing address**

**Tim Couch**
**3041 Brookmonte Lane**
**LEXINGTON, KY 40515**

Date(s) debt was incurred  **9/15/2020**

Last 4 digits of account number  **5600**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.950**

**Nonpriority creditor's name and mailing address**

**Tim Hawk**
**20 Walnut Lane**
**DAYTON, OH 45419**

Date(s) debt was incurred  **6/21/2018**

Last 4 digits of account number  **5671**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.951**

**Nonpriority creditor's name and mailing address**

**Tim Matthews**
**930 Osprey Point Lane**
**KNOXVILLE, TN 37922**

Date(s) debt was incurred  **4/27/2022**

Last 4 digits of account number  **6501**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,923.71**

---

**3.952**

**Nonpriority creditor's name and mailing address**

**Timothy Patton SR**
**8910 Maplebrook Road**
**RANDALLSTOWN, MD 21133**

Date(s) debt was incurred  **4/29/2022**

Last 4 digits of account number  **6500**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$499.61**

---

**3.953**

**Nonpriority creditor's name and mailing address**

**Timothy Wagner**
**4013 Tuelumne**
**Santa Rosa, CA 95405**

Date(s) debt was incurred  **4/25/2022**

Last 4 digits of account number  **4700**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,796.10**

---

**3.954**

**Nonpriority creditor's name and mailing address**

**Tire Station Inc.**
**Tyler Sugihara**
**13025 Cerise Ave.**
**Hawthorne, CA 90250**

Date(s) debt was incurred  **3/10/2022**

Last 4 digits of account number  **5100**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.955**

**Nonpriority creditor's name and mailing address**

**Tish Szurek**
**4 Fen Way**
**ASHEVILLE, NC 28803**

Date(s) debt was incurred  **6/8/2022**

Last 4 digits of account number  **5503**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,529.94**

---

**3.956**

**Nonpriority creditor's name and mailing address**

**Todd Lemons**
**2275 Michael Faraday Dr. Suite 6**
**SAN DIEGO, CA 92154**

Date(s) debt was incurred  **3/8/2022**

Last 4 digits of account number  **4500**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,022.54**

---

**3.957**

**Nonpriority creditor's name and mailing address**

**Todd Ogden**
**16611 Chagrin Blvd**
**Dept #2041388 50-1**
**Cleveland, OH 44120**

Date(s) debt was incurred  **5/12/2022**

Last 4 digits of account number  **9000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$355.84**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number *(if known)* | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

---

**3.958**

**Nonpriority creditor's name and mailing address**
**TOM HUTCHINSON**
**4201 CENTRAL AVENUE**
**SEA ISLE CITY, NJ 08243**

Date(s) debt was incurred **7/10/2018**

Last 4 digits of account number **0011**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.959**

**Nonpriority creditor's name and mailing address**
**Tom John**
**Dykes Foodservice Solutions, Inc.**
**9917 Charles Park Dr.**
**Westchester, OH 45069**

Date(s) debt was incurred **5/26/2022**

Last 4 digits of account number **9200**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,454.00**

---

**3.960**

**Nonpriority creditor's name and mailing address**
**Tomi Cellars**
**Boyd Shermis**
**140 Industrial Way Suite #D2**
**Calabasas, CA 91302**

Date(s) debt was incurred **5/23/2022**

Last 4 digits of account number **7300**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$472.87**

---

**3.961**

**Nonpriority creditor's name and mailing address**
**Tomislav Rovis**
**238 W**
**108th St. #3**
**Scarsdale, NY 10025**

Date(s) debt was incurred **6/7/2022**

Last 4 digits of account number **4000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$838.25**

---

**3.962**

**Nonpriority creditor's name and mailing address**
**Tony Clayton**
**3741 La Highway 1 S**
**PORT ALLEN, LA 70767**

Date(s) debt was incurred **6/3/2022**

Last 4 digits of account number **1400**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,000.00**

---

**3.963**

**Nonpriority creditor's name and mailing address**
**Tony Lafrenier**
**6116 New Nashville Hwy**
**MURFREESBORO, TN 37129**

Date(s) debt was incurred **7/2/2020**

Last 4 digits of account number **0501**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.964**

**Nonpriority creditor's name and mailing address**
**Tony Re**
**27015 trinity woods**
**SAN ANTONIO, TX 78261**

Date(s) debt was incurred **4/22/2022**

Last 4 digits of account number **8200**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$165.60**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.965**

**Nonpriority creditor's name and mailing address**
Tony Reaves
3150 Habersham Rd
Atlanta, Ga 30305

Date(s) debt was incurred  **2/17/2022**

Last 4 digits of account number  **8693**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$54,063.52**

---

**3.966**

**Nonpriority creditor's name and mailing address**
Total Office Source
4766 4766 Dues Drive #8
Cincinnati, OH 45246

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$577.76**

---

**3.967**

**Nonpriority creditor's name and mailing address**
Towne Mechanical Contractors
Mike Warner
1270 McCook Ave.
Dayton, OH 45404

Date(s) debt was incurred  **5/5/2021**

Last 4 digits of account number  **3000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.968**

**Nonpriority creditor's name and mailing address**
tpq foods
Omar Alvarerz
2101 N 24th St.
PHOENIX, AZ 85008

Date(s) debt was incurred  **12/17/2020**

Last 4 digits of account number  **3302**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.969**

**Nonpriority creditor's name and mailing address**
Tracey Millham
750 W Broadway
JACKSON, WY 83001

Date(s) debt was incurred  **4/25/2022**

Last 4 digits of account number  **7400**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,100.00**

