# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| IN RE: | Case No. 22-11315 |
| Wine Cellar Innovations, LLC | Chapter 7 |
| Debtor | Judge Beth A. Buchanan |

_____

## OBJECTION TO PROOF OF CLAIM

Comes now Eric W. Goering, Chapter 7 Trustee, and respectfully objects to the Proof of Claim filed by **PAY PAL, INC. ,** LBR 3007-1.

Information regarding the objection is as follows:

1. Name and address of claimant:

   Pay Pal Inc.
   Attn:  Bankruptcy/Legal Dept.
   PO Box 5138
   Lutherville Timonium, MD 21094

2. Attorney of record and address:

3. Date claims filed: 11/22/2022

4. Clerk claims Number: 70-1

5. Grounds for Objection: This claim was filed by James L. Deckebach as guarantor of the obligation.  Attached to the claim is a letter outlining the amounts and e-mail addresses of the individuals that were reimbursed by Pay Pal.  The information does not include the names of the parties reimbursed, which is critical information for the trustee since a myriad of claims have been filed in the case by individuals and some may be duplicate claims of parties already reimbursed.   It is

critical to the Trustee to understand who, individually, was reimbursed, and confirmation from Pay Pal that the amounts in the letter are accurate and reflect the correct amount of claim of the Creditor.

Wherefore the Trustee objects to the claim of Pay Pal unless and until additional information is provided to authenticate the claim.

/s/ Eric W. Goering
Eric W. Goering 0061146
220 W. Third Street
Cincinnati, Ohio 45202
513-621-0912

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| **IN RE:** | **Case No. 22-11315** |
| **Wine Cellar Innovations, LLC** | **Chapter 7** |
| **Debtor** | **Judge Beth A. Buchanan** |

___

## NOTICE OF OBJECTION TO CLAIM
___

Eric W. Goering, Chapter 7 Trustee, has entered an Objection to Claim.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion/objection, then on or before thirty (30) days from the date set forth in the certificate of service for the motion/objection, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to:

> Clerk, U.S. Bankruptcy Court
> Atrium Two, Suite 800
> 221 E. Fourth St.
> Cincinnati, Ohio 45202

OR your attorney must file a response using the court's ECF System.

Date: 11/11/ 2023

The court must receive your response on or before the date above.

You must also send a copy of your response either by

1) the court's ECF System or by
2) regular U.S. Mail to:

Eric W. Goering
220 West Third Street
Cincinnati, Ohio 45202


J.W. Peck Federal Building
550 Main Street
Room 4-812
Cincinnati, Ohio 45202

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in this motion/objection and may enter an order granting relief.


Date:  11/12/23                                        Eric W. Goering
                                                       220 West Third Street
                                                       Cincinnati, Ohio 45202
                                                       (513) 621-0912

                                                       */s/Eric W. Goering*
                                                       Eric W. Goering 0061146


CERTIFICATE OF SERVICE

    I hereby certify that on October 12, 2023, a copy of the foregoing Objection to Proof of Claim was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

US Trustee
W. Timothy Miller
Henry Menninger, Jr.
Stephen Schuh
Douglas Lutz
C. Edward Noe
Susan Argo
David Harper, II
Arturo Gonzalez Martin
Jesse Cloyd
Nancy Valentine
Stephen Butler
Donald Rafferty

and on the following by ordinary U.S. Mail addressed to:

Wine Cellar Innovations, LLC
4575 Eastern Ave
Cincinnati, Ohio 45226

James Deckenbach
4863 Teal Lane
Milford, OH 45150

And by certified mail to the following:

>Pay Pal Inc.
>Attn: Bankruptcy/Legal Dept.
>PO Box 5138
>Lutherville Timonium, MD 21094

*/s/ Eric W. Goering*
Eric W. Goering