## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 22-11315 | BAB | Judge: | Beth A. Buchanan | Trustee Name: | ERIC W. GOERING, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Wine Cellar Innovations, LLC | | | | Date Filed (f) or Converted (c): | 08/10/2022 (f) |
| | | | | | 341(a) Meeting Date: | 12/07/2022 |
| For Period Ending: | 06/30/2024 | | | | Claims Bar Date: | 11/23/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. North Side Bank Account | 69,912.62 | 69,912.62 | | 0.00 | FA |
| 2. Account Receivables | 150,693.08 | 4,140.78 | | 0.00 | FA |
| 3. Fifth Third Bank checking #2853 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Stock Yards Bank & Trust #1562 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Various prepaid expenses | 26,024.00 | 0.00 | | 0.00 | FA |
| 6. Raw materials Lumber in various sizes and other raw materials | 747,226.13 | 0.00 | | 0.00 | FA |
| 7. Work in process Wine racks and other products in process | 417,436.96 | 0.00 | | 0.00 | FA |
| 8. Finished goods, including goods held for resale Wine racks and wine storage kits | 142,106.17 | 0.00 | | 0.00 | FA |
| 9. office furniture, desk, chairs, cabinets, tables | 3,000.00 | 5,805.00 | | 5,805.00 | FA |
| 10. office fixtures, office equipment, including all computer equipment and communications systems equipment and software Office computer equipment and software | 31,039.00 | 0.00 | | 0.00 | FA |
| 11. other machinery, fixtures, and equipment(excluding farm machinery and equipment) Numerous peices of equipment used in manufacture and production of debtor's products including 4 molders, a CNC Double End Tendonder, 2 CNC machines, Finishing equipment, an o | 350,000.00 | 209,905.00 | | 0.00 | FA |
| 12. Approximately 6 acres of land with large buildings located at 4575 Eastern Ave, Cincinnati, Ohio | 0.00 | 2,942,094.48 | | 2,942,094.48 | FA |
| 13. Patents, copyrights, trtademarks, and trade secrets 4 registered trademarks, 2 utility patents, and 2 design patents | Unknown | 400,000.00 | | 0.00 | 400,000.00 |
| 14. Tax returns (u) | 0.00 | 4,498.07 | | 0.00 | FA |
| 15. refund from buyers premium auction (u) | 0.00 | 6,503.96 | | 0.00 | FA |
| 16. refund from Spectrum (u) | 0.00 | 72.42 | | 0.00 | FA |
| 17. Insurance reimbursement (u) | 0.00 | 16,933.00 | | 16,993.20 | FA |
| 18. overpayment to creditors (u) | 0.00 | 853.02 | | 541.02 | FA |

Page: 2

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,937,437.96 | $3,660,718.35 | $2,965,433.70 | $400,000.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

involuntary petition filed
employ Goering & Goering 8/2022
employ real estate broker to sell building 9/2022
motion to obtain credit to lake care of the building/ determine inventory
employ CPA, Auctioneers, Lutz to sell
Motion to sell assets at auction Report to court filed 4/2023
6/2023 sale motion filed
5/2024 hire Mike Galasso to go after company that are using wine cellars trademarks, copyrights??

RE PROP #          2   --   funds from 3 D Homes Design Services

RE PROP #          13  --   Asset #13 is estimated at $400,000

Initial Projected Date of Final Report (TFR): 06/30/2023          Current Projected Date of Final Report (TFR): 12/31/2024

Trustee Signature:     /s/ ERIC W. GOERING, Trustee          Date: 07/31/2024

ERIC W. GOERING, Trustee
220 W. THIRD STREET
Ste. 399
CINCINNATI, OH 45202

(513)621-0912
erictrustee@goering-law.com

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 22-11315 | Trustee Name: ERIC W. GOERING, Trustee |
| Case Name: Wine Cellar Innovations, LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0723 |
| | Checking |
| Taxpayer ID No: XX-XXX2938 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 06/30/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $190,459.09 |
| 07/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $211.84 | $190,247.25 |
| 07/06/23 | 30071 | Johnson Controls | tax for expense to have shed removed from property | 2990-000 | | $2.48 | $190,244.77 |
| 07/11/23 | 30072 | Mills Fence Co. | Installation of chain link fence panels | 2990-000 | | $959.42 | $189,285.35 |
| 07/11/23 | 30073 | Best Hauling Co. | preparation of sale | 2990-000 | | $550.00 | $188,735.35 |
| 07/13/23 | 30074 | Elite Enviromentsl LLC 5917 Squirrelsnest Lane Cincinnati, Ohio 45252 | Hazardous waste removal | 2990-000 | | $68,698.80 | $120,036.55 |
| 07/27/23 | 9 | Ray & Kathryn Keim | sale of miscellanous estate assets | 1129-000 | $5,805.00 | | $125,841.55 |
| 08/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $178.35 | $125,663.20 |
| 08/01/23 | 30075 | Duke Energy Payment Processing | Utility bill | 2990-000 | | $32.89 | $125,630.31 |
| 08/01/23 | 30076 | Greater Cincinnati Water Works | water bill | 2990-000 | | $1,845.53 | $123,784.78 |
| 08/01/23 | 30077 | Johnson Controls Dept CH 10320 Palatine, IL 60055 | turning off water to remove shed | 2990-000 | | $700.00 | $123,084.78 |
| 08/02/23 | 30070 | Johnson Controls | expense to have shed removed from property Reversal | 2990-000 | | ($700.00) | $123,784.78 |
| 08/08/23 | 30077 | Johnson Controls Dept CH 10320 Palatine, IL 60055 | turning off water to remove shed Reversal Johnson Controls lost the first check sent. (#30070) We ended up paying with a credit card bc title company needed something saying it had been paid.  this check was never sent. (#30077) | 2990-000 | | ($700.00) | $124,484.78 |
| | | | Page Subtotals: | | $5,805.00 | $71,779.31 | |

