# Trustee Expenses

**Case Number: 22-11315**

**Debtor: Wine Cellar Innovations, LLC**

| Date | Description | Quantity | Unit of Measure | Cost Per Unit | Total |
|---|---|---|---|---|---|
| 02/23/2026 | Postage: Postage | 320.000000 | Unit(s) | $0.74 | $236.80 |
| | | 320.000000 | | | $236.80 |
| | **Total Expenses** | | | | **$236.80** |

**Expense Recap**

| | |
|---|---|
| Postage | $236.80 |
| **Total Expenses** | **$236.80** |

| | |
|---|---|
| **Total Expenses:** | $236.80 |
| **Less Previously Paid Expenses:** | $0.00 |
| **Total Expenses Requested:** | $236.80 |

Signed /s/ Eric W. Goering

Trustee: ERIC W. GOERING
220 W. THIRD STREET
Ste. 399
CINCINNATI, OH 45202