**UNITED STATES BANKRUPTCY COURT**
SOUTHERN **DISTRICT OF** OHIO
WESTERN DIVISION AT CINCINNATI **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Wine Cellar Innovations, LLC | § | Case No. 22-11315 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ERIC W. GOERING, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Richard Jones
Clerk of the Court
U.S Bankruptcy Court
221 E. Fourth Street
Atrium Two Suite 800
Cincinnati, Ohio 45202

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on in Courtroom ,

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/31/2026 By: Eric W. Goering
Chapter 7 Trustee

*ERIC W. GOERING, Trustee*
*220 W. THIRD STREET*
*Ste. 399*
*CINCINNATI, OH 45202*

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN **DISTRICT OF** OHIO
WESTERN DIVISION AT CINCINNATI **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Wine Cellar Innovations, LLC | § | Case No. 22-11315 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,239,823.22 |
| and approved disbursements of | $ | 1,688,035.42 |
| leaving a balance on hand of[1] | $ | 1,551,787.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | Wells Fargo Bank, N.A. | $ 15,371.91 | $ 15,371.91 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 1,551,787.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ERIC W. GOERING | $ 120,444.70 | $ 0.00 | $ 120,444.70 |
| Trustee Expenses: ERIC W. GOERING | $ 236.80 | $ 0.00 | $ 236.80 |
| Charges: Clerk US Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: Arthur J. Gallagher Risk Management Services, Inc. | $ 41,240.95 | $ 41,240.95 | $ 0.00 |
| Other: Trustee Insurance Agency | $ 47,282.30 | $ 47,282.30 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 121,031.50 |
| Remaining Balance | $ | 1,430,756.30 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $56,301.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 26 | Andrew D. Rigsby | $ 12,000.00 | $ 0.00 | $ 12,000.00 |
| 27 | Jm Investment Trust | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| 34 | Helen Haiyin Xie | $ 3,001.51 | $ 0.00 | $ 3,001.51 |
| 43 | William Shergy | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 61 | William Whelan | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 10 | Missouri Department Of Revenue | $ 1,543.53 | $ 0.00 | $ 1,543.53 |
| 11 | Arizona Department Of Revenue | $ 998.00 | $ 0.00 | $ 998.00 |
| 12 | New York State Department Of Taxation & Finance | $ 212.16 | $ 0.00 | $ 212.16 |
| 14 | Ohio Department Of Taxation | $ 6,378.13 | $ 0.00 | $ 6,378.13 |
| 23 | Mississippi Department Of Revenue | $ 1,862.09 | $ 0.00 | $ 1,862.09 |
| 40 | Illinois Department Of Revenue | $ 13.29 | $ 0.00 | $ 13.29 |
| 81 | Louisiana Department Of Revenue | $ 1,241.99 | $ 0.00 | $ 1,241.99 |
| 82 | Ohio Bureau Of Workers" Compensation | $ 5,129.00 | $ 0.00 | $ 5,129.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 87 | Wisconsin Department Of Revenue | $ 2,732.59 | $ 0.00 | $ 2,732.59 |
| 89 | California Department Of Tax And Fee Ad | $ 7,066.83 | $ 0.00 | $ 7,066.83 |
| 91 | Texas Comptroller Of Public Accounts | $ 3,422.74 | $ 0.00 | $ 3,422.74 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 56,301.86 |
| Remaining Balance | $ 1,374,454.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,802,977.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Adam Richards | $ 15,741.56 | $ 0.00 | $ 5,689.24 |
| 2 | Applied Industrial Technologies, Inc. | $ 1,917.64 | $ 0.00 | $ 693.06 |
| 3 | Fastenal Company | $ 37,209.71 | $ 0.00 | $ 13,448.16 |
| 4 | Decorstainless Co Ltd | $ 8,136.00 | $ 0.00 | $ 2,940.48 |
| 5 | Frank Paxton Lumber Company, Llc | $ 304,056.29 | $ 0.00 | $ 109,890.61 |
| 6 | Polymershapes Llc | $ 17,390.62 | $ 0.00 | $ 6,285.24 |
| 8 | The Wine Enthusiast, Inc. | $ 144,644.72 | $ 0.00 | $ 52,276.82 |
