# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, a copy of the foregoing Notice was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

US Trustee
Susan Argo
Stephen Butler
Jesse Cloyd
Michael Galasso
Donald Harper, II
Jeffrey Hendericks
Christopher Kennedy
Douglas Lutz
Arturo Gonzalez Martin
Henry Menninger
W. Timothy Miller
C Edward Noe
Donald Rafferty
Stephen Schuh
Nancy Valentine
AJ Webb

And on the following by ordinary U.S. mail addressed to:

Wine Cellar Innovations, LLC
4575 Eastern Ave
Cincinnati, OH 45226

And on the following attached by ordinary US Mail addressed to:

/s/ *Eric W. Goering*
Eric W. Goering

ADAMS, BRYAN
IWA DESIGN CENTER
1445 N. MCDOWELL BLVD
PETALUMA, CA 94954

ALEXANDER CORNU
1420 PINEWOOD DR.
NAPA, CA 94558

ANNAL, LINDA
BUTTERFLY LIQUORS INC.
2265 DOWNER ST
RIVER MALL
BALDWINSVILLE, NY 13027

BEAUREGARD PARISH SHERIFF OFFICE (BPSO)
SALES TAX DEPT
PO BOX 639
DERIDDER, LA 70634-0639

BETSY ODAY
IWA DESIGN CENTER
1445 N. MCDOWELL BLVD
PETALUMA, CA 94954

BOUCHARD, RYAN
1 DAVIS RD
BEDFORD, MA 01730

BROOKS, MATTHEW
400 ALTON RD, UNIT 1803
MIAMI BEACH, FL 33139

BURGHARD, VANCE
TUALATIN LIQUOR
19265 SW MARTINAZZI AVE.
TUALATIN, OR 97062

CITY OF NEW ORLEANS DEPT. OF TAX
PO BOX 61840
NEW ORLEANS, LA 70161-1840

CORDINGLEY, DAN
537 RACE ROAD
COUPEVILLE, WA 98239

ADAMS, JASON
LIGHTHOUSE BEER AND WINE
220 CAUSEWAY DR.
WRIGHTSVILLE BEACH, NC 28480

ANDERSON, DAVID
225 COLONIAL DR.
SOUTH PITTSBURG, TN 37380

BARBEE, PHIL
O.C. TANNER
2301 21ST AVE. SOUTH, STE 300
NASHVILLE, TN 37212

BECK, MARLA
1618 30TH AVE W
SEATTLE, WA 98199

BEVERIDGE, MARK
81 CANNON ROYAL DR
KEY WEST, FL 33040

BOUSHER, GLEN
BESCO ASSOCIATES
31192 LA BAYA DRIVE
SUITE H
THOUSAND OAKS, CA 91362

BROUSSARD, MARY JANE
13224 GLAD ACRES DR
DALLAS, TX 75234

CAPOZZI, KEN
1522 OAK RIDGE WAY
LOS GATOS, CA 95030

COLE, CRAIG
123 TIMBER RIDGE DR.
HARMONY, PA 16037

COREY, MICHELLE
3812 BOULDER DR
EDWARDSVILLE, IL 62025

ALABAMA
50 N. RPLEY ST.
MONTGOMERY, AL 36104

ANDERSON, NOAH
6120 MID ATLANTIC DR.
MORGANTOWN, WV 26508

BAUER, BREANNA
111 WEST MOUNT HOPE AVE.
LANSING, MI 48910

BERNINGER, MARIAN
HUBERT MERCHANDISING SOLUTIONS
9555 DRY FORK RD.
HARRISON, OH 45030

BONASERA, GRETCHEN
80 EAST OLENTANGY ST
POWELL, OH 43065

BRINGAS, MARIO
1613 FIELD RD.
SARASOTA, FL 34231

BUDDENBOHM, HAL
409 JUSTICE VALLEY ST.
KNOXVILLE, TN 37934

CAVANAUGH, CANDACE
CANDACE CAVANAUGH INTERIORS
1278 INDIANA ST. SUITE 500
SAN FRANCISCO, CA 94107

COMPTROLLER OF MARYLAND
301 W. PRESTON STREET
BALTIMORE, MD 21201

CRANLEY, JACK
CASCADIA PREMIUM WINES
PORTLAND, OR 97202

CULVER, GREGORY
5500 ALBIA RD
BETHESDA, MD 20816

DOWNING, GARRETT
28 HICKORY MEADOW RD
COCKEYSVILLE, MD 21030

ESCUDERO, MARIA EMILIA
RIVERA FERRER #8
URB SAN PATRICIO
GUAYNABO, PR 00968

FROMER, YVETTE
3585 ROUTE 82
MILLBROOK, NY 12545

GAY, CHRIS
FUTURE SUPPLY
300 W. COMMERCIAL ST
PORTALES, NM 88130

GIGANTELLI, MARC
1064 3RD ST.
NAPA, CA 94558

HALE, RANDALL
5121 MEADOW VIEW LANE
SOUTH LEBANON, OH 45065

HOTZ, KIMBERLY
RIO HILL WINE & BEER
1908 RIO HILL CENTER
CHARLOTTESVILLE, VA 22901

JURADO, JOSE
17263 BARBERRY RD.
ALPHARETTA, GA 30004

KERRIDGE, JOHN
10306 STONEY BEACH POINT
TRAVERSE CITY, MI 49686

DAHEL, DILIP