---

**3.970**

**Nonpriority creditor's name and mailing address**
Traci Matinex
250 West  Spring St. Unit 523
Columbus, OH 43215

Date(s) debt was incurred  **4/1/2022**

Last 4 digits of account number  **5131,32**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$27,737.46**

---

**3.971**

**Nonpriority creditor's name and mailing address**
Tragil Wade
3902 Pinesbury Dr.
Addicks Barker, TX 77084

Date(s) debt was incurred  **5/17/2022**

Last 4 digits of account number  **2400**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,006.90**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|---|

Name

---

**3.972** Nonpriority creditor's name and mailing address

**Travis Lackey**
**5143 Riverview Rd NW**
**SANDY SPRINGS, GA 30327**

Date(s) debt was incurred **6/18/2020**

Last 4 digits of account number **4704**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.973** Nonpriority creditor's name and mailing address

**Travis Weston**
**19509 Wheelbarrow Bend**
**LOXAHATCHEE, FL 33470**

Date(s) debt was incurred **5/18/2022**

Last 4 digits of account number **2300**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$454.78**

---

**3.974** Nonpriority creditor's name and mailing address

**Triplett LLC**
**Rod Triplett**
**2436 Sterling Point Dr.**
**PORTSMOUTH, VA 23703**

Date(s) debt was incurred **5/12/2022**

Last 4 digits of account number **3600**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.975** Nonpriority creditor's name and mailing address

**Tripp Pace**
**Alfred Pace**
**99 Evelyn Rd.**
**NEEDHAM, MA 02492**

Date(s) debt was incurred **4/21/2022**

Last 4 digits of account number **5000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,000.00**

---

**3.976** Nonpriority creditor's name and mailing address

**Tualatin Liquor**
**VANCE Burghard**
**19265 SW Martinazzi Ave.**
**TUALATIN, OR 97062**

Date(s) debt was incurred **4/17/2022**

Last 4 digits of account number **2300**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,672.34**

---

**3.977** Nonpriority creditor's name and mailing address

**Tyler Vanderweele**
**65 Hammond St.**
**CHESTNUT HILL, MA 02467**

Date(s) debt was incurred **5/13/2022**

Last 4 digits of account number **6301**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,366.33**

---

**3.978** Nonpriority creditor's name and mailing address

**ULINE SHIPPING SUPPLY SPECIALIST**
**PO Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,777.27**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.979** | Nonpriority creditor's name and mailing address
**Ultimizers, Inc.**
**28380 S,E, Stone Rd.**
**Poring, OR 97009**

Date(s) debt was incurred **Various**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

**$2,940.08**

---

**3.980** | Nonpriority creditor's name and mailing address
**Umana HVAC CORP.**
**Herber Umana**
**54 Gateway East Dr.**
**RIVERHEAD, NY 11901**

Date(s) debt was incurred **6/10/2021**

Last 4 digits of account number **8900**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.981** | Nonpriority creditor's name and mailing address
**United Refrigeration**
**Jim Muir**
**581 West Town St.**
**COLUMBUS, OH 43215**

Date(s) debt was incurred **10/26/2017**

Last 4 digits of account number **9562**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.982** | Nonpriority creditor's name and mailing address
**United Refrigeration Service**
**Jim Muir**
**2832 Fisher Rd.**
**COLUMBUS, OH 43204**

Date(s) debt was incurred **3/3/2021**

Last 4 digits of account number **2000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.983** | Nonpriority creditor's name and mailing address
**University of Illinois**
**Jackie Szymoniak**
**2560 Stonecreek Blvd.**
**Urbana, IL 61820**

Date(s) debt was incurred **4/19/2022**

Last 4 digits of account number **0801**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

**$9,192.71**

---

**3.984** | Nonpriority creditor's name and mailing address
**Upward Projects**
**Aaron Kimberlin**
**3443 N Central Ave.**
**PHOENIX, AZ 85012**

Date(s) debt was incurred **4/26/2022**

Last 4 digits of account number **6700**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

**$14,979.66**

---

**3.985** | Nonpriority creditor's name and mailing address
**Urban Green Remodeling**
**Rick  Dir**
**19455 SW Tualsesaum Pl.**
**TUALATIN, OR 97062**

Date(s) debt was incurred **6/10/2022**

Last 4 digits of account number **9500**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

**$488.00**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,175.50** |

**valley installation**
**jose m garcia**
**93 S 1600 W**
**PROVO, UT 84601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/3/2022

**Basis for the claim:** _

Last 4 digits of account number  4200

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Van Natta Mechanical Services**
**Dan Noriega**
**26 Whitney Rd.**
**MAHWAH, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/13/2020

**Basis for the claim:** _

Last 4 digits of account number  9700

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,549.24** |

**Verizon**
**PO Vox 468810**
**Newark, NJ 07101-6810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  686262899-00001

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$607.35** |

**Vernon Voigt**
**310 GREENLEAF AVE**
**WILMETTE, IL 60091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/24/2022

**Basis for the claim:** _

Last 4 digits of account number  2200

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Vic McMurray**
**17938 Augusta Pointe Ct.**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/8/2021

**Basis for the claim:** _

Last 4 digits of account number  0403

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Vicky Murphy**
**202 Foundry**
**Daniel island, SC 29492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2022

**Basis for the claim:** _

Last 4 digits of account number  7043

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,999.00** |

**Vintage Cellars**
**904 Rancheros Dr.**
**SAN MARCOS, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/21/2022

**Basis for the claim:** _

Last 4 digits of account number  4720

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.993** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$142.47**

**Violet  Emmanuel**
**107 01101 Avenue  ozone park queens New**
**OZONE PARK, NY 11416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/22/2022**