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 22-11315 | Trustee Name: ERIC W. GOERING, Trustee |
| Case Name: Wine Cellar Innovations, LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0723 |
| | Checking |
| Taxpayer ID No: XX-XXX2938 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 06/30/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/28/23 | | Eastern Living I, LLC | sale of property | | $2,330,534.71 | | $2,455,019.49 |
| | | | Gross Receipts   $2,942,094.48 | | | | |
| | | | Closing costs   ($611,559.77) | 2500-000 | | | |
| | 12 | | Approximately 6 acres of land with large buildings located at 4575 Eastern Ave, Cincinnati, Ohio   $2,942,094.48 | 1110-000 | | | |
| 09/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $718.89 | $2,454,300.60 |
| 09/06/23 | 18 | Safe Harbor Equity | overage refund from loan | 1290-000 | $491.67 | | $2,454,792.27 |
| 09/06/23 | 18 | Glodal Industrial Distribution | possible refund | 1290-000 | $23.37 | | $2,454,815.64 |
| 09/22/23 | 18 | Duke Energy | over payment | 1290-000 | $25.98 | | $2,454,841.62 |
| 09/25/23 | 30078 | Greater Cincinnati Water Works PO Box 740689 Cincinnati, OH | Final water bill | 2990-000 | | $2,536.36 | $2,452,305.26 |
| 09/25/23 | 30079 | SeibertKeck Insurance Partners | supplemental bond | 2990-000 | | $180.00 | $2,452,125.26 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,136.99 | $2,449,988.27 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,208.22 | $2,447,780.05 |
| 11/02/23 | 17 | Arthur Gallagher Management Sertvices | Insurance refund | 1290-000 | $115.50 | | $2,447,895.55 |
| 11/27/23 | 30080 | Duke Energy PO Box 1094 Charlotte, NC 28201 | Final utility bill | 2990-000 | | $261,212.04 | $2,186,683.51 |
| 11/29/23 | 30082 | | Bond Payment Reversal duplicate | 2300-000 | | ($656.24) | $2,187,339.75 |
| | | | Page Subtotals: | | $2,331,191.23 | $268,336.26 | |

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 22-11315 | Trustee Name: | ERIC W. GOERING, Trustee |
| Case Name: Wine Cellar Innovations, LLC | Bank Name: | Axos Bank |
| | Account Number/CD#: | XXXXXX0723 |
| | | Checking |
| Taxpayer ID No: XX-XXX2938 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: 06/30/2024 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/23 | 30081 | | Bond Payment Reversal | 2300-000 | | ($656.24) | $2,187,995.99 |
| 11/29/23 | 30081 | | Bond Payment | 2300-000 | | $656.24 | $2,187,339.75 |
| 11/29/23 | 30082 | | Bond Payment | 2300-000 | | $656.24 | $2,186,683.51 |
| 11/29/23 | 30083 | SeibertKeck Insurance Partners | Bond Payment | 2300-000 | | $656.24 | $2,186,027.27 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,136.99 | $2,183,890.28 |
| 12/19/23 | 30084 | Frost Brown Todd LLP | Attorney For Trustee | 3210-000 | | $75,507.30 | $2,108,382.98 |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,208.22 | $2,106,174.76 |
| 01/05/24 | 30085 | Eric W. Goering Goering & Goering, LLC 220 W. Third Street Cincinnati, Ohio 45202 | Attorney For Trusee Fees | 3110-000 | | $177,350.00 | $1,928,824.76 |
| 01/05/24 | 30086 | Eric W. Goering Goering & Goering, LLC 220 W. Third Street Cincinnati, Ohio 45202 | Attorney For Trustee Expenses | 3120-000 | | $22,541.00 | $1,906,283.76 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,154.66 | $1,904,129.10 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,966.73 | $1,902,162.37 |
| 03/13/24 | 17 | Intac Advisory LLC, Trustee Insurance Agency | Insurance reinbursement | 1290-000 | $16,877.70 | | $1,919,040.07 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,111.02 | $1,916,929.05 |
| | | | Page Subtotals: | | $16,877.70 | $287,288.40 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 22-11315
Case Name: Wine Cellar Innovations, LLC

Taxpayer ID No: XX-XXX2938
For Period Ending: 06/30/2024

Trustee Name: ERIC W. GOERING, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0723
Checking
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,048.23 | $1,914,880.82 |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,114.24 | $1,912,766.58 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,353,873.93 | $631,566.44 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,353,873.93 | $631,566.44 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,353,873.93 | $631,566.44 |

Page Subtotals:                                    $0.00        $4,162.47

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0723 - Checking | $2,604,118.78 | $691,352.20 | $1,912,766.58 |
| | $2,604,118.78 | $691,352.20 | $1,912,766.58 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $656,659.77 |
| Total Net Deposits: | $2,604,118.78 |
| Total Gross Receipts: | $3,260,778.55 |

Trustee Signature:     /s/ ERIC W. GOERING, Trustee     Date: 07/31/2024

ERIC W. GOERING, Trustee
220 W. THIRD STREET
Ste. 399
CINCINNATI, OH 45202

(513)621-0912
erictrustee@goering-law.com

Page Subtotals:                    $0.00          $0.00