| 9 | Quintessence Hotel | $ 27,428.18 | $ 0.00 | $ 9,912.96 |
| 13 | Johnstone Supply | $ 126,982.90 | $ 0.00 | $ 45,893.57 |
| 15 | Kevin M. Mcguire | $ 3,985.00 | $ 0.00 | $ 1,440.24 |
| 16 | United Electric Dba Magic Aire | $ 15,475.39 | $ 0.00 | $ 5,593.04 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Diorio Forest Products, Inc. | $ 27,770.07 | $ 0.00 | $ 10,036.53 |
| 18 | Tualatin Liquor | $ 1,672.34 | $ 0.00 | $ 604.41 |
| 20 | Mahesh Trivedi | $ 6,100.00 | $ 0.00 | $ 2,204.63 |
| 21 | Koller Warner Construction Llc | $ 11,000.00 | $ 0.00 | $ 3,975.57 |
| 22 | Pan American Properties | $ 47,706.10 | $ 0.00 | $ 17,241.72 |
| 24 | Hain Capital Investors Master Fund, Ltd | $ 21,401.86 | $ 0.00 | $ 7,734.96 |
| 25 | Whisperkool Corp. | $ 272,181.07 | $ 0.00 | $ 98,370.41 |
| 28 | Robert Wong | $ 6,261.87 | $ 0.00 | $ 2,263.14 |
| 29 | Air Innovations, Inc. D/B/A Wine Guardian | $ 281,076.76 | $ 0.00 | $ 101,585.45 |
| 30 | American Elevators | $ 1,145.00 | $ 0.00 | $ 413.82 |
| 31 | Richard Malinowski | $ 500.00 | $ 0.00 | $ 180.71 |
| 32 | Rt &J Plumbing | $ 376.00 | $ 0.00 | $ 135.89 |
| 33 | Dmj Design Build, Llc | $ 9,747.05 | $ 0.00 | $ 3,522.73 |
| 35 | Uline | $ 5,777.27 | $ 0.00 | $ 2,087.99 |
| 36 | Irvine Wood Recovery, Inc. | $ 4,675.00 | $ 0.00 | $ 1,689.62 |
| 37 | Hain Capital Investors Master Fund, Ltd | $ 54,944.89 | $ 0.00 | $ 19,857.93 |
| 38 | Robert Jung & Catherine Jung | $ 14,241.49 | $ 0.00 | $ 5,147.09 |
| 39 | Milan Magera Dba Tatra Services Llc | $ 7,503.00 | $ 0.00 | $ 2,711.70 |
| 41 | American Metal Supply Company | $ 4,519.53 | $ 0.00 | $ 1,633.43 |
| 42 | Planet One Products | $ 100,418.08 | $ 0.00 | $ 36,292.63 |
| 44 | Annie Margarita | $ 4,432.17 | $ 0.00 | $ 1,601.85 |
| 45 | Planet One Products | $ 0.00 | $ 0.00 | $ 0.00 |
| 46 | Amex Trs Co., Inc. | $ 808,532.59 | $ 0.00 | $ 292,216.08 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 47 | Robert Silverman And Chris Kravitz | $ 9,963.00 | $ 0.00 | $ 3,600.78 |
| 48 | Kevin Deitsch | $ 3,264.71 | $ 0.00 | $ 1,179.92 |
| 49 | Nicholas Benson | $ 143.22 | $ 0.00 | $ 51.76 |
| 50 | Keith Lewis | $ 5,796.88 | $ 0.00 | $ 2,095.08 |
| 51 | Maleno Builders Inc. | $ 22,731.28 | $ 0.00 | $ 8,215.43 |
| 52 | Parker Davis Hvac International, Inc. | $ 117,217.56 | $ 0.00 | $ 42,364.22 |
| 53 | Lucke Homes Inc | $ 14,307.00 | $ 0.00 | $ 5,170.77 |
| 54 | Brett Matthew Norris | $ 6,599.08 | $ 0.00 | $ 2,385.01 |
| 55 | Duane Dibble | $ 301.00 | $ 0.00 | $ 108.79 |
| 56 | Premier Global Transportation Llc | $ 23,650.00 | $ 0.00 | $ 8,547.47 |
| 57 | Pete And Tammy Mccutchen | $ 12,958.13 | $ 0.00 | $ 4,683.27 |
| 58 | West Coast Wine Cellars, Inc. Casey Enyeart | $ 4,420.17 | $ 0.00 | $ 1,597.52 |
| 59 | Matt Smith | $ 455.24 | $ 0.00 | $ 164.53 |
| 60 | Edward J. Lesniak Iii | $ 178.44 | $ 0.00 | $ 64.49 |
| 61 | William Whelan | $ 5,582.51 | $ 0.00 | $ 2,017.60 |
| 62 | Wine Master Cellars, Llc | $ 89,607.86 | $ 0.00 | $ 32,385.65 |
| 63 | Sterling Homes Llc | $ 16,680.88 | $ 0.00 | $ 6,028.73 |
| 64 | Star-Bond, Incorporated | $ 17,618.12 | $ 0.00 | $ 6,367.46 |
| 65 | Scott Hauslee, Homewright Construction | $ 4,200.00 | $ 0.00 | $ 1,517.94 |
| 66 | Cincinnati Lift Truck & Battery Llc | $ 3,720.82 | $ 0.00 | $ 1,344.76 |
| 67 | Heartland Payment Systems, Llc | $ 572,820.41 | $ 0.00 | $ 207,026.08 |
| 68 | Morrison Kitchen And Bath, Llc | $ 11,838.00 | $ 0.00 | $ 4,278.43 |
| 69 | John Lang760 Avenue B | $ 5,280.71 | $ 0.00 | $ 1,908.53 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 70 | Paypal, Inc. | $ 170,190.76 | $ 0.00 | $ 61,509.55 |
| 71 | James L. Deckebach | $ 269,408.73 | $ 0.00 | $ 97,368.45 |
| 73 | Paul Ariano | $ 13,000.00 | $ 0.00 | $ 4,698.40 |
| 74 | Greg G Maurer | $ 6,093.00 | $ 0.00 | $ 2,202.11 |
| 84 | Department Of Taxation | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 1,374,454.44