132 GLOSTER RD.
LAWRENCEVILLE, GA 30044

DREYFUS, MICHAEL
THE WINE ENTHUSIAST
200 SUMMIT LAKE DRIVE
4TH FLOOR
VALHALLA, NY 10595

FLORES, ERIC
COOL WINE CELLAR INC.
600 LAKESHORE TERRACE
FORT LAUDERDALE, FL 33325

GAFFORD, CHARA
URBAN CHEF
2809 PLAM ST.
HOUSTON, TX 77004

GAZELLE, SCOTT
JUDY BONZI DESIGN
36 AMSBURY ST.
ROCKPORT, ME 04856

GREGORY, JEFFREY
5045 FALLS OF NEUSE RD.
RALEIGH, NC 27609

HELFER, ALAN
15066 AUDREY JEAN DR
WATERFORD, VA 20197

HULETT, BRANDON
6296 PROPRIETORS RD
COLUMBUS, OH 43085

KARP, ARNOLD
KARP ASSOCIATES
16 CROSS STREET
NEW CANAAN, CT 06840

KHAZAL, BRIAN
WAYSIDE LIQUOR INC.
703 CRESTON RD
PASO ROBLES, CA 93446

DITZLER, MATT
1812 TRAYMORE RD
MINNETONKA, MN 55305

ENYEART, CASEY
WEST COAST WINE CELLARS INC.
4931 NE 37TH AVE.
PORTLAND, OR 97211

FREW, EMILY
7152 CARMEL VALLEY RD.
CARMEL, CA 93923

GAWEL, NYLA
8909 CHARRED OAK DR
BETHESDA, MD 20817

GEORGIA DEPARTMENT OF REVENUE
1800 CENTURY BLVD NE
ATLANTA, GA 30345

GUNTHER, JESSICA
GROVEDALE WINERY
[illegible]
WYALUSING, PA 18853

HOLMES, ROBERT
707 E. CERVANTES ST
STE B BOX 231
PENSACOLA, FL 32504

JONES, CLINTON AND GWINLANN
1154 SODA CANYON RD
NAPA, CA 94558

KAUFMAN, JIM
14715 STONEHEDGE DR.
NOVELTY, OH 44072

KIBBEE, BRENDA
BROTHER AND BROTHER BUILDERS
SAN JOSE, CA 95131

KIM, CHRIS
46 PARK ST
TENAFLY, NJ 07670

KRIVAK, ANDREW
196 GILSON RD
JAFFREY, NH 03452

LATRANYL, MARK
108 INDEPENDENCE LN
DANVILLE, PA 17821

LU, MING
42 STUART DR
SYOSSET, NY 11791

MAHONEY, BRENDEN
ABLE FARM & GARDEN
51 SOUTH RD.
PEPPERELL, MA 01463

MATTHEWS, TIM
930 OSPREY POINT LANE
KNOXVILLE, TN 37922

MCLENDON, ERICK
B AND L CABINETS
901 MOBILE DR.
LONGVIEW, TX 75604

MICHIGAN DEPARTMENT OF TREASURY
430 W ALLEGAN ST.
LANSING, MI 48933

MOSER, MIKE
169 LANCASTER DR.
FRANKLIN, TN 37064

PEDARRE, HERB
6505 N GLEN DR
CUMMING, GA 30028

KIMBERLIN, AARON
UPWARD PROJECTS
3443 N CENTRAL AVE.
PHOENIX, AZ 85012

LAFOURCHE PARISH
SALES & USE TAX DEPT
PO BOX 997
THIBODAUX, LA 70302

LEMONS, TODD
GLOVE TRADE SERVICES
2275 MICHAEL FARADY DR.
SUITE 6
SAN DIEGO, CA 92154

LUSTIG, MITCH
11710 OLD GEORGE TOWN RD.
UNIT 1608
N BETHESDA, MD 20852

MALYSZKO, FILIP
STEVE & FILIP DESIGN
2047 WEST OHIO
CHICAGO, IL 60612

MAXWELL, MICHAEL
MARKET WINES
712 MAPLE AVE
NEWPORT, KY 41071

MEUTSCH, CHRIS
IWA DESIGN CENTER
1445 N. MCDOWELL BLVD
PETALUMA, CA 94954

MILLER, JIM
DBA SPECIALTY WOODWORK INC.
7725 RIDGE DR. NE
SEATTLE, WA 98115

MYERS, MARK
BOBY AND STEVE'S AUTOWORLD
10740 NORMANDALE BLVD
MINNEAPOLIS, MN 55437

PERRY, ROBERT
10 SUNSET RD.
BRIDGTON, ME 04009

KOUKOULOMATIS, DIMITRI
1286 W 106 ST
CARMEL, IN 46032

LARSEN, BRADLEY
5282 RED PASS WAY
CASTLE ROCK, CO 80108

LESNIAK, EDWARD
2503 JARVIS ST SW
[illegible] INDUSTRIES
DECATUR, AL 35603

MAHER, MEGAN
200 29TH STREET
UNIT 1
SAN FRANCISCO, CA 94131

MARTIN, KAREN
4212 EILEEN DR
CINCINNATI, OH 45209

MCCREARY, STEVE
2117 CHEROKEE PKWY
LOUISVILLE, KY 40204

MEXICO CAFE GAITAN
44500 PECHANGA PKWY
TEMECULA, CA 92592

MILLHAM, TRACEY
NEW WEST BUILDING COMPANY
3520 S. PARK DR
JACKSON, WY 83001

O'NEIL, GEORGE
28 BLOCK BLVD.
MASSAPEQUA PARK, NY 11762

PERSICHETTI, KELLY
AKP BUTCHER'S LLC
DBA NEW YORK BUTCHER SHOPPE & WINE BAR
CRABAPPLE
625 JEFFERSON PLACE
CUMMING, GA 30040