Basis for the claim: _

Last 4 digits of account number  **4300**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.994** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Wallace Residence**
**Tim Zitt**
**6230 Hawk Ridge**
**LOVELAND, OH 45243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/2020**

Basis for the claim: _

Last 4 digits of account number  **1600**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.995** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Wansley Refrigeration**
**Mickey Rocco**
**4111 Guadalupe**
**AUSTIN, TX 78751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/25/2020**

Basis for the claim: _

Last 4 digits of account number  **0200**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.996** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,401.86**

**Ward Howes Lyden  Design Group**
**Rebecca Blouin**
**3351 S Highland Dr.**
**LAS VEGAS, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2022**

Basis for the claim: _

Last 4 digits of account number  **6302**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.997** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Wards Air Conditioning**
**John Scott**
**865 Creative Dr.**
**LAKELAND, FL 33813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/12/2022**

Basis for the claim: _

Last 4 digits of account number  **5400**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.998** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45.15**

**WayFair**
**Kayla Aldcroft**
**100 Huntington Avenue**
**4 Copley Place Suite 7000**
**BOSTON, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/17/2022**

Basis for the claim: _

Last 4 digits of account number  **9500**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.999** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00**

**Wayne Garland**
**3281 Ravello**
**703 Creston Rd.**
**Paso Robles, CA 93446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/20/2022**

Basis for the claim: _

Last 4 digits of account number  **2900**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 3.100 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wayne Groff**
**1823 N Hamilton St.**
**RICHMOND, VA 23230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/11/2021

**Basis for the claim:** _

**Last 4 digits of account number** 4400

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wayne paul Corp**
**wayne steck**
**1600 Clelabs Path Ext Suite 10**
**HAUPPAUGE, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/28/2021

**Basis for the claim:** _

**Last 4 digits of account number** 5901

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,631.62** |
|---|---|---|---|

**Wayside liquor inc**
**Brian  Khazal**
**703 Creston Rd.**
**PASO ROBLES, CA 93446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/30/2022

**Basis for the claim:** _

**Last 4 digits of account number** 3800

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,857.96** |
|---|---|---|---|

**Wells Fargo Financial Leasing**
**PO Box 77096**
**Minneapolis, MN 55480-7796**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Various

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.100 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,420.17** |
|---|---|---|---|

**West Coast Wine Cellars, Inc.**
**Casey Enyeart**
**4931 NE 37th Ave.**
**PORTLAND, OR 97211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/13/2022

**Basis for the claim:** _

**Last 4 digits of account number** 8400

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.100 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$93,216.66** |
|---|---|---|---|

**WhisperKOOL Corp**
**1738 EE. Alpine Ave.**
**Stockton, CA 95205-2505**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**  Various

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.100 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$809.06** |
|---|---|---|---|

**Wilhelmus  Anemaat**
**1739 Lake Alvamar Drive**
**Lawrence, KS 66047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/24/2022

**Basis for the claim:** _

**Last 4 digits of account number** 2001

Is the claim subject to offset? ☑ No   ☐ Yes

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.100 7**

**Nonpriority creditor's name and mailing address**

**Wilkerson Preservation**
**1501 Monterey Blvd**
**San Francisco, CA 94127**

Date(s) debt was incurred  2/2/2022

Last 4 digits of account number  5900

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,023.08**

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

**Will Coates**
**17508 E 58th Highway**
**Raymore, MO 64083**

Date(s) debt was incurred  11/5/2020

Last 4 digits of account number  7300

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

**Willamette Valley Vineyards**
**Virtual Folsom**
**Willamette Valley Vineyards**
**824 Sullter St. Suite 200**
**Fulsom, CA 95630**

Date(s) debt was incurred  6/8/2022

Last 4 digits of account number  4500

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,327.48**

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

**William Albanese**
**A & A Construction Management**
**500 Nassau Rd**
**Marco Island, FL 34145**

Date(s) debt was incurred  4/1/2021

Last 4 digits of account number  1920,42,35,36,37

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

**William Brewster**
**Strategic Ventures**
**602 N Overlook Drive**
**Alexandria, VA 22305**

Date(s) debt was incurred  7/15/2020

Last 4 digits of account number  7100

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

**William Shergy**
**1719 East Stonehurst Drive**
**Huntsville, AL 35801**

Date(s) debt was incurred  12/29/2021

Last 4 digits of account number  3900

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

**William Terry**
**Nashville Wine Storage**
**701 Cowan St.**
**NASHVILLE, TN 37209**

Date(s) debt was incurred  **5/2/2022**

Last 4 digits of account number  **2900**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,557.61**

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

**Willis Jones**
**652 Chiswell Ct**
**BRENTWOOD, TN 37027**

Date(s) debt was incurred  **7/27/2017**

Last 4 digits of account number  **6700**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

**Willits Redwood Company**
**222 Franklin Ave.**
**Willets, CA 95490**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$23,126.73**

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

**Wilson Bryant Air Conditioning**
**Chris Wilson**
**866 Harmony Rd.**
**EATONTON, GA 31024**

Date(s) debt was incurred  **4/1/2021**

Last 4 digits of account number  **2000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.101 7**

**Nonpriority creditor's name and mailing address**

**WindMill Beverages**
**John Cutter**
**2931 Point Malored Park Wa**
**Decatir, AL 35603**

Date(s) debt was incurred  **4/19/2022**

Last 4 digits of account number  **6101**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,107.57**

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

**Wine Cellar Company**
**Lisa Weiss**
**7126 Merrimac Dr.**
**MCLEAN, VA 22101**

Date(s) debt was incurred  **6/3/2022**

Last 4 digits of account number  **2700**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,237.41**