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $188,657.94 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 75 | Mike Russell | $ 3,478.67 | $ 0.00 | $ 0.00 |
| 76 | Dimitrios Koukoulomatis | $ 5,000.00 | $ 0.00 | $ 0.00 |
| 77 | University Of Illinois | $ 9,192.71 | $ 0.00 | $ 0.00 |
| 78 | Keith Schwab | $ 3,600.00 | $ 0.00 | $ 0.00 |
| 79 | Sawyer"s Specialties | $ 1,276.49 | $ 0.00 | $ 0.00 |
| 80 | Fedex Corporate Services Inc. | $ 150,643.55 | $ 0.00 | $ 0.00 |
| 83 | Christine Smalley | $ 501.33 | $ 0.00 | $ 0.00 |
| 85 | Ryan Estevez | $ 2,635.16 | $ 0.00 | $ 0.00 |
| 88 | James Anderson | $ 8,959.55 | $ 0.00 | $ 0.00 |
| 90 | Accurate Cutting Technologies, Inc | $ 3,370.48 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $24,737.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10-B | Missouri Department Of Revenue | $ 51.25 | $ 0.00 | $ 0.00 |
| 11 | Arizona Department Of Revenue | $ 445.50 | $ 0.00 | $ 0.00 |
| 12 | New York State Department Of Taxation & Finance | $ 1,036.80 | $ 0.00 | $ 0.00 |
| 14 | Ohio Department Of Taxation | $ 21.80 | $ 0.00 | $ 0.00 |
| 23 | Mississippi Department Of Revenue | $ 86.56 | $ 0.00 | $ 0.00 |
| 43 | William Shergy | $ 21,650.00 | $ 0.00 | $ 0.00 |
| 81 | Louisiana Department Of Revenue | $ 94.86 | $ 0.00 | $ 0.00 |
| 87 | Wisconsin Department Of Revenue | $ 20.00 | $ 0.00 | $ 0.00 |
| 89-b | California Department Of Tax And Fee Ad | $ 1,331.10 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors $ 0.00

Remaining Balance $ 0.00

Prepared By: Eric W. Goering
Chapter 7 Trustee

*ERIC W. GOERING, Trustee*
*220 W. THIRD STREET*
*Ste. 399*
*CINCINNATI, OH 45202*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.