REEVES, JASON
5275 STONY RUN CT.
HAMILTON, OH 45011

ROBERTS, CHRIS
HEINENS INC.
4540 RICHMOND RD.
CLEVELAND, OH 44128

ROMAN, SANTO
RAIN CITY WINES
10131 MAIN ST
SUITE A
BOTHELL, WA 98011

RUESCHHOFF, JAN
2700 JENNIFER CIRCLE
COLLEGE STATION, TX 77845

SCHLUETER, RICHARD
1932 NORTH DRUID HILLS RD
ATLANTA, GA 30319

SILVUS, KIMBERLY
169 DEERCREST CIRCLE
FRANKLIN, TN 37069

SLOAN, KENNETH
KENNETT SQUARE GOLF & COUNTRY CLUB
100 E. LOCUST LN
KENNETT SQUARE, PA 19348

STRAUSS, CHRIS
9 SILVERCREST DR.
ASBURY PARK, NJ 07712

SWEZEY, HOLLY
101 W. WILLOW RD
MILWAUKEE, WI 53217

TRUESDELL, RICHARD
530 ROADRUNNER LN NE
ALBUQUERQUE, NM 87122

RIDLEY, SHARON
2914 WEST BROOK LN.
BOWIE, MD 20721

RODGERS, CARRIE ROST
104 E GENESEE ST
SKANEATELES, NY 13152

ROMERO, JOSE
527 SHELDON RD
CHANNELVIEW, TX 77530

SAAR, YOAZ
YORE FINE HOMES
367 N COLUMBIA AVE.
COLUMBUS, OH 43209

SCHLUETER, RICHARD
1932 NORTH DRUID HILLS RD.
ATLANTA, GA 30319

SINGH, SAHEB
22426 ANNEPE WAY
CHATSWORTH, CA 91311

SOUSA, PAUL
2637 US HIGHWAY 89
FISH HAVEN, ID 83287

STRITMATTER, PATRICIA
79341 LIGA
LA QUINTA, CA 92253

TERRY, WILLIAM
NASHVILLE WINE STORAGE
701 COWAN ST
NASHVILLE, TN 37207

TOMLINSON, KENNETH
11908 SPARKS RD
MANOR, TX 78653

RIPOSTA, LOUIS
SMOKE RINGS 72 CIGAR & PIPE
925 N COURTENAY PKWY #1-5
MERRITT ISLAND, FL 32953

ROETZEL, FRANK
6034 HEAVENLY VIEW
STEAMBOAT SPRINGS, CO 80487

ROSENBERG, SAMUEL
2318 MORETOWN COMMON RD
MORETOWN, VT 05660

SAPIENZA, DINO
THE WINE ENTHUSIAST
200 SUMMIT LAKE DR. 4TH FLOOR
VALHALLA, NY 10595

SILVIANO, JOHN
1638 OLD CEDAR SWAMP RD
GLEN HEAD, NY 11545

SLEUWEN, MARKUS
1511 FRANKLIN AVE.
RIVER FOREST, IL 60305

STEES, BRADLEY
ENVY WINE ROOM
17822 HIGH CREEK DR.
SPRING, TX 77379

SUGAR BEET FOOD CO-OP
GENERAL MANAGER
812 W. MADISON ST
OAK PARK, IL 60302

THORNTON, ANN
AK THORNTON HOLDINGS LLC
1708 ERROL WOODS DR
APOPKA, FL 32712

URBINA, JEFF
726 EAST SHORE RD
JAMESTOWN, RI 02835

VENEZIA, LOU
BROOKFIELD COUNTRY WINE & SPIRITS
143 FEDERAL RD.
BROOKFIELD, CT 06804

VONTZ, MARGE
525 MILTON ST
CINCINNATI, OH 45202

WHELAN, KEVIN
63 PERKINS ROW
TOPSFIELD, MA 01983

WINE CELLAR INNOVATIONS, LLC
C/O JAMES DECKEBACH
2493 ERIE AVE.
CINCINNATI, OH 45208

WOOD, DANIEL
MORGANTE WILSON ARCHITECTS
2834 CENTRAL ST
EVANSTON, IL 60201

ZRALKA, KEITH
28017 SW LADD HILL
SHERWOOD, OR 97140

VERDON, SHERRY
213 S. MAIN ST.
FOND DU LAC, WI 54935

WALTERS, THOMAS
102 WAKEFIELD CT.
CHARLOTTESVILLE, VA 22901

WILKERSON, LARRY
1112 HIGHWAY 278 E STE B
AMORY, MS 38821

WINE MASTER CELLARS, LLC
DBA VINTAGEVIEW WINE STORAGE SYSTEMS
WINE RACK SUPERSTORE
PO BOX 1151
HENDERSONVILLE, TN 37077

WROBEL, WILLIAM
117 FOREST PARK RD
OTTAWA, IL 61350

VIVERO, JENNIFER
1209 SOUTH ROXMERE RD
TAMPA, FL 33629

WALTON, DAVID
1492 MARKLAND ST
COLUMBUS, OH 43235

WINDMILL BEVERAGES
400 BOB WALLACE AVE SW
HUNTSVILLE, AL 35801

WOLF, CARISSA
12169 S. KODIAK CT.
DRAPER, UT 84020

YOUNG, DEBORAH
GLOBAL INDUSTRIAL DISTRIBUTION INC.
2505 MILL CENTER PARKWAY, SUITE 100
BUFORD, GA 30518

AIR INNOVATIONS INC
DBA WINE GUARDIAN
7000 PERFORMANCE DRIVE N
SYRACUSE, NY 13212

ALEXI VAN HEERDEN
SAWYER'S SPECIALITIES
353 MAIN STREET
SOUTHWEST HARBOR, ME 04679

AMERICAN ELEVATORS
235 STARK STREET
CINCINNATI, OH 45214

AMEZ TRS CO INC
BECKET & LEE LLP
PO BOX 3001
MALVERN, PA 19355

ARIANO, PAUL
1041 MANISON RIDGE ROAD
SANTA FE, NM 87501

ARKANSAS DEPARTMENT OF FINANCE AND ADMIN
PO BOX 8123
LITTLE ROCK, AR 72203

AUSTIN NEUHOFF
4016 COLGATE AVE
DALLAS, TX 75225

BIVONA, BETH ANN
200 DELAWARE AVE #1200
BUFFALO, NY 14202

CADDO SHEREVEPORT SALES
PO BOX 104
SHREVEPORT, LA 71161

CINCINNATI LIFT TRUCK & BATTERY LLC
7685 OH-48 STE 5
MAINEVILLE, OH 45039

AIR INNOVATIONS WINE GUARDIAN
7000 PERFORMANCE DRIVE
SYRACUSE, NY 13212

ALFRED R. MCCOY
11071 DELLBROOK COURT
CINCINNATI, OH 45241

AMERICAN EXPRESS GLOBAL
MERCHANT SERVICE
PO BOX 299051
FORT LAUDERDALE, FL 33329-9051

APPLIED INDUSTRIAL TECHNOLOGIES, INC.
C/O JORDAN MOORE
1 APPLIED PLAZA
CLEVELAND, OH 44115

ARIZONA DEPARTMENT OF REVENUE
1600 W. MONROE
PHOENIX, AZ 85007

ARTURO GONZALEZ MATRIN
PO BOX 1256
GURABO, PR 00778

AVOYELLES PARISH SCHOOL BOARD
221 TUNICA DRIVE WEST
MARKSVILLE, LA 71351

BOSSIER CITY PARISH SALES
PO BOX 71313
BOSSIER CITY, LA 71171

CALIFORNIA DEPT OF TAX AND FEE ADMIN.
PO BOX 942879
SACRAMENTO, CA 94279

CITY OF BATON ROUGE
PARISH OF E BATON ROUGE DEPT
PO BOX 2590