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

**Wine Cellar Creations**
**Glen Pickering**
**50 Winter Ct.**
**Whitby, Ontario L1N9Y1**

Date(s) debt was incurred  **3/10/2022**

Last 4 digits of account number  **3400**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

---

**3.102 0**

**Nonpriority creditor's name and mailing address**
**Wine Master Cellars**
**4690 Joliet St.**
**Denver, CO 80239**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$71,511.25**

---

**3.102 1**

**Nonpriority creditor's name and mailing address**
**Wine Not at the Trails**
**Michael Mullins**
**1867 Old Tomoka Road W**
**ORMOND BEACH, FL 32174**

Date(s) debt was incurred  **6/9/2022**

Last 4 digits of account number  **9100**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.102 2**

**Nonpriority creditor's name and mailing address**
**Winsupply**
**James White**
**625  Old Norcross Rd. Suite D**
**Suite D**
**Lawrenceville, GA 30045**

Date(s) debt was incurred  **4/6/2022**

Last 4 digits of account number  **2500**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.102 3**

**Nonpriority creditor's name and mailing address**
**Wright Brothers, Inc**
**19301 Losantiville Rd**
**Cincinnati, OH 45237**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,467.26**

---

**3.102 4**

**Nonpriority creditor's name and mailing address**
**Yakov Valk**
**Superior Remodeling**
**25766 Skye Ct**
**Farmington Hills, MI 48336**

Date(s) debt was incurred  **5/18/2022**

Last 4 digits of account number  **6611**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.102 5**

**Nonpriority creditor's name and mailing address**
**Yelverton Contracting**
**Aldon Yelverton**
**1327 Duplin Rd.**
**RALEIGH, NC 27607**

Date(s) debt was incurred  **4/11/2022**

Last 4 digits of account number  **9101**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,920.06**

---

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|
| | Name | | |

| 3.102 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,121.09 |
|---|---|---|---|

**Yoaz Saar**
**Yore Fine Homes**
**2384 W Lane Ave.**
**COLUMBUS, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/18/2022__

Basis for the claim: _

Last 4 digits of account number __1201__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $117.03 |
|---|---|---|---|

**Yvan Bodart**
**518 Shawmut Avenue, 4**
**BOSTON, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/19/2022__

Basis for the claim: _

Last 4 digits of account number __8500__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $173.93 |
|---|---|---|---|

**ZACHARY GIDEON**
**1903 West 67th Terrace**
**MISSION HILLS, KS 66208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/9/2022__

Basis for the claim: _

Last 4 digits of account number __9700__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zed Francis**
**8237 Greystone Ct.**
**Burr Ridge, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/24/2022__

Basis for the claim: _

Last 4 digits of account number __5500__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zeto**
**Su Peterson**
**325 Battleground Avenue**
**GREENSBORO, NC 27401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/28/2022__

Basis for the claim: _

Last 4 digits of account number __0000__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alan G. Snipes**<br>**Page Scrantom**<br>**Synovus Center, 1111 Bay Avenue, 3rd Fl**<br>**Columbus, GA 31901** | Line __3.370__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Geoffrey Fieger**<br>**19390 West Ten Mile Road**<br>**Southfield, MI 48075** | Line __3.767__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number (if known) | **1:22-bk-11315** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Janice B. Grubin**<br>**Barclay Damon LLP**<br>**1270 Avenue of the Americas, Suite 501**<br>**New York, NY 10020** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Janice B. Grubin**<br>**Barclay Damon LLP**<br>**1270 Avenue of the Americas, Suite 501**<br>**New York, NY 10020** | Line **3.1005**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Janice B. Grubin**<br>**Barclay Damon LLP**<br>**1270 Avenue of the Americas, Suite 501**<br>**New York, NY 10020** | Line **3.1020**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Jonathan W. Jordan**<br>**King & Spalding LLP**<br>**1180 Peachtree Street NE, Suite 1600**<br>**Atlanta, GA 30309** | Line **3.340**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **W. Timothy Miller**<br>**Taft, Stettinius & Hollister LLP**<br>**425 Walnut Street, Suite 1800**<br>**Cincinnati, OH 45202-3957** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **W. Timothy Miller**<br>**Taft, Stettinius & Hollister LLP**<br>**425 Walnut Street, Suite 1800**<br>**Cincinnati, OH 45202-3957** | Line **3.1005**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **W. Timothy Miller**<br>**Taft, Stettinius & Hollister LLP**<br>**425 Walnut Street, Suite 1800**<br>**Cincinnati, OH 45202-3957** | Line **3.1020**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 41,426.32 |
| 5b. Total claims from Part 2 | 5b. + | $ | 5,999,899.95 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,041,326.27 |

**Fill in this information to identify the case:**

Debtor name   **WINE CELLAR INNOVATIONS, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

Case number (if known)   **1:22-bk-11315**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **WINE CELLAR INNOVATIONS, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

Case number (if known)   **1:22-bk-11315**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **James L. Deckebach** | **2493 Erie Avenue Cincinnati, OH 45208** | **Heartland** | ☐ D ____<br>■ E/F   **3.370**<br>☐ G ____ |
| 2.2  **James L. Deckebach** | **2493 Erie Avenue Cincinnati, OH 45208** | **Johnstone Supply** | ☐ D ____<br>■ E/F   **3.498**<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **WINE CELLAR INNOVATIONS, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