BATON ROUGE, LA 70821

ALABAMA
50 N. RPLEY ST.
MONTGOMERY, AL 36104

AMERICAN CORADIUS INTERNATIONAL PAY-PAL
2420 SWEET HOME RD #160
BUFFALO, NY 14228-2244

AMERICAN METAL SUPPLY COMPANY
11337 WILLIAMSON ROAD
CINCINNATI, OH 45241

ARGO, SUSAN
GRAYDON HEAD & RITCHEY LLP
312 WALNUT STREET #1800
CINCINNATI, OH 45202

ARIZONIA DEPAT OF REVENUE
OFFICE OF THE ARIZONIA ATTORNY GENERAL
2005 N CENTRAL AVE #100
PHOENIX, AZ 85004

ASSUMPTION PARTISH
SALES & USE TAX DEPT
PO DRAWER 920
NAPOLEONVILLE, LA 70390

BENSON, NICHOLAS
1361 E JASMINE AVE
SANDY, UT 84092

BRETT MATTHEW NORRIS
4412 VERNE AVE
CINCINNATI, OH 45209

CASTRO, MARGARET
ASST. US ATTORNEY
221 E. FOURTH STREET #400
CINCINNATI, OH 45202

CLEARY, PAUL
241 DUNK ROCK ROAD
GUILFORD, CT 06437

CLOYD, JESSE
55 ALHAMBRA PLAZA #800
MIAMI, FL 33134

CONNECTICUT DEPT OF REVENUE SERVICE
450 COLUMBUS BLVD
HARTFORD, CT 06103

DIORIO FOREST PRODUCTS INC
PO BOX 6631
ASHLAND, VA 23005

DONALD J RAFFERTY
COHEN TODD KITE & STANFORRD, LLC
250 E FIFTH STREET #2350
CINCINNATI, OH 45202

DOUGLAS, LUTZ
FROST BROWN TODD LLC
3300 GREAT AMERICAN TOWER
301 E. FOURTH STREET
CINCINNATI, OH 45202

ESTEVEZ, RYAN
2904 WEST BAY VILLA AVE
TAMPA, FL 33611

FEDEX
PO BOX 233125
PITTSBURGH, PA 15251-2125

FRANK PAXTON LUMBER CO., LLC
7455 DAWSON RD.
CINCINNATI, OH 45243

GRUBIN, JANICE
1270 AVE OF THE AMERICAS #501
NEW YORK, NY 10020

HEARTLAND
ONE HEARTHLAND WAY
JEFFERSONVILLE, IN 47130

COLORADO SALESS TAX
TAXPAYER SERVICE CENTER
PO BOX 17087
DENVER, CO 80217

DECORSTAINLESS
BROWN & JOSEPH, LLC
C/O PETER GELDES
PO BOX 249
ITASCA, IL 60143

DISTRICT OF COLUMBIA DEPT OF REVENUE
1101 4TH ST. SW #270
WASHINGTON, DC 20024

DONALD W. HARPER, II
GILES & HARPER LLC
1050 DELTA AVE #1000
CINCINNATI, OH 45208

DUANE DIBBLE
249 ARBRE CROCHE CT
CHESTERTON, IN 46304

FASTENAL COMPANY
ATTN: LEGAL
2001 THEURER BLVD.
WINONA, MN 55987

FEDEX CORPORATE SERVICES
3965 AIRWAYS BLVD
MODULE G 3RD FLOOR
MEMPHIS, TN 38116

GELHAUS, PIERCE
3750 GRAND AVE
DES MOINES, IA 50312

HARVEY, MAJORIE
2035 GARRAUX ROAD NW
ATLANTA, GA 30327

HEARTLAND PAYMENT SYSTEMS, LLC
JONATHAN W. JORDAN
KING & SPAULDING LLP
1180 PEACHTREE STREET NE 35TH FLOOR
ATLANTA, GA 30309

COMPTROLLER OF MARYLAND
301 W. PRESTON ST
BALTIMORE, MD 21201

DEITSCH, KEVIN
1369 NORTHVIEW DRIVE
ERIE, CO 80516

DMJ DESIGN BUILD LLC
19115 FM 2252 #14
SAN ANTONIO, TX 78266

DOSTAL, KARL
MCM CPA'S AND ADVISORS
201 E FIFTH STREET
CINCINNATI, OH 45202

EDWARD J. LESNIAK III
2503 JARVIS ST SW
DECATUR, AL 35603

FASTENAL COMPANY
PO BOX 1286
WINONA, MN 55987-1286

FLORIDA DEPARTMENT OF REVENUE
PENSACOLA SERVICE CENTER
2205 LA VISTA AVE. STE B
PENSACOLA, FL 32504-8210

GEORGIA DEPARTMENT OF REVENUE
1800 CENTURY BLVD NE
ATLANTA, GA 30345

HAWAII DEPARTMENT OF TAXATION
PO BOX259
HONOLULU, HI 96809

CANADA
HELEN HAIYIN XIE
78 CHANT CRESCENT
MARKHAM, CANADA L3R1Y8

HENRY MENNINGER JR
600 VINE STREET #2500
CINCINNATI, OH 45202

INDIANA DEPARTMENT OF REVENUE
4475 RAY BOLL BLVD
COLUMBUS, IN 47203

IRVINE WOOD RECOVERY
C/O SEAN DONOVAN ESQ
STAGNARO SABA & PATTERSON CO LPA
2623 ERIE AVE
CINCINNATI, OH 45208

JOHNSTON SUPPLY C/O ED NOE, ESQ
810 SYCAMORE STREET 4TH FLOOR
CINCINNATI, OH 45202

KENTUCKY DEPARTMENT OF REVENUE
PO BOX 181
FRANKFORT, KY 40602-0181

LAFOURCHE PARISH SALES & TAX
PO BOX 997
THIBODAUX, LA 70302

LAYFETTE PARISH SCHOOL SYSTEM SALES TAX
PO BOX 3883
LAFAYETTE, LA 70502

LIVINGSTON PARISH SCHOOL BOARD SALES TAX
PO BOX 1030
LIVINGSTON, LA 70754

LUCKE HOMES INC
C/O GREGORY WILSON ESQ
1411 SYCAMORE STREET
CINCINNATI, OH 45202

MAINE REVENUE SERVICES
51 COMMERCE DR.
AUGUSTA, ME 04330

IDAHO STATE TAX COMMISSION
PO BOX 56
BOISE, ID 83756

IOWA DEPARTMENT OF REVENUE
PO BOX 10330
DES MOINES, IA 50306-0330

IWA DESIGN CENTER
BESTY ODAY
1445 N MCDOWELL BLVD
PETALUMA, CA 94954

KANSAS DEPARTMENT OF REVENUE
120 SE 10TH AVE
TOPEKA, KS 66612

KOLLER WARNER CONSTRUCTION LLC
801 WINCHESTER ROAD #100
LEXINGTON, KY 40505

LAKESHORE WINE CELLARRS
PAM KOPP
1322 STILL RIVER DRIVE
VENICE, FL 34293

LEVY, JASON
THE LEVY RECOVERY GROUP
PO BOX 7694
BLOOMFIELD HILLS, MI 48302

LORPEN PROPERTIES LTD
3568 COLUMBIA PARKWAY
CINCINNATI, OH 45226

LUSTIG, MITCH
11710 OLD GEORGE TOWN ROAD
ROCKVILLE, MD 20852

MALENO BUILDERS INC
DOMINIC MALENO
2340 W GRANDVIEW BLVD
SUITE 1
ERIE, PA 16506

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19035
SPRINGFIELD, IL 62794-9043