Case number (if known) **1:22-bk-11315**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$7,835,653.73** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$13,959,658.26** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$12,028,687.70** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Debtor   **WINE CELLAR INNOVATIONS, LLC**                                    Case number *(if known)* **1:22-bk-11315**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Fed Ex**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250-7461** | **May 27, 2022**<br>**($11,746.89)**<br>**and June 10,**<br>**2022**<br>**($8,108.75)** | **$19,855.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Heartland**<br>**One Heartland Way**<br>**Jeffersonville, IN 47130** | **June 1, 2022**<br>**($30,991.82),**<br>**June 15,**<br>**2022**<br>**($32,318.85),**<br>**and June 16,**<br>**2022**<br>**($7,667,22)** | **$70,977.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Sonoma Wine Access** | **June 2, 2022**<br>**($8,838.75)**<br>**and June 10,**<br>**2022**<br>**($10,485.00)** | **$19,323.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Air Innovations - Wine Guardian**<br>**7000 Performance Drive**<br>**North Syracuse, NY 13212** | **May 27, 2022**<br>**($10,997.24),**<br>**June June**<br>**14, 2022**<br>**($15,114.00),**<br>**and June 14,**<br>**2022**<br>**($18,245.58)** | **$44,356.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Sherwin Williams** | **June 8, 2022** | **$12,921.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Premier Global Transportation**<br>**1252 OH-28**<br>**Milford, OH 45150** | **June 7, 2022** | **$7,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **Vaughn Burger** | **June 6, 2022** | **$11,629.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **WINE CELLAR INNOVATIONS, LLC**                                   Case number *(if known)* **1:22-bk-11315**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.8. | **Tri-State Fabricators, Inc.** <br> **1146 Ferris Road** <br> **Amelia, OH 45102** | **June 14, 2022** | **$12,395.72** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.9. | **American Express-Global Merchant Service** <br> **PO Box 299051** <br> **Ft. Lauderdale, FL 33329-9051** | **May 31, 2022 ($9,690.55), June 6, 2022 ($11,520.90) and June 15, 2022 ($11,930.28)** | **$33,141.73** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other___ |
| 3.10. | **First National Bank of Omaha** <br> **PO Box 2818** <br> **Omaha, NE 68103-2818** | **June 6, 2022 ($10,000.00), June 13, 2022 ($10,000.00), and June 15, 2022 ($178,662.14)** | **$198,662.14** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other___ |
| 3.11. | **Fifth Third Bank** <br> **38 Fountain Square Plaza** <br> **Cincinnati, OH 45202** | **May 25, 2022 ($110,659.95) and June 15, 2022 ($209,711.47)** | **$320,371.42** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.12. | **Wine Master Cellars** <br> **4690 Joliet St.** <br> **Denver, CO 80239** | **May 31, 2022** | **$11,297.11** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.13. | **Paxton Hardwoods** <br> **PO BOX 74007371** <br> **Chicago, IL 60674-7371** | **May 27, 2022** | **$14,311.16** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.14. | **Willits Redwood Company** <br> **222 Franklin Ave.** <br> **Willets, CA 95490** | **May 31, 2022** | **$24,660.04** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.15. | **California Department of  Tax and Fee Ad** <br> **PO Box 942879** <br> **Sacramento, CA 94279-0001** | **May 25, 2022 ($8,000.00) and June 15, 2022 ($31,449.11)** | **$39,449.11** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other___ |

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | | Case number *(if known)* **1:22-bk-11315** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **Georgia Department of Revenue**<br>1800 Century BLVD NE<br>Atlanta, GA 30345 | **June 21, 2022** | **$9,874.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.17. **Duke Energy**<br>PO Box 1094<br>Charlotte, NC 28201-1094 | **June 6, 2022<br>($17,190.91)<br>and July 21, 2022<br>($8,290.83)** | **$25,481.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18. **Moxisoft Solutions**<br>3819 Eastern Avenue<br>Cincinnati, OH 45226 | **July 5, 2022<br>($8,520.00)<br>and July 21, 2022<br>($8,520.00)** | **$17,040.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **James L. Deckebach**<br>2493 Erie Avenue<br>Cincinnati, OH 45208<br>Owner | **August 31, 2021** | **Unknown** | **Transferred ownership of James L. Deckebach #2 LLC to James L. Deckebach.  James L. Deckebach #2 LLC owns certain trademarks used in the Debtor's business.** |
| 4.2. **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **August 26, 2021** | **$7,871.05** | |
| 4.3. **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **September 2, 2021** | **$1,453.10** | |
| 4.4. **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **September 9, 2021** | **$5,487.61** | |
| 4.5. **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **September 16, 2021** | **$14,032.13** | |
| 4.6. **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **September 23, 2021** | **$6,730.33** | |

Debtor   **WINE CELLAR INNOVATIONS, LLC**                                    Case number *(if known)* **1:22-bk-11315**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.7. **Johnstone Supply** 1640 E. Kemper Road Cincinnati, OH 45246 | **September 27, 2021** | **$7,766.21** | |
| 4.8. **Johnstone Supply** 1640 E. Kemper Road Cincinnati, OH 45246 | **October 14, 2021** | **$8,713.98** | |
| 4.9. **Johnstone Supply** 1640 E. Kemper Road Cincinnati, OH 45246 | **October 18, 2021** | **$9,765.37** | |
| 4.10 · **Johnstone Supply** 1640 E. Kemper Road Cincinnati, OH 45246 | **October 28, 2021** | **$8,062.88** | |
| 4.11 · **Johnstone Supply** 1640 E. Kemper Road Cincinnati, OH 45246 | **November 1, 2021** | **$6,773.90** | |
| 4.12 · **Johnstone Supply** 1640 E. Kemper Road Cincinnati, OH 45246 | **November 15, 2021** | **$3,593.08** | |
| 4.13 · **Johnstone Supply** 1640 E. Kemper Road Cincinnati, OH 45246 | **November 22, 2021** | **$936.57** | |
| 4.14 · **Johnstone Supply** 1640 E. Kemper Road Cincinnati, OH 45246 | **December 2, 2021** | **$13,335.75** | |
| 4.15 · **Johnstone Supply** 1640 E. Kemper Road Cincinnati, OH 45246 | **December 9, 2021** | **$7,472.27** | |
| 4.16 · **Johnstone Supply** 1640 E. Kemper Road Cincinnati, OH 45246 | **December 16, 2021** | **$7,878.58** | |
| 4.17 · **Johnstone Supply** | **December 20, 2021** | **$10,810.93** | |
| 4.18 · **Johnstone Supply** 1640 E. Kemper Road Cincinnati, OH 45246 | **December 27, 2021** | **$2,131.70** | |
| 4.19 · **Johnstone Supply** 1640 E. Kemper Road Cincinnati, OH 45246 | **January 6, 2022** | **$8,641.45** | |
| 4.20 · **Johnstone Supply** 1640 E. Kemper Road Cincinnati, OH 45246 | **Janaury 10, 2022** | **$14,404.66** | |
| 4.21 · **Johnstone Supply** 1460 E. Kemper Road Cincinnati, OH 45246 | **January 20, 2022** | **$6,420.99** | |
| 4.22 · **Johnstone Supply** 1640 E. Kemper Road Cincinnati, OH 45246 | **January 24, 2022** | **$9,335.61** | |