IRS
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101

JESSE RANDALL LLOYD
AGENTIS PL LLC
55 ALHAMBRA PLAZA #800
MIAMI, FL 33134

KEDCO
564 SMITH STREET
FARMINGDALE, NY 11735

KOUKOULOMATIS, DIMITRIOS
1286 W 106TH STREET
CARMEL, IN 46032

LANG, JOHN
760 AVE B
REDONDO BEACH, CA 90277

LEWIS, KEITH
894 LAVERTY LANE
CINCINNATI, OH 45230

LOUISIANA DEPARTMENT OF REVENUE
PO BOX 66658
BATON ROUGE, LA 70896

MAHER, KATHLEEN
594 SUTTON PLACE
ASHLAND, OR 97520

MALINOWSKI, RICHARD
1464 VIA VISTA
NIPOMO, CA 94333

MARGARITA, ANNIE
49154 MCKENZIE HWY
VIDA, OR 97488

MAURER, GREG
2958 LORIE LANE
COLUMBUS, OH 43221

MILAN MAGERA
DBA TATRA SERVICES LLC
873 RED ROCK COURT
SUWANEE, GA 30024

MISSISSIPPI DEPT OF REVENUE
PO BOX 22808
JACKSON, MS 39225

MORRISON KITCHEN & BATH LLC
SAMUEL SIMON ESQ
401 LIBERTY AVE 22ND FL
PITTSBURGH, PA 15222

NEVADA DEPARTMENT OF REVENUE
700 E WARM SPRINGS RD 2ND FLOOR
LAS VEGAS, NV 89119

NEW YORK STATE DEPT OF TAXATION &
FINANC
PO BOX 5300
ALBANY, NY 12205-0300

OHIO (CAT TAX)
PO BOX 16158
COLUMBUS, OH 43216-6158

OHIO BUREAU OF WORKERS COMPENSATION
ATTN: LAW SECTION BANKRUPTCY UNIT
PO BOX 15567
COLUMBUS, OH 43215-0567

PA DEPARTMENT OF REVENUE
PO BOX 280427
HARRISBURG, PA 17128-0472

MARIA EMILLA ESCUDERO
RIVER FERRER #8
GUAYNABO, PR 00968

MCGUIRE, KEVIN
WINE CELLAR CONSULTING INC
3125 FLINTLOCK ROAD
FAIRFAX, VA 22030

MINNESOTA DEPARTMENT OF REVENUE
600 ROBERT ST. N
SAINT PAUL, MN 55101

MISSOURI DEPARTMENT OF REVENUE
301 W HIGH ST.
JEFFERSON CITY, MO 65101

NANCY A VALENTINE
MILLER CANFILED PADDOCK & STONE PLC
1100 SUPERIOR AVE E
SUITE 1750
CLEVELAND, OH 44114

NEW JERSEY DIVISION OF TAXATION
PO BOX 999
TRENTON, NJ 08646-0999

NORTH CAROLINA
PO BOX 25000
RALEIGH, NC 27640-0640

OHIO - SALES TAX
PO BOX182131
COLUMBUS, OH 43218-2401

OHIO DEPARTMENT OF TAXATION
PO BOX 530
COLUMBUS, OH 43216

PAN AMERICAN GRAIN GROUP
LATIN BRANDS, CORP
#9 CLAUDIA STREET
AMELIA INDUSTRIAL PARK
GUAYNABO, PR 00968

MASSACHUSETTS DEPARTMENT OF REVENUE
436 DWIGHT ST. SUITE 312
SPRINGFIELD, MA 01103

MICHIGAN DEPARTMENT OF TREASURY
430 W ALLEGAN ST.
LANSING, MI 48933

MISSISSIPPI DEPARTMENT OF REVENUE
500 CLINTON CENTER DR.
CLINTON, MS 39056

MISSOURI DEPARTMENT OF REVENUE
PO BOX 475
JEFFERSON CITY, MO 65105

NEBRASKA
PO BOX 98934
LINCOLN, NE 68509-8934

NEW MEXICO TAXATION REVENUE
1200 SOUTH ST. FRANCIS DRIVE
SANTA FE, NM 87505

NYS SALES TAX PROCESSING
PO BOX 15172
ALBANY, NY 12212-5172

OHIO ATTORNEY GENERAL
30 E. BROAD STREET
14TH FLOOR
COLUMBUS, OH 43215

OKLAHOMA TAX COMMISSION
PO BOX 269058
OKLAHOMA CITY, OK 73126-9058

PARKER DAVIS HVAC INTERNATION INC
3250 NW 107TH AVE
MIAMI, FL 33172

PAXTON HARDWOOD
PO BOX 74007371
CHICAGO, IL 60674-7341

PITSTICK, SI
NEWMARK
ONE EAST FOURTH STREET
SAINT CLOUD, MN 56303

PREMIER GLOBAL TRANSPORATION LLC
C/O JOSEPH E LEHERT ESQ
KMK LAW
1 E 4TH STREET #1400
CINCINNATI, OH 45202

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 02908

ROBERT JUNG & CATHERINE YUNG
581 ADALIZ WAY
GREER, SC 29651

RUSSELL, MIKE
2240 DAD HAWKS
FLAGSTAFF, AZ 86005

SCHWAB, KEITH
5000 CHANTILLY LANE
CINCINNATI, OH 45238

SHERMAN WILLIAMS
PO BOX 33127
LOUISVILLE, KY 40232

SMITH, MATT
CUYAHOGA LANDMARK
21079 WESTWOOD DR
STRONGSVILLE, OH 44149

ST CHARLES PARISH SCHOOL BOARD SALES &
T
13855 RIVER ROAD
LULING, LA 70070

PAYPAL INC
ATTN: BANKRUPTCTY
PO BOX 5138
LUTHERVILLE TIMONIUM, MD 21094

PLANET ONE PRODUCTS
1445 NORTH MCDOWELL BLVD
PETALUMA, CA 94954

QUINTESSENCE HOTEL
19390 WEST TEN MILE
SOUTHFIELD, MI 48075

RICHARDS, ADAM
3671 TUXEDO ROAD NW
ATLANTA, GA 30305

ROBERT SILVERMAN & CHRIS KRAVITZ
PHILLIPS NIZER LLP
ATTN: RICHARD KAYE, ESQ
485 LEXINGTON AVE 14TH FLOOR
NEW YORK, NY 10017