Debtor   **WINE CELLAR INNOVATIONS, LLC**                                    Case number *(if known)* **1:22-bk-11315**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.23<br>· | **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **February 3,<br>2022** | **$8,270.83** | |
| 4.24<br>· | **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **February 7,<br>2022** | **$9,888.30** | |
| 4.25<br>· | **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **February 14,<br>2022** | **$5,280.33** | |
| 4.26<br>· | **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **February 21,<br>2022** | **$15,014.02** | |
| 4.27<br>· | **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **March 10,<br>2022** | **$5,555.18** | |
| 4.28<br>· | **Johnstone Supply**<br>1640 East Kemper Road<br>Cincinnati, OH 45246 | **March 17,<br>2022** | **$10,034.43** | |
| 4.29<br>· | **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **March 24,<br>2022** | **$4,293.44** | |
| 4.30<br>· | **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **March 31,<br>2022** | **$11,076.85** | |
| 4.31<br>· | **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **April 7, 2022** | **$6,403.64** | |
| 4.32<br>· | **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **April 14,<br>2022** | **$15,482.81** | |
| 4.33<br>· | **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **April 21,<br>2022** | **$7,923.89** | |
| 4.34<br>· | **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **April 28,<br>2022** | **$10,082.11** | |
| 4.35<br>· | **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **May 5, 2022** | **$6,332.71** | |
| 4.36<br>· | **Johnstone Supply**<br>1640 E. Kemper Road<br>Cincinnati, OH 45246 | **May 9, 2022** | **$7,637.88** | |
| 4.37<br>· | **Heartland** | **September<br>23, 2021** | **$1,897.99** | |
| 4.38<br>· | **Heartland** | **December<br>30, 2021** | **$2,551.01** | |

Debtor   **WINE CELLAR INNOVATIONS, LLC**                    Case number *(if known)* **1:22-bk-11315**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.39 Heartland | January 5, 2022 | $4,750.00 | |
| 4.40 Heartland | March 2, 2022 | $125.00 | |
| 4.41 Heartland | April 22, 2022 | $350.00 | |
| 4.42 Heartland | May 16, 2022 | $8,901.85 | |
| 4.43 Heartland | May 25, 2022 | $8,901.85 | |
| 4.44 Heartland | June 3, 2022 | $2,800.00 | |
| 4.45 Heartland | June 16, 2022 | $138.28 | |
| 4.46 Heartland | June 16, 2022 | $1,237.31 | |
| 4.47 Heartland | June 16, 2022 | $1,255.67 | |
| 4.48 Heartland | June 16, 2022 | $1,500.00 | |
| 4.49 Heartland | June 16, 2022 | $1,500.12 | |
| 4.50 Heartland | June 16, 2022 | $1,949.25 | |
| 4.51 Heartland | June 16, 2022 | $2,428.89 | |
| 4.52 Heartland | June 16, 2022 | $3,817.99 | |
| 4.53 Heartland | June 16, 2022 | $3,885.97 | |
| 4.54 Heartland | June 16, 2022 | $4,200.72 | |
| 4.55 Heartland | June 16, 2022 | $4,254.05 | |
| 4.56 Heartland | June 16, 2022 | $5,000.00 | |
| 4.57 Heartland | June 16, 2022 | $6,087.02 | |
| 4.58 Heartland | June 16, 2022 | $7,667.22 | |
| 4.59 Heartland | June 16, 2022 | $7,999.38 | |