SAFE HARBOR EQUITY LLC
1521 ALTON ROAD #529
MIAMI BEACH, FL 33139

SCOTT HAUSLER
HOMEWRIGHT CONSTRUCTION
285 W PENNSYLVANIA AVE
SOUTHERN PINES, NC 28387

SHERWIN WILLIAMS CO. CST
PO BXO 33127
LOUISVILLE, KY 40232

SOUTH CAROLINA DEPARTMENT OF REVENUE
TAX PAYER AND BUSINESS SERVICES
COLUMBIA, SC 29214-0400

ST MARTIN PARISH SCHOOL BOARD SALES
PO BOX 1000
BREAUX BRIDGE, LA 70517

PETE & TAMMY MCCUTCHEN
1525 FIELD STORE RD
NEW MARKET, TN 37820

POLYMERSHAPES LLC
C/O NCS
729 MINER ROAD
CLEVELAND, OH 44143

REEVES, TONY
3150 HABERSHAM ROAD
ATLANTA, GA 30305

RIGSBY, ANDREW
640 DANIEL COURT
CINCINNATI, OH 45244

RT & J PLUMBING
3816 MONTGOMERY ROAD
CINCINNATI, OH 45212

SCHARF, CEO/PRESIDENT, CHARLES WELLS
FARGO BANK
800 WALNUT
DES MOINES, IA 50309

SHERGY, WILLIAM
1511 BOHANNON DRIVE
HUNTSVILLE, AL 35802

SMALLEY, CHRISTINE
5803 LIMESTONE COURT
NEWPORT, KY 41076

SOUTH DAKOTA DEPARTMENT OF REVENUE
445 E CAPITALAVE
PIERRE, SD 57501

STAR-BOND INC
6711 FOX HUNT COURT
WEST CHESTER, OH 45069

STATE OF NORTH DAKOTA
OFFICE OF STATE TX
600 E. BOULEVARD AVE
BISMARCK, ND 58505

STERLING HOMES LLC
347 STANLEY AVE
CINCINNATI, OH 45226

TEXAS DEPARTMENT OF REVENUE
PO BOX 149348
AUSTIN, TX 78714-9348

TRIVEDI, MAHESH
50505 STATE ROAD 933N
SOUTH BEND, IN 46637

UNITED ELECTRIC
DBA MAGIC AIRE
501 GLAVESTON STREET
WICHITA FALLS, TX 76301

US ATTORNEY GENERAL
950 PENNSYLVANIA AVE
WASHINGTON, DC 20530

VIRGINIA DEPARTMENT OF REVENUE
1957 WESTMORLAND ST.
RICHMOND, VA 23230

WASHINGTON DEPARTMENT OF REVENUE
1330 N WASHINGTON ST.
SPOKANE, WA 99201

WEST VIRGINIA DEPARTMENT OF REVENUE
397 MID ATLANDIC BLVD
MARTINSBURG, WV 25404

WHISPERKOOL CORP
1738 EE. ALPINE AVE
STOCKTON, CA 95205-2505

STATE OF OHIO
GREG DELEV
DELEV & ASSOC.
1050 DELTA AVE #1000
CINCINNATI, OH 45208

TANGIPAHOA PARISH SCHOOL & TAX DIVISION
PO BOX 159
AMITE, LA 70422

THE WINE ENTHUSIAST
DINO SAPIENZA
200 SUMMIT LAKE DRIVE 4TH
VALHALLA, NY 10595

TUALATIN LIQUOR VANCE BURGHARD
19265 SW MARTINAZZI AVE
TUALATIN, OR 97062

UNIVERSITY OF ILLINOIS
JACKIE SZYMONIAK
2560 STONECREED BLVD
CHAMPAIGN, IL 61820

UTAH STATE TAX COMMISSION SALES TAX
210 N 1950 W
SALT LAKE CITY, UT 84134-0400

W. TIMOTHY MILLER
1800 STAR BANK CENTER
425 WALNUT STREET
CINCINNATI, OH 45202

WELLS FARGO BANK
ATTN: MICHELLE SCHULTEN
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS, IA 52404

WHELAN, WILLIAM
63 PERKINS ROW
TOPSFIELD, MA 01983

WINE CELLAR INNOVATIONS, LLC
C/O JAMES DECKEBACH
2493 ERIE AVE.
CINCINNATI, OH 45208

STEPHEN SCHUH
SCHUH & GOLDBERG LLP
2368 VICTORY PARKWAY #650
CINCINNATI, OH 45206

TENNESSEE DEPARTMENT OF REVENUE
PO BOX 190665
NASHVILLE, TN 37219

THE WINE ENTHUSIAST, INC
SIMON GERSON
114 W. 47TH STREET
COWN, LIEBOWITZ & LATMAN
NEW YORK, NY 10036

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE, WI 53158

US ATTORNEY
221 E FOURTH STREET #400
CINCINNATI, OH 45202

VERMONT DEPARTMENT OF TAXATION
133 STATE STREET
MONTPELIER, VT 05633-1401

WARD HOWES LYDEN DESIGN GROUP
REBECCA BLOUIN
3351 S HIGHLAND DRIVE
LAS VEGAS, NV 89109

WEST COAST WINE CELLARS
CASEY ENYEART
4931 NE 37TH AVE
PORTLAND, OR 97211

WHISPERKOOL CORP
DBA VINOTHEQUE WINE CELLARS
1738 EAST ALPINE AVE.
STOCKTON, CA 95205

WINE MASTER CELLARS
4690 JOLIET STREET
DENVER, CO 80239

WYOMING DEPARTMENT OF REVENUE
122 W 25TH ST.
CHEYENNE, WY 82001

WISCONSIN DEPARTMENT OF REVENUE 4-SPU
BANKRUPTCY
PO BOX 8901
MADISON, WI 53708

ZIFF, BEN
ZIFFCAP, LLC
PO BOX 7694
BLOOMFIELD HILLS, MI 48302

WONG, ROBERT
11 KAILUANA PLACE
KAILUA, HI 96734

TN Dept of Revenue
c/o TN Attorney General's Office
Stephen Butler
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