Debtor   **WINE CELLAR INNOVATIONS, LLC**                                Case number (if known)  **1:22-bk-11315**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.60 · **Heartland** | **June 16, 2022** | **$8,000.00** | |
| 4.61 · **Heartland** | **June 17, 2022** | **$77.80** | |
| 4.62 · **Heartland** | **June 17, 2022** | **$125.69** | |
| 4.63 · **Heartland** | **Juen 17, 2022** | **$4,028.55** | |
| 4.64 · **Heartland** | **June 17, 2022** | **$5,500.00** | |
| 4.65 · **Heartland** | **June 17, 2022** | **$8,941.65** | |
| 4.66 · **Heartland** | **June 17, 2022** | **$14,717.69** | |
| 4.67 · **Heartland** | **June 17, 2022** | **$22,479.55** | |
| 4.68 · **Heartland** | **June 17, 2022** | **$8,000.00** | **Return NSF** |
| 4.69 · **Heartland** | **June 17, 2022** | **$7,999.38** | **Return NSF** |
| 4.70 · **Heartland** | **June 21, 2022** | **$339.22** | |
| 4.71 · **Heartland** | **June 21, 2022** | **$1,695.00** | |
| 4.72 · **Heartland** | **June 21, 2022** | **$1,727.06** | |
| 4.73 · **Heartland** | **June 21, 2022** | **$1,840.77** | |
| 4.74 · **Heartland** | **June 21, 2022** | **$1,845.43** | |
| 4.75 · **Heartland** | **June 21, 2022** | **$2,408.45** | |
| 4.76 · **Heartland** | **June 21, 2022** | **$2,845.00** | |
| 4.77 · **Heartland** | **June 21, 2022** | **$3,430.54** | |
| 4.78 · **Heartland** | **June 21, 2022** | **$3,613.49** | |
| 4.79 · **Heartland** | **June 21, 2022** | **$4,100.00** | |
| 4.80 · **Heartland** | **June 21, 2022** | **$5,250.00** | |

Debtor    **WINE CELLAR INNOVATIONS, LLC**                    Case number *(if known)* **1:22-bk-11315**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.81 · | **Heartland** | **June 21, 2022** | **$5,513.94** | |
| 4.82 · | **Heartland** | **June 21, 2022** | **$5,800.00** | |
| 4.83 · | **Heartland** | **June 21, 2022** | **$6,500.00** | |
| 4.84 · | **Heartland** | **June 21, 2022** | **$7,500.00** | |
| 4.85 · | **Heartland** | **June 21, 2022** | **$11,716.33** | |
| 4.86 · | **Heartland** | **June 21, 2022** | **$13,000.00** | |
| 4.87 · | **Heartland** | **June 21, 2022** | **$8,941.65** | **Return NSF** |
| 4.88 · | **Heartland** | **June 21, 2022** | **$22,479.55** | **Return NSF** |
| 4.89 · | **Heartland** | **June 21, 2022** | **$5,500.00** | **Return NSF** |
| 4.90 · | **Heartland** | **June 21, 2022** | **$14,717.69** | **Return NSF** |
| 4.91 · | **Heartland** | **June 21, 2022** | **$21,650.00** | **Return NSF** |
| 4.92 · | **Heartland** | **June 22, 2022** | **$336.23** | |
| 4.93 · | **Heartland** | **June 22, 2022** | **$1,354.08** | |
| 4.94 · | **Heartland** | **June 22, 2022** | **$2,873.07** | |
| 4.95 · | **Heartland** | **June 22, 2022** | **$6,566.70** | |
| 4.96 · | **Heartland** | **June 22, 2022** | **$7,000.00** | |
| 4.97 · | **Heartland** | **June 22, 2022** | **$1,695.00** | **Return NSF** |
| 4.98 · | **Heartland** | **June 22, 2022** | **$1,727.06** | **Return NSF** |
| 4.99 · | **Heartland** | **June 22, 2022** | **$1,840.77** | **Return NSF** |
| 4.10 0. | **Heartland** | **June 22, 2022** | **$1,845.43** | **Return NSF** |
| 4.10 1. | **Heartland** | **June 22, 2022** | **$2,408.45** | **Return NSF** |

Debtor    **WINE CELLAR INNOVATIONS, LLC**                    Case number (if known)  **1:22-bk-11315**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.10 2. **Heartland** | **June 22, 2022** | **$2,845.00** | **Return NSF** |
| 4.10 3. **Heartland** | **June 22, 2022** | **$3,430.54** | **Return NSF** |
| 4.10 4. **Heartland** | **June 22, 2022** | **$3,613.49** | **Return NSF** |
| 4.10 5. **Heartland** | **June 22, 2022** | **$4,100.00** | **Return NSF** |
| 4.10 6. **Heartland** | **June 22, 2022** | **$5,250.00** | **Return NSF** |
| 4.10 7. **Heartland** | **June 22, 2022** | **$5,513.94** | **Return NSF** |
| 4.10 8. **Heartland** | **June 22, 2022** | **$5,800.00** | **Return NSF** |
| 4.10 9. **Heartland** | **June 22, 2022** | **$6,500.00** | **Return NSF** |
| 4.11 0. **Heartland** | **June 22, 2022** | **$7,500.00** | **Return NSF** |
| 4.11 1. **Heartland** | **June 22, 2022** | **$11,716.33** | **Return NSF** |
| 4.11 2. **Heartland** | **June 22, 2022** | **$13,000.00** | **Return NSF** |
| 4.11 3. **Heartland** | **June 23, 2022** | **$1,354.08** | **Return NSF** |
| 4.11 4. **Heartland** | **June 23, 2022** | **$2,873.07** | **Return NSF** |
| 4.11 5. **Heartland** | **June 23, 2022** | **$6,566.70** | **Return NSF** |
| 4.11 6. **Heartland** | **June 23, 2022** | **$7,000.00** | **Return NSF** |
| 4.11 7. **Heartland** | **June 27, 2022** | **$77,230.09** | **Return NSF** |
| 4.11 8. **Heartland** | **June 24, 2022** | **$77,230.09** | |
| 4.11 9. **Heartland Processing** | **September 1, 2021** | **$20,998.61** | |
| 4.12 0. **Heartland Processing** | **October 3, 2021** | **$21,620.33** | |
| 4.12 1. **Heartland Processing** | **November 1, 2021** | **$21,223.44** | |
| 4.12 2. **Heartland Processing** | **December 1, 2021** | **$22,777.38** | |