PAN AMERICAN GRAIN GROUP
LATIN BRANDS, CORP.
#9 CLAUDIA STREET
AMELIA INDUSTRIAL PARK
GUA YNABO, PR 00968

ARTURO GONZALEZ MARTIN
PO BOX 1256
GURABO, PR 00778-1256

Clerk US Bankruptcy Court
Atrium Two, Suite 800 221 E. Fourth Street
Cincinnati, OH 45202

Andrew D. Rigsby
640 Daniel Court
Cincinnati, Oh 45244

Jm Investment Trust
Attn: John Marshall / Trustee
6800 Paragon Place, Ste 202
Richmond, Va 23230

Helen Haiyin Xie
78 Chant Crescent
Markham, Canada L3r 1Y8

William Shergy
1511 Bohannon Dr.
Huntsville, Al 35802

William Whelan
63 Perkins Row
Topsfield, Ma 01983

Missouri Department Of Revenue
Po Box 475
Jefferson City, Mo 65105

New York State Department Of Taxation & Finance
Bankruptcy Section
P O Box 5300
Albany, Ny 12205-0300

Ohio Department Of Taxation
P.O. Box 530
Columbus, Oh 43216

Mississippi Department Of Revenue
Attn: Bankruptcy Section
P.O. Box 22808
Jackson, Ms 39225-2808

Illinois Department Of Revenue
c/o Revenue Division, Bankruptcy Unit
115 S. LaSalle Street, Floor LL2
Chicago, IL 60603

Louisiana Department Of Revenue
Bankruptcy Section
Po Box 66658
Baton Rouge, La 70896
Ohio Bureau Of Workers'' Compensation
Po Box 15567
Columbus, Oh 43215-0567

Wisconsin Department Of Revenue
4-Spu Bankruptcy
Po Box 8901
Madison, Wi 53708-8901

California Department Of Tax And Fee Ad
Po Box 942879
Sacramento, Ca 94279-0055

Texas Comptroller Of Public Accounts
C/O Office Of The Attorney General Bankruptcy And Collections Division
Po Box 12548 Mc 008
Austin Tx 78711

Adam Richards
3671 Tuxedo Road Nw
Atlanta, Ga 30305-3671

Applied Industrial Technologies, Inc.
C/O Jordan Moore
1 Applied Plaza
Cleveland Oh 44115

Fastenal Company
Attn: Legal
2001 Theurer Blvd.
Winona, Mn 55987

Decorstainless Co Ltd Brown & Joseph Llc
C/O Peter Geldes
Po Box 249
Itasca, Il 60143

Frank Paxton Lumber Company, Llc
7455 Dawson Road
Cincinnati, Oh 45243

Polymershapes Llc
C/O Ncs
729 Miner Road
Highland Heights, Oh 44143

The Wine Enthusiast, Inc.
Simon Gerson
114 W. 47Th Street
Cowan Liebowitz & Latman
New York, Ny 10036

Quintessence Hotel
19390 West Ten Mile
Southfield, Mi 48075-1939

Johnstone Supply
C/O C. Edward Noe, Esq.
746 State Route 28
Milford, Oh 45150

Kevin M. Mcguire
Wine Cellar Consulting, Inc.
3125 Flintlock Rd
Fairfax, VA 22030-2113

United Electric
Dba Magic Aire
501 Galveston Street
Wichita Falls, TX 76301

Diorio Forest Products, Inc.
Po Box 6631
Ashland, Va 23005-1112

Tualatin Liquor
Vance Burghard
19265 Sw Martinazzi Ave.
Tualatin, Or 97062

Mahesh Trivedi
50505 State Rd 933 N
South Bend, In 46637-2052

Koller Warner Construction Llc
801 Winchester Road Suite 100
Lexington, Ky 40505

Pan American Properties
Claudia Street #9
Amelia Industrial Park
Guaynabo, Pr, 00968-8055

Hain Capital Investors Master Fund, Ltd
301 Route 17 North, Suite 816A
Rutherford, Nj 07070

Whisperkool Corp.
D/B/A Vinotheque Wine Cellars
Attn: Joann Baynard, Accounting Manager
1738 East Alpine Avenue
Stockton, Ca 95205

Robert Wong
11 Kailuana Place
Kailua, Hi 96734

Air Innovations, Inc.
D/B/A Wine Guardian
Attn: Michael Wetzel, President/Ceo
7000 Performance Drive North
Syracuse, Ny 13212

American Elevators
235 Stark St.
Cincinnati, Oh 45214

Richard Malinowski
1464 Via Vista
Nipomo, Ca 94333

Rt &J Plumbing
3816 Montgomery Rd.
Cincinnati, Oh 45212

Dmj Design Build, Llc
19115 Fm 2252, Suite 14
Garden Ridge, Tx 78266

Uline 12575
Uline Drive
Pleasant Prairie, Wi 53158

Irvine Wood Recovery, Inc.
C/O Sean P. Donovan, Esq.
Stagnaro, Saba & Patterson Co., Lpa
2623 Erie Avenue,
Cincinnati, Ohio 45208

Robert Jung & Catherine Jung
581 Adaliz Way
Greer, Sc 29651

Milan Magera Dba Tatra Services Llc
873 Red Rock Ct.
Suwanee, Ga 30024

American Metal Supply Company
11337 Williamson Road
Blue Ash, Oh 45241

Annie Margarita
49154 Mckenzie Hwy
Vida, Or 97488

Planet One Products
1445 North Mcdowell Blvd
Petaluma, Ca 94954-1445

Amex Trs Co., Inc.
C/O Becket And Lee Llp
Po Box 3001
Malvern Pa 19355-0701

Robert Silverman And Chris Kravitz Phillips Nizer Llp
Attn: Richard P. Kaye, Esq.
485 Lexington Avenue, 14Th Floor
New York, Ny 10017

Kevin Deitsch
1369 Northview Drive
Erie, Co 80516-9069

Nicholas Benson
1361 E Jasmine Ave
Sandy, Ut 84092

Keith Lewis
894 Laverty Lane
Cincinnati, Oh 45230

Maleno Builders Inc.
Dominic Maleno
2340 W. Grandview Blvd. Suite 1
Erie Pa 16506

Parker Davis
Hvac International, Inc.
3250 Nw 107Th Ave.
Doral, Fl 33172

Lucke Homes Inc
C/O Gregory R Wilson, Esq.
1411 Sycamore St
Cincinnati Oh 45202

Brett Matthew Norris
4412 Verne Ave
Cincinnati, Oh 45209-4412

Duane Dibble
249 Arbre Croche Ct.
Porter, In 46304

Premier Global Transportation Llc
C/O Joseph E. Lehnert, Esq., Kmk Law
1 E 4Th St., Ste 1400
Cincinnati, Oh 45202

Pete And Tammy Mccutchen
1525 Fielden Store Rd
New Market, Tn 37820

West Coast Wine Cellars, Inc.
Casey Enyeart
4931 Ne 37Th Ave.
Portland, Or 97211

Matt Smith
Cuyahoga Landmark
21079 Westwood Dr.
Strongsville, Oh 44149

Edward J. Lesniak Iii
2503 Jarvis St Sw
Decatur, Al 35603-2503

William Whelan
63 Perkins Row
Topsfield, Ma 01983

Wine Master Cellars, Llc
D/B/A Vintageview Wine Storage Systems
Attn: Charles Malek, Ceo
4690 Joliet Street
Denver, Co 80239

Sterling Homes Llc
347 Stanley Ave
Sterling Homes
Cincinnati, Oh 45226

Star-Bond, Incorporated
6711 Fox Hunt Court
West Chester Oh 45069

Scott Hauslee, Homewright Construction
285 W Pennsylvania Ave
Southern Pines, Nc 28387-5430

Cincinnati Lift Truck & Battery Llc
7685 Oh-48 Ste 5
Maineville, Oh 45039

Heartland Payment Systems, Llc
Jonathan W. Jordan King & Spalding Llp
1180 Peachtree Street Ne, 35Th Floor

Atlanta, Ga 30309

Morrison Kitchen And Bath, Llc
Samuel H. Simon, Esquire
401 Liberty Avenue, 22Nd Fl
Pittsburgh, Pa 15222

John Lang
760 Avenue B
Redondo Beach, Ca 90277

James L. Deckebach
4863 Teal Lane
Milford, Ohio 45150
Paypal, Inc.
Attn: Bankruptcy/Legal Department
P.O. Box 5138
Lutherville Timonium, Md 21094

Paul Ariano 1
041 Mansion Ridge Rd.
Santa Fe, Nm 87501

Greg G Maurer
2958 Loire Lane
Columbus, Oh 43221

Department Of Taxation State Of Hawaii
Attn: Bankruptcy Unit
P.O. Box 259
Honolulu, Hi 96809-0259

Mike Russell
6147 E. Anderson Dr
Scottsdale Az 85254

Dimitrios Koukoulomatis
1286 W 106Th St
Carmel, In 46032

University Of Illinois
Jackie Szymoniak
2560 Stonecreek Blvd.
Urbana, Il 61820

Keith Schwab
5000 Chantilly Lane
Cincinnati, Oh 45238

Sawyer''s Specialties
353 Main Street
Po Box 914
Southwest Harbor, Me 04609

Fedex Corporate Services Inc.
As Assignee Of Fedex Express/Ground/Freight/Office
3965 Airways Blvd, Module G 3Rd Floor
Memphis, Tn 38116-5017

Christine Smalley
5803 Limestone Court
Cold Spring, Ky 41076
Ryan Estevez
2904 West Bay Villa Ave
Tampa, Fl 33611

James Anderson
2001 W Club Blvd
Durham, Nc 27705

Accurate Cutting Technologies, Inc
1111 Country Club Rd
Indianapolis, In 46234

Missouri Department Of Revenue
Po Box 475
Jefferson City, Mo 65105

Arizona Department Of Revenue
C/O Tax, Bankruptcy And Coll
2005 N Central Ave, Suite 100
Phoenix, Az 85004-1592

New York State Department Of Taxation & Finance
Bankruptcy Section
P O Box 5300
Albany, Ny 12205-0300

William Shergy
1511 Bohannon Dr.
Huntsville, Al 35802

Wells Fargo Bank, N.A.
Attn: Michelle Schulten
1010 Thomas Edison Blvd. Sw
Cedar Rapids, Ia 52404

Donald Rafferty
Cohen, Todd, Kite & Stanford LLC
250 E Fifth Street #2350
Cincinnati, OH 45202

Michael Galasso
Robbins, Kelly, Patterson & Tucker LPA
312 Elm Street #2200
Cincinnati, OH 45202

Douglas Lutz
330 Great American Tower
301 E. Fourth Stret
Cincinnati, OH 45202

AJ Webb
Frost Brown Todd LLC
301 E Fourth Street
Cincinnati, OH 45206

**Paul Ariano**
23 Valverde Lane
Santa Fe, NM 87506

**City Coffee, Inc. DBA Fort Thomas Coffee**
5803 Limestone Court
Cold Spring, KY 41076

**Karl Dostal**
MCM CPA's and Advisors
201 E Fifth Street
Cincinnati, OH 45202
**Hain Capital Group**
301 Route 17 North, Suite 816A
Rutherford, NJ 07070

**Greg Heimkreiter**
Howard, Nunn, & Bloom, Inc
4655 Five Miler Road
Cincinnati, OH 45230

**Illinois Department of Employment Security**
Revenue Division - Bankruptcy Unit
115 S LaSalle St Floor LL2
Chicago, IL 60603

**John Marshall JM Investment Trust**
6800 Paragon Place
Suite 202
Richmond, VA 23230

**Jason Levy**
The Levy Recovery Group
P.O. Box 7694
Bloomfield Hills, MI 48302

**Kathleen Maher**
594 Sutton Place
Ashland, OR 97520

**Arturo Gonzalez Martin**
PO Box 1256
Gurabo, PR 00778-1256

**Si Pitstick**
Newmark
One East Fourth Street
Cincinnati, OH 56303

**Mike Russell**
2240 Dad Hawks
Flagstaff,, AZ 86005

**Mike Russell**
6147 E. Anderson Dr
Scottsdale, AZ 85254

**Brian Sizemore**
3475 Winter Holly Rd
Amelia, OH 45102

**Ben Ziff**
ZiffCap, LLC
P.O. Box 7694
Bloomfield Hills, MI 48302

**Alexi van Heerden**
Sawyer's Specialties
353 Main Street
Southwest Harbor, ME 04679