Debtor **WINE CELLAR INNOVATIONS, LLC**    Case number *(if known)* **1:22-bk-11315**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.12 3. **Heartland Processing** | **February 1, 2022** | **$21,569.17** | |
| 4.12 4. **Heartland Processing** | **March 1, 2022** | **$26,234.99** | |
| 4.12 5. **Heartland Processing** | **May 1, 2022** | **$29,271.26** | |
| 4.12 6. **Heartland Processing** | **May 2, 2022** | **$35,705.08** | |
| 4.12 7. **Heartland Transaction Fees** | **May 23, 2022** | **$5,411.52** | |
| 4.12 8. **Hearland Processing** | **June 1, 2022** | **$30,991.82** | |
| 4.12 9. **AMEX** | **June 23, 2022** | **$7,023.92** | **Return NSF** |
| 4.13 0. **AMEX** | **June 23, 2022** | **$113,976.37** | **Return NSF** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Diorio Forest Products Inc. v. Wine Cellar Innovations, LLC V22-2282** | | **Hanover General District Court 7530 County Complex Road PO Box 176 Hanover, VA 23069** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Johnstone Supply v. Wine Cellar Innovations, LLC A-2202561** | | **Common Pleas Court, Hamilton, County, OH** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **WINE CELLAR INNOVATIONS, LLC**                                      Case number *(if known)*  **1:22-bk-11315**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Paxton Hardwoods v. Wine Cellar Innovations, LLC**<br>A-2202626 | | **Common Pleas Court, Hamilton County OH** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **In Re Sharon Reinecke**<br>**Claim No. 21-135688** | **Ohio Industrial Commission** | **Bureau of Worker's Compensation**<br>**125 East Court Street**<br>**Room 3; 6th Floor**<br>**Cincinnati, OH 45202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Sullivan Builders, Inc. v. Wine Cellar Innovations**<br>22CV20009 | **Breach of contract** | **Hamilton County Small Claims Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Milan Magera DBA Tatra Services LLC v. Wine Cellar Innovations**<br>22CV15509 | **Breach of contract** | **Hamilton County Small Claims Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **WINE CELLAR INNOVATIONS, LLC**                              Case number *(if known)* **1:22-bk-11315**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cohen, Todd, Kite & Stanford, LLC** **250 East Fifth Street** **Suite 2350** **Cincinnati, OH 45202-5136** | **Attorney Fees** | **August 24, 2022** | **$10,917.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Cohen, Todd, Kite & Stanford, LLC** **250 East Fifth Street** **Suite 2350** **Cincinnati, OH 45202-5136** | **Attorney Fees** | **August 30, 2022** | **$20,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** **James L. Deckebach** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Cincy Lift Truck** **7685 State Route 48, Suite 5** **Maineville, OH 45039** | **2 Forlifts: Hyster  H60FT  Serial: L177V14329L and Caterpillar 2P5000 Serial:  AT3540819** | **August 1, 2022** | **Unknown** |
| | **Relationship to debtor** **Vendor** | | | |

Debtor   **WINE CELLAR INNOVATIONS, LLC**                                    Case number (if known)  **1:22-bk-11315**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | | **All existing inventory of the Revue metal wine racks, along with instruction manuals, hardware, skid boxes for shipping, and light foam used in shipping process. Estimated value of finished product is approximately $30,000.00.** | | |
| | **Tris-State Fabricators, Inc.** | | **Around August 2022** | **$0.00** |
| | Relationship to debtor **Vendor** | | | |
| 13.3. | **Paxton Hardwoods PO BOX 74007371 Chicago, IL 60674-7371** | **Paxton Hardwoods picked up all raw material, lumber inventory that was at debtor's facility and issued credits in some amount to debtor.** | **July 2022** | **Unknown** |
| | Relationship to debtor **Vendor** | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

| Debtor | **WINE CELLAR INNOVATIONS, LLC** | Case number *(if known)* **1:22-bk-11315** |

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Stock Yards Bank & Trust**<br>**101 West 4th Street**<br>**Cincinnati, OH 45202** | **XXXX-1562** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $230.71 |
| 18.2. | **North Side Bank & Trust**<br>**4125 Hamilton Avenue**<br>**Cincinnati, OH 45223** | **XXXX-1578** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $69,912.62 |
| 18.3. | **Fifth Third Bank**<br>**Cincinnati, OH** | **XXXX-2853** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor   **WINE CELLAR INNOVATIONS, LLC**                                    Case number *(if known)*  **1:22-bk-11315**

---

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **James L. Deckebach, LTD**<br>**4575 Eastern Avenue**<br>**Cincinnati, OH 45226** | **Predecessor to Wine Cellar Innovations, LLC** | **EIN:**   **20-0592651**<br><br>**From-To**   **July 25, 2003** |
| 25.2.  **Wine Rack Superstore**<br>**4575 Eastern Avenue**<br>**Cincinnati, OH 45226** | **d/b/a operation of debtor** | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Debtor   **WINE CELLAR INNOVATIONS, LLC**                                    Case number *(if known)*   **1:22-bk-11315**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Karl Dostal**<br>**MCM CPAs and Advisors**<br>**201 East Fifth Street**<br>**Suite 2100**<br>**Cincinnati, OH 45202** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James L. Deckebach** | **2493 Erie Avenue**<br>**Cincinnati, OH 45208** | **President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **WINE CELLAR INNOVATIONS, LLC**                                    Case number (if known)  **1:22-bk-11315**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | **Periodic payments from debtor to Mr. Deckebach between August 27, 2021 and June 14, 2022.** | |
| | **James L. Deckebach 2493 Erie Avenue Cincinnati, OH 45208** | **$392,780.16** | | |

| | Relationship to debtor |
|---|---|
| | **Owner** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November 11, 2022**

**/s/ James L. Deckebach**                                       **James L. Deckebach**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes